# Exhibit 3

**DUNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

BAYAAN ACADEMY, INC., ISLAMIC SERVICES
FOUNDATION; THE EAGLE INSTITUTE;
LAYLA DAOUDI; MUNA HAMADAH;
FARHANA QUERISHI,

    *Plaintiff(s)*,

    v.

KELLY HANCOCK, in his official capacity as
Acting Comptroller of Public Accounts; The
office of the Texas Comptroller of Public
Accounts; MARY KATHERINE STOUT, in her
official capacity as Program Director over the
Education Savings Accounts Program,

    *Defendant(s)*.

CASE NO. 4:26-CV-01960

---

**DECLARATION OF MARY KATHERINE STOUT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

1. "My name is Mary Katherine Stout. I am over 18 years of age, of sound mind, and capable of making this affidavit. I am personally acquainted with the facts of the matter stated herein."

2. "I am Program Director of the Education Savings Account Division of the Texas Comptroller of Public Accounts."

3. "I verify under penalty of perjury that the foregoing is true and correct:

   a. "As of 12:00 PM, March 16, 2026, the Comptroller has received 201,807 total parent participant Texas Education Freedom Accounts (TEFA) applications. Of those submitted, 180,921 have been determined eligible. The majority of those found to be ineligible are from parent applications for Pre-kindergarten-age children. The TEFA program has different requirements for Pre-kindergarten-age children. Currently, the program has enough applicants in the first three tiers to exhaust all available funding. Not all eligible applicants have selected a school.

   b. "As a result of the significant number of parent participant TEFA applications and the Comptroller's priority to ensure the proper administration of the lottery, Education Savings Account Division resources have been focused on parent participant TEFA applications. While the primary focus is currently the proper

administration of the lottery system, review of TEFA school and vendor applications is still ongoing and considered on a rolling basis.

c.  "Parents can submit an application to the TEFA program without selecting a school. All eligible applicants will be placed in four priority tiers, and a lottery will be conducted if eligible applicants exceed available funding. Selecting a school before the March 17, 2026, application submission deadline is optional and does not affect lottery eligibility. The final deadline for a participating parent to select a school to receive initial TEFA funding is July 15, 2026.

**Cognia Accreditation Concerns**

d.  "During the private school verification and approval process, the Comptroller's office determined that Cognia-accredited schools require additional verification and approval because of a number of concerns brought to the Comptroller's attention."

e.  "Based on concerns relating to the accreditation of Cognia schools, the Comptroller made the decision to more thoroughly review Cognia schools and pause sending out registration links to Cognia schools. This effort has resulted in a slowdown in adding schools, as Cognia is one of the largest accreditors in Texas with roughly 700 non-public schools accredited in the state.

**The Eagle Institute D/B/A Excellence Academy**

f.  "The Excellence Academy is listed as accredited by Cognia.

g.  "When the Comptroller determined that Cognia-accredited schools would require additional review, the Comptroller also made the determination to pause sending registration links for many schools. When Excellence Academy reached out to Odyssey, to ask why it had not received an application link, the 'completion of a temporary review' referred to by Odyssey is the review of the Cognia accreditation standards.

h.  "The Comptroller has not set a deadline for submission of TEFA school applications. Tex. Educ. Code 29.358(a) (noting that the Comptroller shall allow for school and vendor applications on a rolling basis). In relation to other schools that have received application links, the Excellence Academy will not be prejudiced in the selection of schools if it is later deemed eligible to participate in the TEFA program.

**Islamic Services Foundations: Brighter Horizons Academy and Little Horizons Academy**

i.  "Islamic Services Foundation operates two private schools: Brighter Horizons Academy and Little Horizons Academy, both of which are listed as accredited by Cognia.

j.  "Brighter Horizons Academy and Little Horizons Academy's qualifications are still being reviewed to ensure full compliance with TEFA program requirements.

**Bayaan Academy Inc.**

k.  "Bayaan Academy Inc. is a school that is listed as accredited by Cognia and the Middle States Association.

l.  "When Bayaan Academy initially submitted its application to the Comptroller, its listed accreditor was the Middle States Association. Due to compliance concerns under Texas Education Code 29.358(h) the Bayaan Academy Inc., listing was temporarily pulled and flagged for further review.

m.  "Bayaan Academy Inc.'s qualifications are still being reviewed, along with a number of other schools, to ensure full compliance with TEFA program requirements.

**Houston Quran Academy, Katy**

n.  "The Houston Quran Academy, in Katy, Texas, is listed as accredited by Cognia. The school is still under review to ensure full compliance with TEFA program requirements.

FURTHER AFFIANT SAYETH NOT

*Mary Katherine Stout*
A35A4392380C474...

