United States District Court
Southern District of Texas
**ENTERED**
March 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01960 |
| | § | |
| KELLY HANCOCK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion for Temporary Restraining Order (the "Motion") (Doc. #7), Plaintiffs' Supplemental Evidence and Authority (Doc. #15), and Defendants' Response (Doc. #16). On March 17, 2026, the Court heard oral arguments on the Motion. Having considered the parties' written and oral arguments and the applicable legal authorities, the Court finds that Plaintiffs have met their burden of proof to obtain injunctive relief, including, but not limited to, a showing of irreparable harm. Accordingly, the Court grants the Motion in part.

Defendants are hereby ENJOINED from enforcing the March 17, 2026, application deadline for the Texas Education Freedom Accounts ("TEFA") program. The application deadline is hereby EXTENDED to 11:59 p.m. on March 31, 2026.

It is further ORDERED that Defendants shall promptly update the TEFA program website and any other publicly accessible materials to reflect the extended application deadline.

Finally, it is hereby ORDERED that, within twenty-four (24) hours of this Order, Defendants shall provide the Plaintiff schools with the means necessary to submit TEFA

applications, including any required registration access. Defendants shall permit those applications to be received and processed in the ordinary course of the TEFA program.

It is so ORDERED.

_____MAR 1 7 2026_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge