## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Bayaan Academy, Inc., et al.

v.                                                    Case Number: 4:26–cv–01960

Kelly Hancock, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Injunction Hearing set for 4/24/2026 at 10:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 18, 2026

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk