United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01960 |
| | § | |
| KELLY HANCOCK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court finds that the following cases involve common questions of law and fact and are appropriate for consolidation:

- 4:26-cv-01675, *Cherkaoui v. Paxton et al*

- 4:26-cv-01960, *Bayaan Academy, Inc. et al v. Hancock et al*

Accordingly, the above-captioned cases are hereby CONSOLIDATED for all purposes, including pretrial proceedings and trial. All future filings shall be made in 4:26-cv-01960, *Bayaan Academy, Inc. et al v. Hancock et al*, which will serve as the lead case.

It is so ORDERED.

**MAR 17 2026**
Date

The Honorable Alfred H. Bennett
United States District Judge