**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC.,et al., | § | |
| *Plaintiffs*, | § | |
| v. | § | CASE NO. 4:26-cv-01960 |
| KELLY HANCOCK, et al. | § | |
| *Defendants*. | § | |

## ORDER

Before this Court is a motion to withdraw as counsel for Defendants Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts, the Texas Office of the Comptroller of Public Accounts, and Mary Katherine Stout, in her official capacity as Program Director for the Education Savings Account Program submitted by Zachary Rhines, Ali Thorburn, and Grey Johnston. After consideration, the Court finds the motion is meritorious and should be GRANTED.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw Zachary Rhines, Ali Thorburn, and Grey Johnston as counsel of record for Defendants Kelly Hancock, the Office of the Texas Comptroller of Public Accounts, and Mary Katherine Stouts GRANTED. Mr. Rhines, Ms. Thorburn, and Mr. Johnston are hereby withdrawn as counsel of record for the defendants for the referenced Defendants named herein.

It is so ORDERED.

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

1