**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Bayaan Academy, Inc., et al.

v.                                                Case Number: 4:26−cv−01960

Kelly Hancock, et al.

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN**
**SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 4/2/2026 at 10:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Motion to Withdraw as Attorney − #20

Date: March 31, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk