United States District Court
Southern District of Texas

**ENTERED**

April 02, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01960 |
| | § | |
| KELLY HANCOCK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Motion to Withdraw as Counsel (the "Motion") (Doc. #20) filed by Zachary Rhines, Ali Thorburn, and Grey Johnston on behalf of Defendant Ken Paxton (collectively, the "Office of the Attorney General"), as well as Plaintiffs' Response (Doc. #26). On April 2, 2026, the Court heard oral argument from the parties regarding the Motion. In the Motion, the Office of the Attorney General asks the Court to allow it to withdraw as counsel for Defendants Kelly Hancock and Mary Katherine Stout (collectively, the "Comptroller's Office"). Doc. #20. Having considered the parties' arguments and the applicable legal authority, the Motion is DENIED without prejudice to refiling, provided the Comptroller's Office names substitute counsel.

It is so ORDERED.

APR 0 2 2026

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge