**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BAYAAN ACADEMY, INC.,** et al, | ) | |
| | ) | |
| *Plaintiffs,* | ) | CIVIL ACTION NO. 4:26-CV-1960 |
| | ) | *Lead* |
| **v.** | ) | |
| | ) | |
| **KELLY HANCOCK**, et al., | ) | |
| | ) | No. 4:26-cv-1675 |
| *Defendants.* | ) | *Consolidated* |
| | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO FRCP 41

Plaintiffs Mehdi Cherkaoui individually and on behalf of his two minor children and Defendants Ken Paxton, Kelly Hancock and Mike Morath state that the relief the Plaintiffs sought in this action has been received, and hereby stipulate under Federal Rule of Civil Procedure 41(a)(l)(A)(ii) that this action be dismissed without prejudice as to all remaining claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted this 8th day of April 2026.

Cherkaoui & Associates P.L.L.C.

/s/ *Mehdi Cherkaoui*
Mehdi Cherkaoui
Southern District of Texas ID No. 2101221
Texas Bar No. 24086077
Cherkaoui & Associates P.L.L.C.
700 Louisiana Street Suite 3950
Houston, TX 77002
Phone: 281-946-9466
Fax: 877-282-7874
Mehdi@cherkaouilawfirm.com
**ATTRONEYS FOR THE PLAINTIFF**

*/s/ Zachary L. Rhines (with permission)*
ZACHARY L. RHINES
Texas Bar No. 24116957
Special Counsel, Litigation Division
zachary.rhines@oag.texas.gov
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
**COUNSEL FOR KEN PAXTON AND MIKE MORATH**

*/s/ Randall W. Miller (with permission)*
Randall W. Miller
State Bar No. 24092838
S.D. Tex. No. 2526902
rwmiller@munsch.com
Dennis L. Roossien Jr.
State Bar No. 00784873
S.D. Tex. No. 24036
droossien@munsch.com
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, TX 75201
Phone: 214-855-7500
Fax: 214-855-7584

**COUNSEL FOR KELLY HANCOCK, IN HIS OFFICIAL CAPACITY AS ACTING COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing instrument has been properly forwarded electronically to all relevant parties and all counsel of record via this Court's CM/ECF Noticing System and/or email on April 8, 2026.

/s/ *Mehdi Cherkaoui*
Mehdi Cherkaoui