**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BAYAAN ACADEMY, INC.,** et al, | ) | |
| | ) | |
| *Plaintiffs,* | ) | CIVIL ACTION NO. 4:26-CV-1960 |
| | ) | *Lead* |
| **v.** | ) | |
| | ) | |
| **KELLY HANCOCK,** et al., | ) | |
| | ) | No. 4:26-cv-1675 |
| *Defendants.* | ) | *Consolidated* |
| | ) | |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION, CAUSE NUMBER 4:26-CV-1675 BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE** as to all remaining claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____, 2026.

_____
THE HONORABLE ALFRED BENNETT