United States District Court
Southern District of Texas

**ENTERED**

April 09, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., et al, | ) | |
| | ) | |
| *Plaintiffs,* | ) | CIVIL ACTION NO. 4:26-CV-1960 |
| | ) | *Lead* |
| v. | ) | |
| | ) | |
| KELLY HANCOCK, et al., | ) | |
| | ) | No. 4:26-cv-1675 |
| *Defendants.* | ) | *Consolidated* |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION, CAUSE NUMBER 4:26-CV-1675 BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE** as to all remaining claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: **4/9/26**, 2026.

THE HONORABLE ALFRED BENNETT