United States District Court
Southern District of Texas

**ENTERED**

April 20, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01960 |
| | § | |
| KELLY HANCOCK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby notifies the parties of the following settings and deadlines regarding Plaintiffs' request for injunctive relief:

| | |
|---|---|
| Discovery Hearing: | Friday, May 8, 2026 at 1:30 PM |
| Plaintiffs' Injunction Brief Due: | Friday, May 15, 2026 |
| Defendants' Response Brief Due: | Friday, May 22, 2026 |
| Injunction Hearing: | Friday, June 12, 2026 at 9:00 AM |

It is so ORDERED.

April 20, 2026

Date

The Honorable Alfred H. Bennett
United States District Judge