BAYAAN ACADEMY, INC., et al.,

    *Plaintiffs,*

v.

KELLY HANCOCK, et al.,

    *Defendants.*

CIVIL ACTION NO. 4:26-CV-1960
*Lead*

NO. 4:26-cv-1675
*Consolidated*

## DISCLOSURE OF INERESTED PERSONS/PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's order (ECF No. 6), the following is a list of all known attorneys of record and all persons or entities that are financially interested in this litigation:

### PLAINTIFFS

1. Bayaan Academy, Inc.

2. Islamic Services Foundation

3. The Eagle Institute

4. Layla Daoudi

5. Muna Hamadah

6. Farhana Querishi

### DEFENDANTS

7. Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts

8. The Office of the Texas Comptroller of Public Accounts

9. Mary Katherine Stout, in her official capacity as Program Director over the Education Savings Accounts Program

4927-7183-9399v.1

**For Plaintiffs:**

**Michael Adams-Hurta**
**Maha Ghyas**
**Bradley Wayne Snead**
Wright Close Barger & Guzman LLP
One Riverway Dr., Ste 2200
Houston, TX 77056
713-572-4321
adams-hurta@wcbglaw.com
mghyas@wcbglaw.com
snead@wrightclosebarger.com

**Michael R. Davis**
**Ayesha Najam**
Gibbs & Bruns LLP
1100 Louisiana St., Ste. 5300
Houston, TX 77002
713-650-8805
mdavis@gibbsbruns.com
anajam@gibbsbruns.com

**Abdul Rahman Farukhi**
**Omar Khawaja**
The Law Offices of Omar Khawaja
5177 Richmond Ave, Ste 1065
Houston, TX 77056
281-888-2339
abdul@attorneyomar.com
amandar@attorneyomar.com

**Eric Alan Hudson**
**Cole Parker Wilson**
Arambula Terrazas PLLC
1001 S. Capital of Texas Hwy
Ste Building L, Ste. 250
Austin, TX 78746
512-904-0200
ehudson@atlawpllc.com
cwilson@atlawpllc.com

4927-7183-9399v.1

**Maria Aftab Kari**
Project Taha
5300 N. Braeswood Blvd., Suite 4-191
Houston, TX 77096
205-862-8005
info@mariakari.org

**Murtaza Fakhruddin Sutarwalla**
Edwards Sutarwalla Samani PLLC
602 Sawyer St., Ste 490
Houston, TX 77007
713-565-1353
713-583-8715 (fax)
murtaza@eslawpartners.com

**For Defendants:**

**Randall Wilson Miller**
**Dennis L Roossien, Jr**
Munsch Hardt Kopf and Harr
500 N. Akard Street, Suite 4000
Dallas, TX 75201
214-855-7500
rwmiller@munsch.com
droossien@munsch.com

Dated: May 4, 2026

Respectfully submitted,

*/s/ Dennis Roossien*
**Randall W. Miller**
State Bar No. 24092838
S.D. Tex. No. 2526902
(214) 855-7539
rwmiller@munsch.com

**Dennis L. Roossien Jr.**
State Bar No. 00784873
S.D. Tex. No. 24036
(214) 855-7535
droossien@munsch.com

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 4000
Dallas, TX 75201

4927-7183-9399v.1

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on May 4, 2026, a true and correct copy of the above and foregoing document was filed and served electronically via CM/ECF.

*/s/ Dennis Roossien*
Dennis Roossien

4927-7183-9399v.1