**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Bayaan Academy, Inc., et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:26–cv–01960 |
| | § | |
| Kelly Hancock, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Discovery hearing

    Date and Time: May 8, 2026 at 1:30 PM

Date: May 7, 2026

Nathan Ochsner, Clerk