United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01960 |
| | § | |
| KELLY HANCOCK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court hereby notifies the parties of the revised settings and deadlines regarding Plaintiffs' request for injunctive relief:

| | |
|---|---|
| Plaintiffs' Injunction Brief Due: | Wednesday, June 17, 2026 |
| Defendants' Response Brief Due: | Wednesday, July 1, 2026 |
| Injunction Hearing: | Friday, July 10, 2026 at 10:00 AM |

It is so ORDERED.

MAY 1 3 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge