**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Bayaan Academy, Inc., et al.

v.                                               Case Number: 4:26–cv–01960

Kelly Hancock, et al.

---

### NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Dena Hanovice Palermo

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX


**DATE:** 6/12/2026

**TIME:** 10:45 AM

**TYPE OF PROCEEDING:** Initial Conference


Date: June 9, 2026

Nathan Ochsner, Clerk
by C. Felchak, Deputy Clerk