**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., *ET AL.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. 4:26-CV-01960 |
| v. | § | |
| | § | |
| KELLY HANCOCK, *ET AL.*, | § | |
| | § | |
| *Defendants*. | § | |

### NOTICE PASSING PRELIMINARY INJUNCTION HEARING

Plaintiffs submit this notice passing the July 10, 2026 preliminary injunction setting, which can be removed from the Court's calendar so the parties may focus their attention on merits discovery and development of the factual record. The Court's March 17, 2026 Temporary Restraining Order had an immediate effect: the Islamic schools that prompted Plaintiffs' request for emergency relief are presently approved to participate in TEFA, and according to Defendants' recent Rule 30(b)(6) testimony, such schools are not currently under investigation for potential suspension or removal. Plaintiffs therefore do not currently seek a preliminary injunction.

Plaintiffs' claims, however, remain live, and they continue to seek declaratory and permanent injunctive relief. Defendants' recent Rule 30(b)(6) testimony confirmed that the merits turn on the State's review process itself—including the separate review applied to approximately 36 Islamic schools, the use of outside investigators, Bayaan Academy's disabling after appearing as approved, and the standards (or lack thereof) governing any future action by Defendants. Those issues go directly to the claims already before the Court and are the subject of merits discovery and a recently entered docket control order.

1

Plaintiffs do not concede mootness, voluntary cessation, standing, ripeness, irreparable harm, or any other issue in the case. Plaintiffs reserve the right to seek preliminary injunctive relief in the future, if necessary.

Dated: June 18, 2026

Respectfully submitted,

**ARAMBULA TERRAZAS PLLC**

1001 S. Capital of Texas Highway, Bldg. L, Suite 250
Austin, Texas 78746
512.904.0200

By: /s/ *Cole P. Wilson*
Eric A. Hudson
State Bar No. 24059977
Fed. Id. No. 1000759
ehudson@atlawpllc.com
Cole P. Wilson
State Bar No. 24122856
Fed. Id. No. 3864133
cwilson@atlawpllc.com

**Attorney-in Charge**

**WRIGHT, CLOSE, BARGER & GUZMAN LLP**

**By:** /s/ *Maha Ghyas*
Maha Ghyas
State Bar No. 24138115
Fed. Id. No. 3863190
mghyas@wcbglaw.com
Bradley W. Snead
State Bar No. 24049825
Fed. Id. No. 1127744
bsnead@wcbglaw.com
Michael Adams-Hurta
adams-hurta@wcbglaw.com
State Bar No. 24097860
Fed. Id. No. 3290975
One Riverway Dr., Suite
2200 Houston, TX 77056

**ATTORNEYS FOR PLAINTIFFS ISLAMIC
SERVICES FOUNDATION, BAYAAN ACADEMY**

2

**INC. AND MUNA HAMADAH**

**EDWARDS SUTARWALLA SAMANI LLP**

By: /s/ M. Sutarwalla

Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991

Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228602

Sawyer St., Suite 490
Houston, Texas 77007
Phone: (713) 565-1353
Email: murtaza@esslawpartners.com
Email: mansoor@esslawpartners.com

**LAW OFFICES OF OMAR KHAWAJA PLLC**

By: */s/ Omar Khawaja (with permission)*
Omar Khawaja
State Bar No: 24072181
Fed. Id. No. 3521501

Abdul Rahman Farukhi
State Bar No. 24065220
Fed. Id. No. 3291830

5177 Richmond Ave.
Suite 1065
Houston, Texas 77056
Telephone: (281) 888-2339
Fax: (281) 888-2421
Email: omar@attorneyomar.com
Email: abdul@attorneyomar.com

**ATTORNEYS FOR PLAINTIFFS BAYAAN
ACADEMY INC., THE EAGLE INSTITUTE,
FARHANA QUERISHI, AND LAYLA DAOUDI**

 */s/ Ayesha Najam (with permission)*
 Ayesha Najam
 Attorney-In-Charge
 State Bar No. 24046507

3

Federal ID: 605948
anajam@gibbsbruns.com
Michael Davis
Federal ID: 3588027
mdavis@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Texas.

/s/ *Cole P. Wilson*