**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Bayaan Academy, Inc., et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:26–cv–01960 |
| | § | |
| Kelly Hancock, et al. | § | |

## Notice of Cancelled Injunction Hearing

The Court is in receipt of Plaintiff's Notice of Passing of Injunction Hearing filed June 18, 2026, Doc # 48. The hearing is hereby CANCELLED.

Date: June 21, 2026

Nathan Ochsner, Clerk