UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BAYAAN ACADEMY, INC., et al,          )
Plaintiffs,                           ) Case Number
                                      ) 4:26-CV-01960
vs.                                   )
                                      )
KELLY HANCOCK, in his official  ) Houston, Texas
capacity as Acting Comptroller  )
of Public Accounts, et al,      )
Defendants.                     ) April 10, 2026
****************************************************

MOTION HEARING
BEFORE THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFFS:
Eric Alan Hudson
Arambula Terrazas, PLLC

Ayesha Najam
Gibbs & Bruns, LLP

Maha Ghyas
Michael Adams-Hurta
Murtaza Fakhruddin Sutarwalla
Wright Close Barger & Guzman, LLP

FOR THE DEFENDANTS:
Dennis L. Roossien, Jr.
Randall Wilson Miller
Munsch Hardt Kopf & Harr, PC

*   *   *   *   *

COURT REPORTER:
Angela M. Hailey, CSR, CRR, RPR, RMR
Official Court Reporter, U.S.D.C.          **EXHIBIT A**

515 Rusk Street, 8th Floor, Suite 8004
Houston, Texas  77002
Phone(713)250-5787; angela_hailey@txs.uscourts.gov

Proceedings reported by stenotype, transcript produced by
computer-aided transcription.

U.S.D.C. Official Court Reporter
Angela M. Hailey

understanding from looking at the production responses from my friends on the other side, it appears that there are schools unidentified because we can't get the discovery.

THE COURT:  No, no.  You need to listen to my question.

MR. HUDSON:  Sure.

THE COURT:  The plaintiffs that are in this courtroom that are schools, have they been admitted into the TEFA program as approved schools?

MR. HUDSON:  Yes.

THE COURT:  Okay.  The parents who are plaintiffs in this case representing themselves or children, have the schools that they seek to be admitted to the TEFA program been admitted or approved?

MR. HUDSON:  My understanding is that yes, the answer is yes.

THE COURT:  Okay.  So, as to these schools that are plaintiffs in this case, they have now been approved for participation in the TEFA program.  The individual parents, I know I saw where one dropped out based on their agreement, I'm not sure if there are others, but those parents who have children at schools, those schools have been approved for the TEFA program, that's my understanding.  If that's incorrect, let me know.  Okay.

Bigger picture, moving from the parties that are in

discussion regarding discovery, and this Court ordered court-ordered discovery to allow the plaintiffs to prepare for the injunction hearing.  So, given that some of the relief that the Court had not seen awarded at the time that it made that order, tell me by way of the April 24th request for injunctive relief what will be asked.

MR. HUDSON:  If I may, Your Honor, I think there's a couple of primary things, the first of which, and without getting into the discovery, the primary concern that we have at this point is with the school lottery itself.  So, the Court allowed a two-week extension, some parents were allowed to apply, but what we presented in our --

THE COURT:  Stop.  You said some parents were allowed to apply.  That suggests that there are families that were not allowed to apply.  Do you have any example of plaintiffs in this case that were not allowed to apply for the program?

MR. HUDSON:  Not named plaintiffs in this case.

THE COURT:  That's all I'm dealing with.  I'm not dealing with folks who are outside the courtroom who have not decided to come into the courtroom.  So, as to the plaintiffs in this case, they have been allowed, families, individuals, they have been allowed to apply for the TEFA program; is that correct?

MR. HUDSON:  Correct.

THE COURT:  Okay.  Go on.

I'm also operating under the assumption based upon something that was said by previous counsel that the admission of schools is ongoing and that deadline is when again?

MR. ROOSSIEN:  In July.

THE COURT:  In July.  So for schools that have not been approved, there is still the possibility they're going to be added up through July.  Is that correct, to your understanding?

MR. HUDSON:  To my understanding, yes.

THE COURT:  Okay.  So again I ask, what potential injunctive relief could this Court award later this month given the fact that all plaintiffs that are in this court, both schools and families, have gone as far as they can go right now with the TEFA program?  There's nothing else that they have been denied as of this moment.  Now, obviously you're going to find out later this month or I think they said the notifications would go out in May as to who had received approval for funding, but as of right now, we're in the stated timeline as to how the TEFA program is to be administered.  So I'm trying to figure out for purposes of what injunctive relief is later going to be sought.  Do you understand what I'm asking?

MR. HUDSON:  I do, Your Honor.

THE COURT:  Okay.  So now, continue, sir.

MR. HUDSON:  So I've got four things that this Court