3/16/2026 | 5:46 PM CDT

Mary Katherine Stout
Program Director,
Education Savings Accounts
Comptroller of Public Accounts of the State of Texas

**docusign.**

## Certificate Of Completion

Envelope Id: E8DAE737-6476-45BA-AF55-ED54F1B5FE6E                                    Status: Completed
Subject: Complete with Docusign: Declaration of CPA.pdf
Template ID:
Template ID Usage Tracking:
Division Designed Templates:
Template ID Usage Tracking - List 2:
Division Designed Templates - List 2:
Source Envelope:
Document Pages: 3                          Signatures: 1                          Envelope Originator:
Certificate Pages: 6                       Initials: 0                            Tamera Martinez
AutoNav: Enabled                                                                  PO Box 12548
EnvelopeId Stamping: Disabled                                                     Austin, TX  78711-2548
Time Zone: (UTC-06:00) Central Time (US & Canada)                                 Tamera.Martinez@oag.texas.gov
                                                                                  IP Address: 166.205.54.14

## Record Tracking

Status: Original                          Holder: Tamera Martinez                Location: DocuSign
    3/16/2026 5:36:13 PM                  Tamera.Martinez@oag.texas.gov

| Signer Events | Signature | Timestamp |
| --- | --- | --- |
| Mary Katherine Stout<br>marykatherine.stout@cpa.texas.gov<br>Security Level: Email, Account Authentication (None) | *Signed by:*<br>Mary katherine Stout<br>A35A4392380C474...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 204.64.147.254 | Sent: 3/16/2026 5:44:51 PM<br>Viewed: 3/16/2026 5:45:40 PM<br>Signed: 3/16/2026 5:46:42 PM |

**Electronic Record and Signature Disclosure:**
    Accepted: 3/16/2026 5:45:40 PM
    ID: f4ce4da8-921d-430b-9803-97d08f6efec1

| In Person Signer Events | Signature | Timestamp |
| --- | --- | --- |

| Editor Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Agent Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Intermediary Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Certified Delivery Events | Status | Timestamp |
| --- | --- | --- |

| Carbon Copy Events | Status | Timestamp |
| --- | --- | --- |

| Witness Events | Signature | Timestamp |
| --- | --- | --- |

| Notary Events | Signature | Timestamp |
| --- | --- | --- |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 3/16/2026 5:44:51 PM |
| Certified Delivered | Security Checked | 3/16/2026 5:45:40 PM |
| Signing Complete | Security Checked | 3/16/2026 5:46:42 PM |
| Completed | Security Checked | 3/16/2026 5:46:42 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

**Electronic Record and Signature Disclosure**

**CONSUMER DISCLOSURE**

From time to time, Office of the Attorney General (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Electronic signature**

An electronic signature is an electronic identifier, created by a computer, attached to or logically associated with an electronic record, executed or adopted by a person with the intent and with the actual authority to sign the record. Your electronic signature has the same legal force and effect as a manual signature. Your electronic signature constitutes your signature, acceptance, and agreement as if you signed in writing.

**Security standards**

DocuSign provides security assurance with enterprise-wide ISO 27001:2013 certification, xDTM compliance, as well as SSAE 16, SOC 1 Type 2, SOC 2 Type 2 reports. DocuSign delivers data confidentiality with application level AES 256 bit encryption.

**Sending information to and receiving information from us**

The Public Information Act, chapter 552 of the Texas Government Code, applies to all information we send and receive. The Public Information Act protects information from public disclosure if it is confidential by any law or rule. If we receive a written request for information, the Public Information Act requires us to publicly disclose requested information that is not confidential by law or rule or otherwise excepted from public disclosure. If you receive any information from us in error, you are not authorized to read, print, retain, copy, or disseminate the information. Any information you receive in error may be confidential information that cannot be disclosed without violating the criminal provisions of the Public Information Act or Texas Penal Code section 39.06. If you receive information in error, please immediately send an e-mail to servicedesk@oag.texas.gov to notify us of the error and delete all copies of the information you received.

**Getting paper copies**

At any time, you may request from us a paper copy of any record we provided or made available electronically to you through the DocuSign system. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Office of the Attorney General**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: servicedesk@oag.texas.gov

**To advise Office of the Attorney General of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at servicedesk@oag.texas.gov and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address.

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Office of the Attorney General**

To request delivery from us of paper copies of the notices and disclosures we previously provided to you electronically, you must send us an e-mail to servicedesk@oag.texas.gov and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Office of the Attorney General**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to servicedesk@oag.texas.gov and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent. The consequences of your withdrawing consent for online documents will be that transactions may take longer time to process.

**Required hardware and software**

| | |
|---|---|
| Supported Browsers: | DocuSign supports the latest stable release (except where noted) of the following browsers: Chrome, Firefox, Safari, Internet Explorer 11+, Windows Edge |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 1024 x 768 minimum (for desktops and laptops |
| Enabled Security Settings: | Allow per session cookies. Users accessing the Internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection. Firewall settings must allow access to the following server: https://docucdn-a.akamaihd.net. DocuSign leverages Akamai as a content delivery service to enhance our application's performance. |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Office of the Attorney General as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made

available to me by Office of the Attorney General during the course of my relationship with you.