# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
_____
                              )
BAYAAN ACADEMY, INC., ET AL.,  )
         Plaintiffs,           )
                               ) CIVIL ACTION NO.
VS.                            ) 4:26-CV-1960
                               )
KELLY HANCOCK, ET AL.,         ) 9:59 A.M.
         Defendants.           )
_____)
```

INJUNCTION HEARING
BEFORE THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE
MARCH 17, 2026

APPEARANCES:

**FOR PLAINTIFFS:**
MR. ERIC ALAN HUDSON
MR. COLE PARKER WILSON
Arambula Terrazas PLLC
1001 South Capital of Texas Highway
Building L, Suite 250
Austin, Texas  78746
(502)724-6869

MR. MURTAZA FAKHRUDDIN SUTARWALLA
MR. MANSOOR BROACHWALA
Edwards Sutarwalla Samani PLLC
602 Sawyer Street, Suite 490
Houston, Texas  77007
(713)565-1353

**FOR PLAINTIFFS ISLAMIC SERVICES FOUNDATION, BAYAAN ACADEMY, AND MUNA HAMADAH:**
MS. MAHA GHYAS
MR. BRADLEY WAYNE SNEAD
MR. MICHAEL ADAMS-HURTA
Wright, Close, Barger & Guzman LLP
One Riverway Drive, Suite 2200
Houston, Texas  77056
(713)572-4321

APPEARANCES CONTINUED:

**FOR PLAINTIFFS EAGLE INSTITUTE, FARHANA QUERISHI, AND LAYLA DAOUDI:**
MS. AYESHA NAJAM
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas  77002
(713)650-8805

MR. OMAR KHAWAJA
MR. ABDUL RAHMAN RAFUKHI
The Law Offices of Omar Khawaja, PLLC
5177 Richmond Avenue, Suite 1065
Houston, Texas  77056
(281)888-2339


**FOR DEFENDANTS:**
MR. ZACHARY LOUIS RHINES
MR. GREY WALTON JOHNSTON
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
Austin, Texas  78711
(512)696-8186

**COURT REPORTER:**
Heather Alcaraz, CSR, FCRR, RMR
Official Court Reporter
515 Rusk, Suite 8004
Houston, Texas  77002
(713)250-5584




Proceedings recorded by mechanical stenography, transcript produced by computer.

THE COURT: Good morning. Please be seated.

Cause No. 4:26-CV-1960, Bayaan Academy, Inc., et al. versus Kelly Hancock, et al.

Counsel, your appearances for the record.

MR. HUDSON: Morning, Your Honor. Eric Hudson and Cole Wilson, lead counsel for all plaintiffs. Also with me, I have Maha Ghyas, Brad Snead, Michael Adams-Hurta for Islamic Services Foundation, Bayaan Academy, and Muna Hamadah.

I also have with me Murtaza Sutarwalla, Mansoor Broachwala on behalf of the plaintiffs.

I also have Omar Khawaja, Abdul Rahman Farukhi, and Ayesha Najam also for individuals plaintiffs Eagle Institute, Farhana Querishi, and Layla Daoudi.

THE COURT: Any other -- other announcements from the plaintiff? Very well.

Counsel for the defense?

MR. RHINES: Good morning, Your Honor. Zach Rhines for the defendants, along with my colleague, Grey Johnston.

THE COURT: Very well.

Counsel, the Court is in receipt of the application for temporary restraining order and expedited hearing filed on behalf of the plaintiffs. The Court is in receipt, which was filed today, the defendant's response in opposition. The Court is also in receipt of the notice of supplemental authority and evidence in support of the application for temporary restraining

order.

Mr. Hudson, are you going to be the primary speaker on behalf of the plaintiffs?

**MR. HUDSON:** I will be, Your Honor.

**THE COURT:** Will there be any other speakers on behalf of the plaintiff?

**MR. HUDSON:** I believe my cocounsel, Ms. Najam, will also be speaking on behalf of the some of the individual parent plaintiffs.

**THE COURT:** Very well.

Counsel, for your individual plaintiffs, make your announcement for the record, please.

**MS. NAJAM:** Yes, Your Honor. Ayesha, A-Y-E-S-H-A, Najam, N-A-J-A-M, with Gibbs & Bruns, on behalf of the following three plaintiffs: Layla Daoudi, Farhana Querishi, and The Eagle Institute, which does business as Excellence Academy.

**THE COURT:** Very well.

Mr. Hudson, you may proceed.

**MR. HUDSON:** Thank you, Your Honor. If the Court will forgive me, I'm trying to gather my notes. We got the opposition this morning.

So I want to start with the Court by saying this case presents a very straightforward constitutional question. The issue here is that the -- and the defendants confirmed this morning they have slowed down processing applications, excluding

Islamic schools from the process, something conferred --

confirmed in their opposition brief this morning.  That

exclusion is a live controversy.  That's why we're here for the

temporary restraining order.

We need that now because the exclusion is ongoing, it

is impacting not only the parents who are going to apply for

TEFA funds, but also the schools who intend to receive those

TEFA funds.  And so we need the temporary restraining order to

stop that immediate harm, and we need a preliminary injunction

hearing so that we can remedy all the ongoing harms, both

constitutional, economic, and reputational.

Here, we're challenging the present exclusionary

administration of the program and the resulting denial of equal

participation in the public benefit on equal terms.  There is no

question here that there are no Islamic schools that have been

approved to participate in the TEFA program, none.  There is no

evidence from the comptroller suggesting that there is.

In fact, the only thing that the comptroller's been

able to come up with, with regard to the reason for excluding

all these Islamic schools is they say that they are related to

an investigation into Cognia.  The problem with that is,

Your Honor, if you look at the declaration that we submitted

from Bayaan Academy, they're not just approved and accredited by

Cognia.  They're also accredited by Middle States, which their

accreditation is separate and apart from that.

And, in fact, Your Honor, if you look at the exhibits that we attached to our original temporary injunct- -- temporary restraining order motion, Bayaan was originally approved, but after it was approved and reported in the *Houston Chronicle*, days later they were removed as soon as the comptroller found out that they were an Islamic school.

The evidence here shows that the Cognia pretext that the comptroller has now come up with is nothing more than that. All the evidence that we produced thus far, whether it's the *Houston Chronicle* article, whether it's Governor Abbott's own posts declaring victory in removing Islamic schools from participation in the TEFA program, all of it points to a single indisputable fact:  These schools have been excluded and are currently being excluded.

And the impact is not just on the schools, it's also on the parents.  What we saw in the opposition from my friends on the other side is that they concede -- you have a declaration in there from a parent who says, I'm not applying because of the way that people are being treated.

If you look at ECF 7-7, which is one of our parent declarations, paragraph 16, she lays it out flatly:  I'm not applying.  We've been excluded.  There's no point.

That harm, that impact is immediate, and that's what these schools are feeling.  They're feeling the exclusion from the program.  That's the harm.

**THE COURT:** Counsel, I was under the impression that the window for approval for schools remains open, and it is possible -- not necessarily saying it's certain, but it's possible that within this window, which was announced some time ago, that these schools which are seeking accreditation -- or approval for the TEFA program could, in fact, be approved. Is that not correct?

**MR. HUDSON:** That is correct, Your Honor, but, respectfully, we think that that's the wrong way to look at the analysis here.

**THE COURT:** Why is that the wrong way to look at it? If the state has announced they have a program, and they've announced what the deadlines are for the program, why should this Court step in and change those deadlines when it appears that some schools, as we know, have already been approved within the window, the window remains open, and other schools may or may not be approved?

So why do I need to come in and change the deadlines that the state has announced?

**MR. HUDSON:** Well, there are several reasons, Your Honor. The first I would start with is the exclusion that's happening now is a constitutional injury that is ongoing.

**THE COURT:** Well, let's get our language correct because I want to make sure. You said "exclusion," and I am not aware -- or the state has announced that any Islamic school has

been excluded. I understand that Islamic schools have not been approved within the window.

So are you aware of any Islamic school that has been informed they have been excluded from the program?

**MR. HUDSON:** The Bayaan Academy. They were added and then removed.

**THE COURT:** Okay. Let me again focus on our language. They were initially approved, and then the state removed them from the approved list. That's not the question.

The question is: Has any Islamic school been told that, after review, that the state has determined that they will not permanently be added to the program?

My understanding that is for the school that you're referring to, they were removed, but they are still in the window of approval, and they could later be approved. So again let me ask you: Are you aware of any Islamic school that has been informed that they are, in fact, excluded from the TEFA program?

**MR. HUDSON:** We have not received notice of a final action by the comptroller on that score.

**THE COURT:** On any school?

**MR. HUDSON:** Not that I'm aware of, Your Honor.

**THE COURT:** Very well. You may proceed.

**MR. HUDSON:** The constitutional injury, however, doesn't turn on whether there's a final action by the

comptroller, and as we've laid out in our temporary restraining order, the issue is this:  We have now dissuaded parents from applying.  So what that ultimately means for the schools --

**THE COURT:**  Why are these parents any different than parents who have their kids at other private schools that are still within the window that have not yet been approved?

**MR. HUDSON:**  The through line here, Your Honor, is that the only parents who have been excluded are Islamic parents.

**THE COURT:**  Well, again, let's get our language correct.  You said "excluded," and I'm -- again, understanding that this window of approval remains open, I assume -- and you can correct me if I'm wrong, because I do not know as I sit here today -- other schools have submitted applications to be approved, and they're within the window, and they have not been approved, including non-Islamic schools.  Is that correct?

**MR. HUDSON:**  That's my understanding.

**THE COURT:**  So, again, I asked the schools that are Islamic that have not yet been approved, and the parents who have their kids at those schools, what makes them different from the parents of the students at non-Islamic schools that have not yet been approved within this window?

**MR. HUDSON:**  The most obvious distinction, Your Honor, is that parents who want to, say, apply to a Christian private school have lots of options.  Islamic parents have none.  That

is the key distinction.

So without that ability to even apply and have the chance to educate your kid based on Islamic principles, they have been denied that opportunity fully. And after March 17, to the extent that parents are not applying for the program, they're not going to have the opportunity come back and do that again. Once that window shuts on March 17, it doesn't matter if you approve 30 schools by July 15th. Those parents who have been excluded -- and I understand the Court's concern on language, but those parents have been excluded.

I understand that there's not a final document. The state does this all the time. They will say, formalistically: We haven't given you a paper. We haven't given you a final action. We just dragged our feet, and so you're out of luck now.

But that's the constitutional injury. That's what we're talking about here. These parents aren't going to have the opportunity to apply for this.

Even if, later on, they approve these schools, these parents need relief now and the schools need relief now because, ultimately, what happens after March 17, Your Honor --

**THE COURT:** Again, let's get our language correct. You said the parents are not going to have the ability to apply. My understanding is parents have applied. Parents have been approved, and matter of fact, they've been placed in tiers to a

certain extent.

I believe what you're referring to is not necessarily the ability to apply for the TEFA program, you're referring to the ability to select a school of their choice, which is different, correct?

**MR. HUDSON:** No, Your Honor. I disagree with that.

**THE COURT:** Okay. So tell me a parent that has been excluded from submitting a application not by their own willful decision not to apply. Has there been a parent identified by you that has been excluded from applying for the TEFA program?

**MR. HUDSON:** So, Your Honor, in that --

**THE COURT:** That's a very specific question, Counsel.

**MR. HUDSON:** It is, Your Honor. In that formalistic way that the Court has presented it -- and I mean no disrespect in saying that -- no, I don't think the comptroller --

**THE COURT:** That's --

**MR. HUDSON:** -- has come out and said that.

**THE COURT:** That's right. So I'm working on our language as to how we're talking about this.

So, again, the Court's understanding -- no parent has been excluded from applying. My -- as -- it's true that parents of Muslim students have applied for the program; have been approved; have been placed in the tiered system that the state has established. The problem that the plaintiffs are actually complaining of, the schools for which they wish to designate the

funds, should they receive them, have not yet been approved; is that correct?

MR. HUDSON:  I'm trying to make sure I answer your question correctly.  I'm not trying to dodge it, Your Honor.

What I would say is it's not just about applying to schools generally, it's applying to Islamic schools --

THE COURT:  Exactly.

MR. HUDSON:  -- and that --

THE COURT:  Exactly.

MR. HUDSON:  -- that is the functional exclusion, not the formal one.

THE COURT:  Yes.  So in -- shorthand way of saying this, the application -- or the window application to apply for the TEFA program has been open.  Islamic parents have been allowed to apply.  Some have been approved, placed in the tiered system; however, as of this moment, their school choice -- their particular school, those schools have not yet been approved by the state.

So even though they have been allowed to apply, approved, the schools for which they may want to place their children have not yet been approved, correct?

MR. HUDSON:  That is correct, Your Honor.

THE COURT:  All right.

Tell me, in regards to this window of approval that the state has set up for the approval of schools -- again, I

asked you earlier: There are other parents who are in the same position, and their schools -- their school of choice has not yet been approved. You pointed out -- in a way that I hadn't thought about, so thank you -- that those -- for instance, a Christian parent, even though their school choice may not ultimately be approved, they have another choice. They could select another Christian school for their child.

So we go through this process of the window being open; schools being approved or not approved. At the close of that window, and Islamic schools have not been approved and parents are sitting there, who have been approved and have been placed in tiers, is that not when the injury actually occurs, that -- when there's a final determination that an Islamic school has not been approved as opposed to now?

**MR. HUDSON:** No, Your Honor. So we've cited -- in our supplemental briefing that we filed last night, there's a case called *Fulton* out of the U.S. Supreme Court from, I believe, two terms ago, and the issue there was they were excluding families from adoption processes. The Supreme Court functionally said, Look, when you have this discretionary based system and you are going on a case-by-case basis, if you're excluding people, that exclusion itself is a burden on religious rights, and it is unconstitutional as such.

That's exactly what we have here. This is a system where we're going on a case-by-case basis, and because of the

timeline, as of March 17, we already have parents who have not applied; we have parents who may opt to pull out. But the reality is we do have parents that have not applied, which is the immediate harm.

The secondary piece to that is, is the lottery system itself. Once you basically bake that cake with the discrimination that's currently taking place, you either have to eat it or throw it away, and that's where we're going to be on July 15. We're going to have a cake that Islamic people just can't eat.

That's the harm, and if we don't remedy that now, then there's no way to fix it come July 15 even if there is an Islamic school.

**THE COURT:** Okay. So, now, take me into -- in your version of this approval process, we're here on March the 17th. The window for applying for TEFA is closing today. What is it that you would have this Court to do, to go into the comptroller's office and order them to approve Islamic schools that are pending, or -- I'm not following exactly what you're asking me to order the state to do.

Typically, a TRO is to preserve the status quo. The status quo is they've not been approved. So if I order the state to go in and approve these schools, I'm actually altering the status quo.

So I'm trying to get a understanding from you exactly

what is it that you expect this Court to order the state to do at this juncture.

MR. HUDSON: I'm going to respectfully push back a little bit, Your Honor.

THE COURT: Sure.

MR. HUDSON: I don't think the status quo here is haven't been approved. The status quo here is the last peaceable constitutionally sound moment. Once the comptroller started telling Islamic schools -- or removing Islamic schools and creating this unequal system that they have, the status quo is before that happened. It's not later down the road. It's now, and so what we really want to get back to is equal footing.

Now, with that said, how does the Court get us there? Well, the first way that the Court gets us there is not by going to the comptroller's office and say, "Approve these schools." If the comptroller wants to have this discretion that they claim that they have, move the deadline.

There's nothing in the briefing from my friends on the other side --

THE COURT: Move what deadline?

MR. HUDSON: The March 17 deadline. Move it four weeks. Give us 28 days to come to a PI hearing. Maybe the comptroller gets its act together and moves quickly on the applications. Then we'll have something else to argue about.

But right now, there is no harm that I've seen from my

friends on the other side that moving that March 17 date is actually going to have an impact on anything about this program. All it does is give more time for parents to apply. So if there is an unconstitutional action, which is what we're asserting, that gives time to remedy that at least in a way that allows parents to come in and apply.

So we're not asking the Court to direct the comptroller to do anything except stop discriminating based on religion, and the way that you allow that to take place before the cake is baked, move the application deadline, and in the event that the Court ultimately issues a preliminary injunction, the answer is give enough time for all the parents to apply to schools that are available. That's it.

**THE COURT:** Tell me why the parents who have not yet applied or who have expressed some reluctance to apply for the TEFA program, why wouldn't they just apply in hopes that these schools -- the Islamic schools would be approved by the July 15th deadline, which is in the window of approval that has already been stated? Why don't these parents just apply with the -- because there -- is there a cost to apply to the program?

**MR. HUDSON:** So I don't think there is, Your Honor, but --

**THE COURT:** Okay. So --

**MR. HUDSON:** -- here's --

**THE COURT:** -- what's the harm to parents actually

applying for the program, receiving approval, and then waiting to see if their school choice would be approved within the window?

**MR. HUDSON:** So a couple things, Your Honor. One, I'll let the declarations speak for themselves. I point you specifically to 7-7, which is in our TRO briefing. That's the parent who said she has refrained from applying.

But if I had to guess, Your Honor, and that -- I can't get in people's minds. What I do know about this case, and I'm -- I've represented Muslims all across Texas. What I know is there are people who do not want to be involved in a discriminatory system that excludes them. They don't want to be second-class citizens. They don't want be treated like the "other."

So why would I apply to a system that hates me? Well, I think it's because the system hates you.

**THE COURT:** I believe you listened in on the hearing that I had last week, and, obviously, I'm going to have some very pointed questions for the state as well -- and the appearance of over 30, I believe are the numbers, does not look or reflect well on the state, and I'll assume they're going to provide me with some explanation of that.

But, again, let's go back to why -- why we are here today: Injunctive relief, temporary restraining order, and maintaining the status quo.

Again, I believe you've now explained that the -- what you're seeking is, perhaps, a extension of the application deadline in hopes to get us to a full-blown injunction hearing with witnesses and other testimony. Is that correct?

**MR. HUDSON:** That is correct, Your Honor.

**THE COURT:** Anything else of note you need to bring to my attention?

**MR. HUDSON:** I do, Your Honor. The one other piece, aside from, you know, rhetorically the discrimination piece, I do want to point out -- you know, I had the pleasure of assisting another firm with this case called *Mahmoud v. Taylor* at the U.S. Supreme Court last -- last term. That's in our supplemental brief, but the most interesting thing, as it relates to this case from *Mahmoud v. Taylor* is the U.S. Supreme Court found that parents have a direct right to put their kids in the schools of their choices and direct their education. They don't have to wait for the school or figure out what the school's doing or figure out if there's an opt-out program.

The U.S. Supreme Court said parents get to direct the religious lives of their children and the educational lives of their children. These Islamic schools aren't getting that right now. So it's not just about the discrimination piece. That is key. The U.S. Supreme Court has made very clear religious discrimination is its own harm.

**THE COURT:** And I believe we are in agreement on that

point.

MR. HUDSON: Yes.

THE COURT: So the real question is that the system that the -- excuse me -- that the state has set up, does it, in fact, effect discrimination on these parents and their choice, and I'm trying to get a better understanding of that. So thank you.

Anything else of note?

MR. HUDSON: Just briefly, Your Honor. I could run through everything, but in the interest of time, I believe my cocounsel wanted to speak on behalf of the parents.

THE COURT: And I'll give you another opportunity to speak at the conclusion of the state's remarks. Thank you, sir.

MR. HUDSON: I thank you much for your time, Your Honor.

THE COURT: Yes, sir.

Pull your mic -- pull it all the way down. Thank you. Thank you, Counsel.

MS. NAJAM: Your Honor, again, Ayesha Najam with Gibbs & Bruns on behalf of three plaintiffs, Excellence Academy, which is a school operating in McKinney, Texas, and two parents, Ms. Querishi, who is the president of that school, but also has two children enrolled at that school that she'd like to attend there in the fall, and a separate parent, Layla Daoudi. She is a Houstonian who would like to enroll her children at a school

called HQA Katy. And in case that acronym might sound familiar, Your Honor did hear, on Friday, from a parent of a child of a sister school. That is HQA Spring.

So I want to just -- I don't want to rehash anything that Your Honor and Mr. Hudson discussed, but I do want to highlight a couple of points.

We, obviously, are here discussing today: Is today's deadline illusory? In other words, are the plaintiffs' claims really ripe? The schools haven't been denied yet. Parents can apply if they want to notwithstanding a lack of a drop-down that finds their specific school.

I apologize for the multiple analogies, but it is important for us to understand that the schools, the parents, including plaintiffs here, they're effectively being held at the starting line or, at best, pulled off to the start at the 1-mile marker of a marathon, and the state's res- -- based on their faith, and the state's response is, Well, no harm, no foul yet. You see, you have until July to finish the race.

And as Mr. Hudson pointed out -- I think this is very important that distinguishes these particular plaintiffs from anyone else whose school hasn't been approved, any other school that hasn't been approved yet, this -- the First and Fourteenth Amendment harm is -- that is happening now is, by its nature, as a matter of law irreparable and, thus, worthy of injunctive relief.

And so just to clarify our ask, which is where you and Mr. Hudson had kind of touched on, the ask for today is to simply pause the marathon, have the state put down the starting gun while the Court adjudicates our claims because there's no way to restart that race.  Once the starting gun shoots off, that is, if today's deadline is allowed to be enforced, by the time July rolls around, a lot of things will have changed, which I'm going to get into.  But most importantly, the positions, the placements, the schools, enrollment, financial decisions will have already been made.

So I do want to just quickly cover the facts of my specific clients, but if they are redundant and -- Your Honor is happy to stop me.  I wanted to start with Excellence Academy. Its -- its president, Ms. Querishi, has put in a declaration. It's Exhibit F.

As laid out in the declaration, it meets all the criteria in terms of continuous operations, standardized testing, accreditation, et cetera.  It serves kids through -- pre-K through 12.

As the state concedes in its response this morning, this is one of many Islamic schools that literally cannot even get the TEFA program to send them the registration link.  That is step one.  That's not even starting line material.  That's, you know, trying to do the stretch before the run.

**THE COURT:**  Let me make sure I understand what you

just said.  I understand that there are Islamic schools that have applied, and they're awaiting word from the state as to their approval.  Did I just understand you to say that your client has not even been allowed to submit an application?

MS. NAJAM:  That is right.  Excellence Academy has been asking since December, both Odyssey, that third-party provider for the state for the program, and the comptroller's office directly:  Why are we not getting a link?  We are Cognia accredited.  We've been operating in Texas for several years.  We administer a nationally norm-referenced test.  What's going on?

To date, literally no response.

THE COURT:  So, again, just to be clear, your client, Excellence Academy, has not even allowed to be put in the hopper for consideration for approval; is that correct?

MS. NAJAM:  Yes, Your Honor.  Paragraphs 9 to 10.

THE COURT:  Thank you.

MS. NAJAM:  And the affiant there is Ms. Querishi.  Like I said, she's trying to send her two children to Excellence Academy.  She applied for ESA funds, and as mentioned in her declaration, she received confirmation.  Both of her children are eligible, but, of course, Excellence is not on the list.

So, Your Honor, there is a factual point that I wanted to highlight for the Court that hasn't come up yet in today's hearing.  Not only does the -- now, as in today's deadline,

matter -- I'll get to that more in a minute -- this year matters. This is the inaugural year for the program, and if you look on the TEFA website, it explains that this year's marathon is going to determine starting points for the race to come for years and years and years. And that is because, according to the TEFA website, if students are approved and actually win the lottery, that is, they receive TEFA funds this year, then until those children and their siblings graduate from high school, they're guaranteed a spot for years to come.

The TEFA website also states that if a family doesn't make it into this year's lottery, then for years to come, you are now de-prioritized between -- underneath, sorry. You're de-prioritized under students who did make it into year one and their siblings.

**THE COURT:** Let's make sure we -- I'm understanding the factual scenario. I've not heard any complaint about any parent not being allowed to apply. I've actually heard the opposite, that parents have applied, have been approved, and have been placed in the tiered system.

I've not heard of any parent complaining or pointing out that they were denied the application process because of their religious faith or that they were placed in the wrong tier because of their religious faith. Is that correct?

**MS. NAJAM:** Correct.

**THE COURT:** Okay.

**MS. NAJAM:** But --

**THE COURT:** So what you're referring to about getting into the program again ties to their ability to choose their school of choice, and as to their schools of choice, those schools have not yet been approved, correct?

**MS. NAJAM:** Yes. It is relevant for two reasons. First, there are parents who are not applying, which I don't want -- well, I'll get to that again in a moment, but that's a fact.

Second, as Your Honor pointed out, the parents, including our plaintiffs, have applied. They are eligible for funding. So let's play this out.

They're eligible for funding, and come July -- which, with all due respect, we shouldn't wait till then, but come July, the Islamic school still is not on their list. But that's the one they wanted to choose, and that's where they want to send their children. That means that that parent, that fam- -- I'm going to say family. That family is not going to participate in year one.

Let's say, after -- without injunctive relief, we have to wait until this -- these claims are adjudicated. Now we're in year two, and let's say we win. We prevail on the merits, and the Islamic schools have to be let in.

Well, they're now automatically prioritized underneath all those families who actually participated in year one, and

all their siblings, even if the siblings were not in year one. And that's -- so that's very important to the topic of why can't we just wait for the claims to be fully adjudicated.

And so there are a coup- -- we talked about constitutional harm. I want to explain, in- -- including my client's specific facts, why there is irreparable economic and reputational harm absent a pause in the program. And we haven't talked about this yet, but we have submitted --

**THE COURT:** When you say "a pause in the program," a pause for whom? Because there are other parents, other families that have applied and also are awaiting -- in some instances their schools of choice have been approved. I believe I was told at the hearing on Friday over 2,000 schools have been approved.

So some parents have had their schools of choice approved. Perhaps there are other parents -- Christian, Jewish, other faiths -- who have applied, and the school that they're awaiting for has not yet been approved because we're, again, still in that window. And so they're awaiting to see if their school of choice will be approved.

Mr. Hudson pointed out that, for instance, a Christian family, if their school of choice is not approved, they could select another Christian school. Maybe not their first choice, but perhaps their second choice or whatever the case may be. Obviously, if no Islamic schools are approved, you couldn't even

go to your second or third choice within your faith. I understand that clearly.

But you said "pause the program." So who -- who does this -- who's affected by this pause? Because if I pause the program, the Christian family, Jewish families, families of other faith, while they are awaiting their school of choice to be approved, does that pause apply to them as well?

**MS. NAJAM:** Yes, Your Honor. I mean, that is the underlying thread of this lawsuit, that the -- the parents who are trying to send their children to Islamic schools, and the Islamic schools who are trying to get into TEFA, should be on equal footing.

And I don't want us to have any ambiguity in what specific relief we are requesting. The proposed TRO that we submitted, number one, is enforcing -- sorry, enjoining the state from enforcing today's deadline for parent applications, and number two is to enjoin the state from making or implementing any determinations regarding participation, funding status, allocation of benefits, or disbursement of TEFA funds.

**THE COURT:** Well, the TEFA funds, that's a months-away decision. So I'm not following that because if all the schools -- or the window hadn't closed yet, are -- I hadn't been made aware that the state, other than placing families in tiers, have actually started allocating funds at this moment. Am I misinformed on that?

**MS. NAJAM:** Well, presumably, the whole point of having a March deadline followed by a later July deadline -- this is according to the state -- was to use that time to start allocating who's getting what in what order.

**THE COURT:** I'm not sure how that would be possible. Okay. Let's just -- let's -- March 17th deadline, today. There's a July deadline for schools to be approved into the program.

If your first choice, as a family, is HQA Katy, they have until July to be approved, I'm not sure how you could start allocating funds in April, in May, when a family's potential choice has not been approved yet and is still within the possibility of being approved.

So I'm not sure -- I don't understand the mechanism that you're explaining to me that, starting tomorrow, absent a injunction -- or a TRO, correctly, that the state would start allocating funds to families. I'm not understanding that mechanism.

**MS. NAJAM:** To be honest, Your Honor, I don't want to speculate about what the state was planning to do starting, you know, 12:01 tonight, et cetera, but out of an abundance of caution, these two things go hand in hand. Number one, today's deadline for parents to sign up, we ask that the Court enjoin that, and presumably that would necessarily, as part of the larger cake, as Mr. Hudson referenced, would need to pause the

cooking of the cake entirely to the extent that the state was planning to use that interim time while school applications are still being processed --

THE COURT: Okay.

MS. NAJAM: -- to start making actual decisions on what to do with that $1 billion.

THE COURT: Very well. Anything else of note?

MS. NAJAM: Yes, Your Honor. There's a couple of things on the point of why now? Why can't everyone just wait till July, and we'll deal with that then?

The first is we've submitted evidence that the plaintiff schools are suffering reduced enrollment as a result of the Islamic schools being -- I'm not going to use the word excluded, just not addressed, slow-rolled, on pause, not getting responses. And an example is Exhibit A. That's the declaration from the head of Bayaan Academy, paragraphs 26 to 27.

So let's talk a little bit of practical- -- about practicalities. Reduced enrollment, that is a kind of inherently irreversible harm. As my client, Ms. Querishi, put in her declaration, paragraph 23, in her over a decade of being a president of Excellence Academy, you can't just expect families to switch back.

If this lawsuit takes over a year, whether you're mid academic year or in between academic years, when a kid leaves your Islamic school because it'll sure look like it wasn't going

to make the cut, you cannot simply say, It's okay; we can fix this later. Families like educational stability.

One thing we also haven't discussed is just the reality of school budgeting. We are five months out from the beginning of the next academic year. Focus- -- focusing, again, on the example of Excellence Academy, we've put in evidence that their budget for this upcoming school year, given that the school meets all the criteria, had already relied on receiving hundreds of thousands of dollars of TEFA funding to offset the financial aid it provides to students.

So if we're forced to wait until the second half of the summer, that means that school must go ahead and plan --

THE COURT: I clearly understand that and take no issue with that. The -- my only comment to that is there are other schools that have -- Christian, Jewish, other faiths, that have also not been approved.

Unless you're going to tell me that the state has exhausted all schools that have applied, and the only ones remaining in the hopper for consideration are the 30 Islamic schools that have been pointed out, I assume that there are other Christian schools, schools -- Jewish faith, other faiths, non-faith that are still in the hopper awaiting action by the comptroller's office. Is that correct?

MS. NAJAM: Yes, it is, and --

THE COURT: Okay. So why is it -- what moves an

Islamic school that is awaiting approval from the state, what moves it to the head of the line from the Christian school or the Jewish school or the school of non-faith that is also awaiting, trying to do their budget based upon a actual approval from the state?

**MS. NAJAM:** So with respect to the Court, I think that's the wrong way -- the wrong lens. Those Christian schools, those Jewish schools are not -- have not -- are not here before the Court, and it is because --

**THE COURT:** Well --

**MS. NAJAM:** -- to the extent they're in the line --

**THE COURT:** -- your argument before the Court is that the Islamic schools are being treated differently, and my point in raising that is that there are other schools that are in the same boat. So you are being treated differently not -- you're being treated differently from the schools that have been approved, but as to the schools that have not yet been approved, you're in the same boat.

So that's my point, when I look at it through that lense, because you're claiming unequal treatment, but other schools -- non-Islamic schools are also experiencing the same pins-and-needles budget decisions because they're awaiting their approval as well.

**MS. NAJAM:** Although we may be in the same boat of harm, that is, also suffering these economic indecision and

uncertainty because we're in the boat labeled "still waiting," what -- that's not legally relevant for the Court. The question is whether we, the Islamic schools, are in that boat for unconstitutional reasons. And so our -- our irreparable harm doesn't need to be different from the Christian schools, the Jewish schools, the secular schools that are in the boat with us. The point is we were thrown into that boat for an unconstitutional reason.

And I promise I won't spend more than one sentence on reputational harm, and that is families have reported to the plaintiff schools that they're concerned that, well, maybe the school isn't up to snuff, that is, it's not being let into the program because of the merits. And that reputational harm is an independent grounds to grant temporary rejunctive [sic] -- temporary injunctive relief.

And in case the Court wants the cites for that, two examples are Ms. Querishi's declaration and Exhibit N. That's a teacher at a plaintiff school called BHA.

I won't go into the details, because they are a little bit redundant, of Plaintiff Layla Daoudi. She is an HQA Katy parent. The system shows her eligible for her two children. HQA Katy has put in its own declaration -- that's document 7-11 -- that it meets all the criteria, but like Excellence, it's been trying for months just to get a registration link and has received, still, no response; no explanation.

THE COURT: And the name of that school again?

MS. NAJAM: HQA Katy.

THE COURT: So -- HQA -- and, again, just so that we're clear, HQA Katy is not awaiting approval, they have not even been allowed to apply because the state has failed to provide them with the application link; is that correct?

MS. NAJAM: Yes.

THE COURT: Thank you.

MS. NAJAM: More specifically, Odyssey told HQA Katy, You're going to need to contact the comptroller directly, which they did, and have not received a response.

THE COURT: Thank you.

MS. NAJAM: So I'm -- promise I'm going to wrap up now. We saw in the response today, we heard on Friday that, It's not because you're an Islamic school, it's because there was a holdup with Cognia.

Mr. Hudson touched on this, so I didn't want -- I did want to belabor only a couple of points here. That is pretext. We've submitted plenty of evidence from it --

THE COURT: Does Cognia only approve Islamic schools, or are they also a accreditation source for other schools?

MS. NAJAM: The latter, Your Honor.

THE COURT: Okay.

MS. NAJAM: This Cognia explanation is pretext. We have submitted an e-mail from Cognia, I believe last night, that

shows that hundreds of its schools have actually been approved --

THE COURT: That was going to be a very -- my very first question for the state. So I assume they're going to have an explanation that if Cognia is under review, why are Cognia schools that are non-Islamic approved, and these Islamic schools are not. So I assume they're going to have a very good explanation for that.

MS. NAJAM: And the other -- one thing I wanted to point out in terms of whether this Cognia thing is pretext, Exhibit Q to our application, it was an X post by the Texas governor praising the Islamic schools from not being -- praising the omission thus far of the Islamic schools from TEFA's program, and that --

THE COURT: I saw that, and, again, I commented on that at the Friday hearing. But just to be clear, to your knowledge, is the governor's office involved in the approval process for these schools for TEFA?

MS. NAJAM: It depends on what you mean by your -- by "involvement." If --

THE COURT: Are they --

MS. NAJAM: -- direct --

THE COURT: Are they directly involved in the approval process?

MS. NAJAM: No, but Exhibit O to our application was

where the comptroller asked Attorney General Paxton -- I know separate -- effectively asking, May I exclude otherwise qualified schools who have, say, hosted an event for CAIR, C-A-I-R?

And then I wanted to highlight separately that on the comptroller defendant's reelection campaign website, he effectively touts, I did it. Not in those words. I wanted to read the words, and this is KellyHancock.com. We cited it in paragraph 60 of our complaint.

Among the lists of, quote, proven results is this heading, "excluded schools with terrorist ties from Texas Education Freedom." And I will read the -- the little blurb there. There are typos, but I will read it verbatim.

"As he implements Texas Education Freedom, acting comptroller Kelly Hancock is ensuring no schools with ties to terrorist organizations or foreign adversaries, like the Council on American Islamic Relations" -- that is CAIR -- "or Chinese Communist Party are not be permitted to participate. No Texas tax dollars will be funneled to bad actors that are hostile to our country, undermine our values, or seek to do us harm."

So, Your Honor -- sorry, end quote.

Couldn't be any clearer. Defendants' refusal thus far to admit any Islamic schools, it isn't happenstance, it is the stance and appears to be the stance of the day. But as we put in our briefs, and as Mr. Hudson covered and/or will cover, this

kind of guilt by association, it is not a permissible reason to sideline schools and sideline parents from the race.

THE COURT: Thank you, Counsel.

Response from the state.

MR. RHINES: Thank you, Your Honor. A lot to respond to. I guess I will begin with what you said would be your first question, which was, I believe --

THE COURT: I believe, in your response -- I'm looking -- let me just get to it. Let me pull it up again.

In your response, you mention that it, I believe, is Cognia, who has -- I believe you referred to them as accreditation problems, and that was under review. And the -- let's back up even further just so that we're clear.

I keep hearing the number 30 Islamic schools. Is that your understanding as well?

MR. RHINES: I'm going off of what the plaintiffs say, Your Honor. I --

THE COURT: So let's say 30.

MR. RHINES: Okay. We'll go with that.

THE COURT: The 30 Islamic schools have been -- they have accredited those 30 schools. Is that your understanding?

MR. RHINES: I believe there may be -- yeah. I believe they're all accredited by Cognia in some respect.

THE COURT: All right. So in your response, page 3, paragraph 2, I'm reading, "During the private school

verification and approval process, the Comptroller's office determined that Cognia-accredited schools require additional verification and approval due to several concerns brought to the Comptroller's attention."

Counsel just pointed out that as to the Islamic schools accredited by Cognia, this would be a explanation from the state as to why, but she also pointed out that there are Cognia-accredited schools that are non-Islamic that have already been approved.

So if the state, by its own admission, requires additional verification and approval due to several concerns brought to its attention, how did these other schools get past those concerns? And that was -- and that additional verification to get approved by the state?

MR. RHINES: Yeah, Your Honor. I think the answer's very simple, and it's that there is a small administrative staff handling these issues and going through school by school, and to my knowledge, we just have not gotten to any fulsome reviews of these particular schools.

THE COURT: So you understand, if nothing else, the appearance of being -- what accreditation issues with Cognia schools that are non-Islamic, somehow many of those -- I'm not sure of any number because no one's quoted a number to me. Many of those have made it through the state's additional verification and approval due to those concerns, but when it

comes to Islamic schools, the state is somehow O for 30?  Even the appearance of that should give you pause as to what that looks like.

MR. RHINES:  Yeah.  Your Honor, I'm well aware of the appearance of that, and I have communicated that to my clients.  And I think one of the important things to recognize is the comptroller is not -- does not have a list of the Islamic private schools, and obviously there are some --

THE COURT:  You say that, but counsel just pointed out, from the comptroller's -- acting comptroller's website -- campaign website, he's touting the fact that he is protecting taxpayer dollars by -- by not allowing certain schools to be approved for the TEFA program.

So when you say the comptroller's office is not aware, that flies in the face of these assertion- -- public assertions as to what he's doing and why he should be elected.

MR. RHINES:  Yeah.  Your Honor, I think that that is probably the difference between the comptroller as a public official and the comptroller as a candidate for comptroller.  I do not know why that was written on the website because I do not believe that to be an accurate statement of fact.

THE COURT:  Well, you can understand that, in the context of a federal lawsuit charging the state with discrimination as to Islamic schools, how that appears again.

MR. RHINES:  I do understand how that appears,

Your Honor.

THE COURT: Again, as to the state being O for 30, any explanation other than a small staff at the comptroller's office that has somehow managed to approve over 2,000 schools, but for some reason has not made it to these 30 Islamic schools?

MR. RHINES: Well, I think it's not -- I would respectfully push back a little bit and distinguish between Cognia schools and non-Cognia accredited schools.

THE COURT: Well, let's just stay there.

MR. RHINES: Okay.

THE COURT: Again, Counsel pointed out that there are Cognia-accredited schools that have made it through the process. Is that also your understanding?

MR. RHINES: It is my understanding, Your Honor. That is after they were initially held back, and the comptroller's been working through them.

THE COURT: Okay. So, again, some Cognia-accredited schools, despite the comptroller -- according to your response, accord- -- despite the state's requiring additional verification and approval due to several concerns, have made it through, but, again, the ones that have not just happen to be Islamic.

MR. RHINES: Yes, Your Honor, with the caveat that it's not only the ones who have not are Islamic. There are many.

THE COURT: Standing here today, do you have any

understanding as to the number of Cognia-accredited schools that have not been approved?

MR. RHINES: My cocounsel may have that number off the top of his head.

*(Sotto voce discussion between Mr. Rhines and*
*Mr. Johnston.)*

MR. RHINES: We're sitting at 90, maybe 100 Cognia-accredited schools that still are waiting on approval to the TEFA program.

THE COURT: Okay. So 90 to 100 are awaiting approval.

Obviously, I -- you probably anticipate my next question. How many Cognia-accredited schools have been approved?

MR. RHINES: I believe that there are somewhere in the ballpark of 700, and so --

THE COURT: Just a moment -- just -- we're really going to drill down on that.

So approximately 700 Cognia-accredited schools have been approved?

MR. RHINES: No. I'm sorry, I misspoke. I think there are about 700 Cognia-accredited schools in the state of Texas. So maybe --

THE COURT: 600.

MR. RHINES: -- 600.

THE COURT: Okay. So let me get this straight, and

again -- so I don't want there to be any misunderstanding about this.

Earlier today, Document 16, the defendants' response in opposition to plaintiffs' motion for temporary restraining order, in pointing out to the Court what was going on with these particular Islamic schools awaiting approval, the state pointed out to me -- I'm quoting again -- "During the private school verification and approval process, the Comptroller's office determined that Cognia-accredited schools require additional verification and approval due to several concerns brought to the Comptroller's office."

So you're telling me that there is a problem with Cognia-accredited schools. You tell me that there are approximately 700 Cognia-accredited schools in the state of Texas. Despite these concerns, despite the required additional verification of the 700, 600 have been approved for TEFA. Of the remaining 90 to 100, by your own number -- within that 90 to 100 number, are the 30 Islamic schools that we have been talking about over the past several days.

Not one of the 30 made it through with the other 600 schools, but they have, for some reason, landed in this boat with the 100 -- 90 to 100 that have not been approved. If you were to roll dice in a game of chance, you would not come up with those numbers, and the state's only ver- -- reasoning for this is that the comptroller's office has a small staff.

Put that also in light of the comptroller's -- acting comptroller's campaign website where he is touting the non-approval of Islamic schools for TEFA -- the TEFA program. In addition, the governor of this state, in a X post dated March the 12th, also touted the fact that Islamic-related schools, for a reason that he believed to be terrorist related, were not going to be approved.

At our hearing on Friday, I told you the appearance of this was troubling. With these additional numbers, it has only become more troubling, and the state's -- unless I'm going to hear something different from you today, sir, the state's explanation as to how these numbers have come about are falling flat.

**MR. RHINES:** So a few responses to that, Your Honor. Respectfully, as we discussed about -- on Friday about the governor's tweet, I would caution the Court to assume that the comptroller is a cat's paw of the governor --

**THE COURT:** I give you -- I'll give you that.

**MR. RHINES:** Okay.

**THE COURT:** I will give you that. Let's set that apart.

I cannot set apart the comptroller's own words on his website, though. He speaks for himself, does he not?

**MR. RHINES:** I think there's a difference between -- at least in my capacity as his attorney, I don't know what the

comptroller's doing as a candidate. The comptroller --

politicians, as candidates, will make statements all the time

that I think are (descriptive sound) --

THE COURT: You're not saying candidates lie, are you?

MR. RHINES: What I would say is that candidates will

do what they need to, to try to win an election. I think we've

all seen it many, many times. Now, that's not to throw any --

to throw -- casting aspersions on the acting comptroller. I

need to add that.

And one thing that I think, as Ms. Najam, as she read

through the comptroller's statement, the comptroller's

statement -- and, again, this was something that we discussed on

Friday, as the Court, I'm sure, well remembers. There is a

difference between the Islamic faith and terrorism spurred by

radical Islamic ideals, and --

THE COURT: We are 100 percent in agreement on that.

MR. RHINES: Without a question. And that -- that

post by the comptroller --

THE COURT: Are you aware -- and let me back up

because, Counsel, I don't want you to take the Court's questions

to be personally directed at you. You're doing a fine job on

behalf of your client, and everything that I've seen from you

thus far has shown you to be a fine officer of this Court. So

let me make that distinction.

MR. RHINES: I appreciate that.

**THE COURT:** Are you aware, as you stand here representing your clients, of any of the 30 schools that have applied for the TEFA program being engaged in terrorism, funding terrorism, or providing aid and comfort to any terrorist?

**MR. RHINES:** I am not aware personally of that, Your Honor. Now, I will --

**THE COURT:** So -- so that couldn't possibly be a reason that any of these 30 schools' application for TEFA could be held up, correct?

**MR. RHINES:** Well --

**THE COURT:** And, obviously, you couldn't claim that Cognia, as an accreditation service, is supporting terrorism when you've already told me that 600 schools accredited by that organization have already been approved by the state.

**MR. RHINES:** I'm not making that claim, that Cognia is affiliated with --

**THE COURT:** So, again, how is it, as you've correctly done, separating terrorism out from the Islamic faith -- how is it that these 30 schools somehow have found themselves in the waiting boat?

**MR. RHINES:** I can only tell you that the comptroller -- I can only tell you what my client has told me, Your Honor, and it's that the comptroller has repeatedly stated that they are reviewing these schools -- all of these schools --

**THE COURT:** Wait a minute.

MR. RHINES: -- on a rolling basis.

THE COURT: Just a moment. That's different from what you represented to me in your response. You said you were reviewing the accreditation service, not reviewing the 30 schools.

So is the comptroller actually drilling down now and examining the 30 schools individually, or is he looking at their accreditation?

MR. RHINES: I may have been a bit ham-fisted in that drafting. I was doing it late at night. What the comptroller is reviewing, the comptroller has found issues with schools that are accredited by Cognia. So they are not --

THE COURT: That cannot be true if he's approved 600. How can that be true?

MR. RHINES: It would be, in our affidavit -- as an example, the affidavit that is, I believe, Exhibit 1 to our response here and was also our exhibit in our response to Mr. Cherkaoui's temporary injunction request where there were issues with a site visit that Cognia had not kept on top of. And so what we need to do --

THE COURT: Wait a minute. We're taking this very slow because I want -- I don't want there to be any misunderstanding --

MR. RHINES: I understand.

THE COURT: -- perhaps on my part. You just mentioned

site visit. You mentioned that Friday when we were here last.

Is it your representation to this Court that the 30 schools -- Islamic-based schools that are in the waiting boat, as I've called it now, that their accreditation is lacking a site visit from Cognia, and that the comptroller's office has somehow become aware that Cognia did not go out to these 30 schools, conduct a site visit before they accredited them? Is that your representation to this Court?

MR. RHINES: I think there's a bit more nuance to that, if I can explain.

THE COURT: Yes, sir.

MR. RHINES: So from my understanding, the site visit is not the only issue. The comptroller noticed issues with at least nine separate schools just, I believe, in February alone.

THE COURT: What nine schools?

MR. RHINES: I believe they were all secular schools. Mr. Johnson may -- Johnston may know that off the top of his head since he has a computer.

*(Sotto voce discussion between Mr. Rhines and Mr. Johnston.)*

MR. RHINES: So I have Mr. Johnston telling me -- and I apologize, Your Honor. I guess I should give a bit of background.

THE COURT: No, no.

MR. RHINES: I'm visually impaired, and so --

THE COURT: I will always give you a moment --

MR. RHINES: -- it's hard for me to read things.

THE COURT: I will always give you a moment to confer with your cocounsel such that your representations to this Court are correct.

MR. RHINES: Yeah. And I want to be crystal clear, but -- and I believe I recall this as well, but I think we're looking at Exhibit 1 on pages 2 and 3 that discuss this issue. I do not know the exact names of the schools. I know the name of one school from Mr. Miller's affidavit, and that was a -- that was a secular or -- I can't remember if it was a secular -- it was a non-Muslim school for sure.

And so because of that, all Cognia schools were held back. The ones that had applied are pending approval in the portal --

THE COURT: Again, let's be precise with our language, as I told opposing counsel. Not all Cognia schools were held back because 600 have been approved.

When you say Cognia schools were being held back, again, we're talking about 90 to 100 of 700. So not all were held back, correct?

MR. RHINES: My understanding, from talking to my client, is that they were all held back, and then were slowly processed through. Well, not slowly, but as quickly as the comptroller could get through it, which for, frankly, the

purposes of this case is too slow for my liking.

**THE COURT:** I -- I -- I appreciate. So not held back, but processed more slowly, more deliberately, whatever the case may be. But even through that great deliberation, 600, to date, have made it through; 90 to 100 have not.

**MR. RHINES:** I believe that that is accurate.

**THE COURT:** Thank you, sir.

**MR. RHINES:** So I don't want to -- and I'm sure -- if the Court has questions as I move forward, you know, I'll be happy to answer them.

**THE COURT:** I -- I do have a couple more, and I apologize.

**MR. RHINES:** Not a problem.

**THE COURT:** I was trying to get an understanding from the plaintiffs as to what their particular ask was, and the one that I'm returning to is the March 17th deadline. Putting a pause on that, or extending it, can you explain to me what the prejudice is to the state if that deadline is paused, if any prejudice at all?

**MR. RHINES:** Yes, Your Honor. I can explain the prejudice to the state, which is that we plan to run -- the state needs to run this lottery in early April so that the state can move forward with getting funds out. Now, we have represented to the Court accurately that the final deadline for selecting a school is July the 15th; however, there is another

deadline in the middle, June 1st. That pertains to when the money actually goes to the schools.

So I believe --

THE COURT: Just a moment.

MR. RHINES: Yes.

THE COURT: I really want to understand this.

MR. RHINES: Yeah.

THE COURT: In Friday -- on Friday, you told me that there were limited funds and as -- by way of example, the plaintiff in that case --

MR. RHINES: Uh-huh.

THE COURT: -- was placed in Tier 4, and you stated that the funds would be exhausted in Tiers 1, 2, and 3 and, therefore, that plaintiff really didn't have a cause of action because there would be no injury because there would be no money.

You've now just told me -- confirmed that school approval can be as late as July the 15th, but you're going -- the state is going to start sending out money on June the 1st. So if a school is approved on July the 15th, within the state's own window, is it possible that the funds could have been extinguished by the time they are approved?

MR. RHINES: Is it possible?

I'm sorry, Your Honor. I don't know if I understand your question. I'm --

**THE COURT:** Let me try again. The window for schools to be approved for TEFA extends through July the 15th, correct?

**MR. RHINES:** That is correct.

**THE COURT:** The 30 -- again, we're using that number. The 30 Islamic schools that have -- not all 30, a number of them are here today in this courtroom are complaining that they have not yet been approved. I've pushed back on them saying that the window to -- for approval is July the 15th, and it may very well be -- it may very well come to pass that you are approved in this window that the state has established.

You've just told me that, assuming that the March 17th deadline remains in place, the state's plans remain in place. The state intends to start dispensing funds to schools that have approved parent -- approved families, approved schools, as early as June the 1st. Did I understand you correctly?

**MR. RHINES:** Not necessarily, but I think that was probably my fault. So there are -- the latest deadline to select a school, as we have discussed at length, is July the 15th. There is a separate deadline of June 1st where parents can also select a school if they want funding to be directed to that school by, I think, July 1st.

**THE COURT:** Okay. So let's go back to July 1st, then. So on July the 1st, will funding start flowing to schools?

**MR. RHINES:** That is my understanding, yes.

**THE COURT:** Okay.

MR. RHINES: I think it's July 1st. I don't know exactly, but I think it's about a month out from the deadline.

THE COURT: Okay. From the June 1st deadline?

MR. RHINES: That's correct.

THE COURT: Okay. So it could be somewhere in July?

MR. RHINES: Right.

THE COURT: Let's assume July 1st.

MR. RHINES: Right.

THE COURT: Starting at July the 1st, funds start flowing to schools from the state. Between July the 1st and July the 15th, the last day for a school to be approved, a two-week window, is it possible that the funds set aside for TEFA could be extinguished?

*(Sotto voce discussion between Mr. Rhines and Mr. Johnston.)*

MR. RHINES: Sorry about that, Your Honor.

THE COURT: No.

MR. RHINES: The -- I don't think that that's necessarily true because the funds are not -- the funds do get -- I believe the way the framework goes, they get paid directly to the schools, but it's based on the lottery system. So those funds will already be allocated in early April.

THE COURT: Okay. So let's stop there. The funds are allocated in early April. To whom?

MR. RHINES: To the -- essentially -- again, I think

this is how it works. Essentially, a trust account on behalf of the students that will be paid to the schools.

**THE COURT:** So if the funds are allocated in early April, if what you've told me on Friday is correct, that the first three tiers are going to extinguish the funds sometime in April with the allocated funds, knowing how they're going to be spent -- not necessarily disbursed, but sent out, if you know that in -- the state knows that in April, and the funds are allocated, what's the value of being approved for the TEFA -- as a school, what's the value of being approved on July the 14th, July the 15th, if the funds have been allocated and, perhaps, disbursed as early as July the 1st?

So when -- and the reason I ask that question is if your argument to me that the plaintiffs' claims are not yet ripe because they have until July the 15th to be approved, but the mechanism set up by the state allocates the funds in April, and, perhaps, disburses those funds as early as June the 1st or July the 1st, a parent could not select, as a school of choice, until July the 14th for a program that doesn't have any money.

So I'm not following -- and this could be true even for a parent that is located in Tier 1. They could have a student in Tier 1 assured of receiving funds, and they're sitting there waiting for their school of choice to be approved. It doesn't happen till July the 14th, but by that time, the state has already started the process of allocating funds;

dispensing funds. And so someone that the state has said should receive funds, they're out of luck because of the mechanism that the state have set up -- the state has set up.

And it just so happens, from what has been brought to my attention on Friday and today, that, again, the state is O for 30 when it comes to Islamic schools. The appearance of that also should give you pause.

MR. RHINES: Absolutely, Your Honor, and that -- the appearance of that is well taken, not lost on me for sure, and not lost on my clients.

THE COURT: Well, you say it's not lost on your clients, but they're yet -- your client is out touting, on his campaign website, that he's doing this specifically and intentionally.

MR. RHINES: And to be very clear, when I say my clients, I mean the staff in charge of the program that I've been communicating with. I -- I don't -- I can't make any statements for the comptroller as a candidate --

THE COURT: Well, the employees that you cite as your client that you're talking to, who do they report to?

MR. RHINES: Some, the general counsel --

THE COURT: Of -- general counsel of whom?

MR. RHINES: The comptroller's office.

THE COURT: So, ultimately, it's the comptroller's office, I believe, that is in charge of the TEFA program. Is it

not?

MR. RHINES: That is correct.

THE COURT: Okay. So I'm talking about where the buck stops because that is the person in charge. And the person in charge, as you state, should be aware of how this looks, and, more importantly, what he's out touting as his intentional desire not to have schools receive Texas tax dollars.

And, again, we've already talked about -- you've conceded that of the 30 schools, not one has engaged in terrorism, funded terrorism, or provided aid and comfort to a terrorist. So that's off the table for an explanation as to why they hadn't been approved.

Then we talked about Cognia's accreditation, and it turns out that of the 700 Cognia-accredited schools, 600 have been approved. So that really isn't a issue, as well, as these 30 schools find themselves in the waiting boat with approximately 60 other schools for whatever reason.

The appearance of this reeks.

MR. RHINES: Understood, Your Honor. If I could just respectfully push back on one thing --

THE COURT: You can always push back, sir.

MR. RHINES: I've been told --

THE COURT: And you've been very respectful.

MR. RHINES: I'm just trying my best.

I told the Court that I was not personally aware any

of these schools had engaged and aided terrorism or anything --

**THE COURT:** I think that would have been front page of the *Houston Chronicle*. I think it would have led the evening news in the Dallas/Fort Worth market, the Houston market, the San Antonio market, and the Austin market if any of that was true.

Now, I'm not a avid consumer of the news, but I am an observer of the news, and I have not seen any report that said any Islamic school accredited here in the state of Texas has done so. Are you aware of such a news report?

**MR. RHINES:** I'm not aware of such a news report, Your Honor.

What I will also say is this does not just -- and I'm -- this does not just encompass terrorism or issues of -- of the Muslim faith. There -- the specific provision in the education code states that the -- states that schools need to follow all relevant law, and that could be a number of different things.

**THE COURT:** Let's go there.

**MR. RHINES:** I just want to point that out.

**THE COURT:** Are you aware of any law violated by any of the 30 schools -- 30 Islamic schools that are awaiting approval by the comptroller's office for the TEFA program?

**MR. RHINES:** Standing here today, I am not personally aware. However, I can say that in the affidavit submitted with

our response today, Ms. Stout stated that Bayaan Academy is under review for potential issues with that provision.  I'm not aware of what those issues are.  I'm trying to get those answers --

THE COURT:  That's no different than the position you took when you stated Cognia was under review, but yet Cognia-related school -- accredited schools have been made it -- made it through.  So having some unfounded allegation as the reason to be denied entry into this program where tax dollars are being dispensed, as counsel has pointed out from the other side, perhaps touches on the First and Fourteenth Amendment here, and those are serious issues.

So -- first of all, again, you've -- you've been very professional in your responses.  I understand the position you hold as an officer of the Court representing your client, and so, again, I take no issue with what you're saying and what you're doing.

With that being said, anything else of note that you need to bring to my attention?

MR. RHINES:  I think there are a couple of things, Your Honor.

THE COURT:  Yes, sir.

MR. RHINES:  The first would be the sort of creative framing of the plaintiffs' injury insofar as that certain individuals have chosen not to apply for the TEFA program.  I

think that presents a traceability issue as it relates to standing, that if -- assuming an injury, and, arguendo, I don't --

**THE COURT:** Can I just -- you say "standing issue." I will -- and I could be wrong. I saw some affidavits. Are there -- and I'll ask them again, but let's just set aside the parent -- the families that says, I'm not applying, just for a moment.

**MR. RHINES:** Right.

**THE COURT:** If we set them aside, we still have parents who have applied, who have been approved, and we do have schools who have -- oh, pardon this interruption, because I have to go back to something that I thought was very important.

Counsel told me that there were two schools, Excellence Academy and HQA Katy, that have not even been permitted to apply for the program. Are you aware of that?

**MR. RHINES:** I believe so, after reading their complaint.

**THE COURT:** Do you have any explanation as to why a school could not simply apply. Even if the comptroller's office, in its wisdom, determines, We're going to deny your application, but do you have any explanation as to why those two institutions were prohibited from even applying from the program?

**MR. RHINES:** Yes. So it all goes back to the Cognia

issue. At the time the Cognia issue was discovered, some had already -- some schools, a large -- a lot had already received an application, and those were put in, basically, the pending bucket on Odyssey. The ones who had not received -- the ones who had not received a -- an application had been basically -- the comptroller had decided to hold off on sending those applications because there is no deadline to apply.

Now functionally, you know, there's an approval deadline of --

THE COURT: There's no deadline to apply for what?

MR. RHINES: To apply to be a participating school in the TEFA program.

THE COURT: I disagree with that. Let me tell you why. Because if a family's first choice is Excellence Academy or HQA Katy, they're facing a deadline today of applying for the TEFA program. And if they go to the approved list, and they do not see their school of choice, and that's where they want their son, their daughters to go to school, and they don't see them on the list, they might be disinclined to apply.

Or, more so, even if they don't have an application pending that could be approved by the July the 15th deadline, you know, they go to Excellence Academy and say, "Have you applied for the TEFA program? Have you been approved? No, we hadn't been approved. Okay." Are -- "There's no need for me to apply," or, "We haven't been allowed to apply."

You could see how that could chill a application from a family if their first choice is not even in the program.

**MR. RHINES:** I can understand that, Your Honor. What I would say is that my comptroller has put out a number of communications, press statements, et cetera, stating, Don't see your favorite school? Apply anyway. We are approving schools on a rolling basis.

**THE COURT:** I chuckle because now you're citing the comptroller's press accounts, but you took issue with his campaign press announcements. So you can't have it both ways. Either what he says publicly counts, or it doesn't count.

**MR. RHINES:** Well, I think two things to that, Your Honor, the first being that communications made in his official capacity versus his capacity as a candidate are different. I cannot speak for the comptroller as a candidate. I can speak for him in his official capacity.

**THE COURT:** I understand -- I understand --

**MR. RHINES:** And, second, I believe, as disconcerting as the Court may find the comptroller's campaign statement, what it basically says is, We are not going to give school funding to schools that aid and abet terrorism organizations, enemies of the U.S. --

**THE COURT:** And no one's taking any -- I've not heard any advocate stand up and say -- State of Texas should fund terrorism. No one has requested that. No one is seeking that.

**MR. RHINES:** No.

**THE COURT:** As a matter of fact, you've -- yourself have just conceded that none of these schools have had any ties to terrorism based upon the information that you have. Again, they have not engaged in terrorism. They've not funded terrorism or provided aid and comfort to any terror -- terrorist. That's not on the table here.

**MR. RHINES:** Right. Not that I'm aware of.

**THE COURT:** So there has to be another reason that the state is O for 30 when it comes to these schools. It cannot be accreditation because, again, the same accreditation service that has accredited them, 600 schools with that same accreditation have been approved by the state. So something is amiss here.

**MR. RHINES:** Right, Your Honor, and I think it's -- it's -- it's the rolling basis of the applications, and it may not come off --

**THE COURT:** Again, you could roll dice. You could get 700 schools, put their number 1 through 700, roll the dice, and then for the 6- -- I'm sorry, the 30 schools that have not been approved, they don't -- none of them land in the 600 that have been approved? Again, even in a game of chance, those numbers don't come up.

**MR. RHINES:** I understand the Court's point, but that is -- I can only tell the Court what I know what happened, and

all I know is, simply, that the comptroller is reviewing these on a rolling basis.

THE COURT: Final question for you, sir. Counsel mentioned, I believe -- correct me if I'm wrong -- Excellence Academy was, at one point, approved. There was a *Houston Chronicle* article -- was it --

MR. HUDSON: Bayaan, Your Honor.

THE COURT: Bayaan. Thank you for the correction.

Bayaan Academy was approved. A *Houston Chronicle* article comes out regarding the TEFA program, and perhaps mentions this particular plaintiff, and now, all of a sudden, they're removed.

Other than Bayaan, has there been any other school that has been approved for the TEFA program and then removed? Any non-Islamic school ever been approved and then removed?

MR. RHINES: I believe that there has.

Right?

THE COURT: Okay. Give me the name.

*(Sotto voce discussion between Mr. Rhines and Mr. Johnston.)*

MR. RHINES: If the Court would be all right with him --

THE COURT: Your name?

MR. JOHNSTON: Grey Johnston. From the latest information --

THE COURT: And, again, this question is: Bayaan Academy had previously mentioned -- counsel for -- had mentioned they had been approved, and then removed from approval. Are there any non-Islamic schools that have been approved and then removed from approval from the TEFA program? And you have a list?

MR. JOHNSTON: Yes. From my understanding --

THE COURT: Yes.

MR. JOHNSTON: Now, I don't know the religious affiliation of these schools, of course, because we don't ask that question --

THE COURT: Understood, sir.

MR. JOHNSTON: -- but at least from the information that I have: Mary Hill Academy, Explorer, Paragon Prep, Ameen Academy, and Bayaan Academy. Now, I don't know the religious affiliation of all these schools --

THE COURT: Thank you.

MR. JOHNSTON: -- and I understand that that's concerning, but it is not just Bayaan Academy, and it is not just Islamic schools.

THE COURT: Thank you, sir.

All right. Counsel, back to you.

So anything in closing?

MR. RHINES: I would just like to briefly recap our argument, if it's alright with the Court --

THE COURT: Yes, sir.

MR. RHINES: -- on our pleadings. The first issue is that there is really no difference between plaintiffs today and plaintiffs tomorrow, as I discussed with the Court on Friday. If they have applied, they will be eligible for the lottery. At that time, we can see whether they even have some sort of vested right in funds by being chosen by the lottery.

To the extent the parents choose not to apply, and that will harm the plaintiff schools, that is a harm attributable to the parents who choose not to apply based on what they think the comptroller might do about their specific school.

Now, as we've discussed at length, I understand the optics of certain statements that have been made and of the sort -- as the Court puts it, an O for 30 situation. But the harm there is truly -- when you're talking about a traceability analysis for the purposes of standing, the harm to the schools that they have alleged, that the pool won't have as many Muslim families or families who want to educate their children in the Muslim faith, that is attributable to the people who have decided not to apply, and there is still time to apply.

They can go right after this hearing, apply, get an eligibility determination, and be entered in the lottery to get the TEFA funding.

And I think, last, I just want to focus on the relief

that the plaintiffs want. Holding open the deadline will necessarily push back everything. It'll push back the lottery, from my understanding talking to my clients; it'll push back school selection; it'll push back everything. So that will throw a monkey wrench into what is actually a pretty tight timeline.

Now, the second -- that will also prejudice parents who have applied on time, for parents who have entered their children for the lottery in the time allotted, and we've had, you know, a month to do that. I think perhaps more. I don't remember the exact days. But that would also, you know, try to -- it would favor a few families who chose not to apply during the ample application window and prejudice families who did apply and have been waiting in line, and then may not -- especially if they're in that sort of middle or beginning of that third tier, may or may not receive funding now.

Now, the plaintiffs also want the Court to complete -- this is my understanding, and I'm sure Mr. Hudson will correct me if I am wrong, but it looks like their requested relief in the plaintiffs' TRO order is for the Court to essentially take the fact finding away from the comptroller and create a quasi preclearance system before the comptroller approves or denies or makes any factual determination on any school, and that all of that has to go through the Court, at least until the PI hearing.

That would, essentially, relieve the comptroller of

all duties.

THE COURT: I'm not interested in replacing the comptroller, and --

MR. RHINES: I didn't think so.

THE COURT: Yeah. I'm not interested in that, but what I am interested in is a fair and equitable system for those who are seeking participation in this program, and the appearance, on the face of what I've heard, suggests otherwise by way of participation by accredited Islamic schools. And to not have one -- not one Islamic accredited school approved by the state in light of the public comments of the comptroller and, although, again, conceding your argument that the comptroller is not a cat's paw -- paw of the governor, the public comments of the governor, it's troubling, as I've said before.

And so thank you, Counsel, for your presentation and your argument. Thank you.

MR. RHINES: Thank you, Your Honor.

THE COURT: Mr. Hudson, a very brief reply.

MR. HUDSON: Thank you, Your Honor. I just want to point a couple things out to the Court, the first of which is Exhibit T to our supplemental briefing that we filed yesterday --

THE COURT: When you say Exhibit T, I have it listed -- you mean the supplemental authority filing, correct?

**MR. HUDSON:** From yesterday.

**THE COURT:** Yes. Hold on a minute. Let me get there.

Exhibit T, yes, sir.

**MR. HUDSON:** I want to point that out to the Court. That's an e-mail from Cognia. The e-mail itself lays out what Cognia has been in contact with the comptroller; also goes through a few numbers about the school. We received that and put that into the record yesterday.

So for the Court's benefit, I think it would be something that the Court might be -- might find an interest in because we have Cognia saying, and I quote, Cognia has never been advised of any problem with our accreditation process. So I have no idea on what basis the comptroller would make that assumption. So Cognia's not aware of problems, even if the comptroller seems to be.

To the extent that the state now tries to disclaim what the comptroller's saying in his public website, look, Your Honor, I know the difference between official and individual capacity. I understand what my friend on the other side is saying. On the flip side of that, it's not clear to me that the comptroller knows the distinction between official and individual capacity, and what we have here is a person who was running for office and making wild claims about TEFA that emanated to the public.

And I think, as the Court rightly pointed out, we have

600 some-odd schools who have been approved.  We have no Islamic schools.  Matter of fact, we're standing here talking about, with my friend on the other side, the process of them complying with other relevant law.

The state, as they stand here today in front of this Court, is still saying that these schools are suspect.  That's the argument.  That's why they're not letting them in.  That is the discrimination that we need remedied.

With that said, what -- I do want to focus the Court on the remedy that we're seeking today.  The remedy is very simple:  Move the deadline.  That's what we need.

There's no evidence from my friends on the other side, there was no argument from them about what it would mean to just move this four weeks and get us to an injunction hearing.  We can figure out all the other remedies there, if any.  All we need today is don't close the program to these families and these schools by allowing this deadline to lapse today, because once you do that, that's irreversible.

**THE COURT:**  Let me -- any -- because I want to turn to something else.

**MR. HUDSON:**  Just one other point on that -- on that score, Your Honor, and I'll make it very quick.  Once this money's allocated, the harm becomes real because you can't pull it back from the other families.

**THE COURT:**  And I discussed that with counsel.

**MR. HUDSON:** Understood. That's the last point, Your Honor.

**THE COURT:** All right. You said extend the deadline four weeks to get us to injunction hearing. Why four weeks? Why can't we have an injunction hearing sooner than that?

**MR. HUDSON:** Well, Your Honor, we believe we need some discovery between today and when we actually have the preliminary injunction hearing. There's a lot of evidence that we can't get not only on the timelines that would put it at two weeks, but it would be very hard to make it happen in terms of getting production, getting discovery, getting everything else.

If the Court gave us two weeks, we would make it happen, but we would still ask for that pre-hearing discovery. We put that in a proposed order last night. If we can get the production within seven days, along with a corporate representative deposition from the comptroller's office, I think we would probably be able to put it on.

It would be a very tight window. We simply feel it would be a more fulsome record for the Court if we were allowed additional time beyond the 14 days.

**THE COURT:** Thank you.

Counsel?

**MS. NAJAM:** Nothing further from me, Your Honor. Thank you.

**THE COURT:** Thank you.

From the state: Mr. Rhines, counsel has just pointed out a request, perhaps, for injunction hearing in four weeks with discovery. I'll give you the chance to -- even if the Court denies the TRO, the Court still will proceed to an injunction hearing at some point.

So counsel has suggested four weeks. What say you in regards to that timeline?

**MR. RHINES:** So the first thing that I would say, Your Honor, is that we are not opposed to some pre-suit discovery given Mr. Hudson's representation that that may be necessary. Frankly, I think it could help everybody out as long as it is limited in scope and, you know, amount.

As far as four weeks, what I will tell the Court is there is a distinct possibility that my entire division ends up in New York City beginning next week -- it's supposed to be this week, might be next week -- for a four- to six-week-long antitrust trial. So we would request, given the sort of deadline of July 15th, that this -- that if the Court were to grant a -- grant -- or hold a TI hearing, that it be pushed out past that.

I'm still not sure, and I'll be happy to communicate with the Court as soon as I know, and, if necessary, I will alter my plans if I absolutely have to, but I'm just flagging that for the Court.

**THE COURT:** Understood. Thank you, Counsel.

The Court, on this record, does believe a limited TRO is appropriate. The Court believes that irreparable harm will be visited to the plaintiffs if the Court does not extend the current deadline of March the 17th. The Court will extend that deadline by two weeks.

In addition, the Court, given the fact that there are parents that have not had the opportunity to evaluate whether or not they will apply for TEFA because of the fact that Excellence Academy and HQA Katy have been denied the opportunity to simply apply -- so the state comptroller's office is hereby ordered, within the next 24 hours, to provide Excellence Academy and HQA Katy the means to apply for the program.

The Court is not weighing in on whether or not the comptroller will approve them, but they are to be permitted to apply to the program for evaluation by the comptroller's office. And, again, the deadline is extended for a period of two weeks for parents to apply for the program.

So 3/17 --

*(Sotto voce discussion between the Court and law clerk.)*

**THE COURT:** March 31st is the new deadline by order of this Court. I do not believe two weeks provides prejudice -- undue prejudice to the state in that regard.

In regards to a injunction hearing -- Ms. Edwards?

**THE CASE MANAGER:** Yes, sir.

THE COURT: Look for something in the next four to five weeks, if you can.

Limited discovery before an injunction hearing, I believe, is appropriate. Both sides seem to agree.

So, Mr. Hudson, can you speak to what discovery you are seeking?

MR. HUDSON: Yes, Your Honor. We put it in our order, but I think we've asked for five requests for production, and we've asked for a corporate representative deposition.

THE COURT: Five requests for production?

MR. HUDSON: That's correct.

THE COURT: And what else?

MR. HUDSON: A corporate representative deposition from the comptroller's office with those topics already listed in the TRO order.

THE COURT: Anything else, sir?

MR. HUDSON: No, Your Honor. I believe that should do it.

THE COURT: Counsel?

MS. NAJAM: Sorry, Your Honor. To clarify for the record, I think we're referencing ECF No. 15-8. That was the version filed last night that includes the discovery.

THE COURT: Okay.

Counsel, as to the discovery sought, counsel for the plaintiffs have indicated five requests for production as well

as a corporate representative or a representative from the comptroller's office. Is there any discovery that the comptroller's office seeks prior to the injunction hearing?

**MR. RHINES:** I cannot think of anything off the top of my head, Your Honor, but we would -- I would like the opportunity to visit with my clients and discuss.

**THE COURT:** Yes, sir. That's fair.

So, Counsel, as to the five requests for production prior to the injunction hearing, that is granted. And in regards to a deposition of a representative from the comptroller's office, that is granted. The Court is going to afford the state the opportunity to confer -- confer with his client before making a determination as to whether or not the state is seeking any discovery.

It's Tuesday. Have that decision by close of business on Thursday.

**MR. RHINES:** Yes, Your Honor.

**THE COURT:** In the event that the Court needs to extend the deadline, the Court will receive no more than five pages from the plaintiffs combined; no more than five pages from the state on that issue, and I'm talking about extending the March 31st deadline for parents to apply. And the reason that that may become applicable: Possible dates for your injunction hearing, April the 17th at 10:00 a.m. or April the 24th at 10:00 a.m.

Any objections or -- to any of those dates, or do they work for everybody?

**MR. HUDSON:** We'll need to confer with our people, Your Honor. I'm sure we can make one or both of those work.

**THE COURT:** Okay. I don't have my calendar.

*(Sotto voce discussion between the Court and case manager.)*

**MR. HUDSON:** While the Court's doing that...

*(Sotto voce discussion between the Court and law clerk.)*

**THE COURT:** Okay. The 17th will not work. I will be, actually, in Austin. The 24th, any conflict?

**LAW CLERK:** No conflict.

**THE COURT:** Okay. April the 24th?

All right. Final issue --

**MR. HUDSON:** There's one other issue, Your Honor. With regard to the extension of the deadline, we would ask that the Court also order that the comptroller actually publicize that on the website within 24 hours so that families know that they can apply.

**THE COURT:** Okay. By order of this Court, update the public information regarding that deadline being extended, Counsel.

**MR. RHINES:** Understood.

**THE COURT:** Very well.

Last issue for today: The Court took under advisement and had requested information about consolidation of the earlier

case that was heard on Friday for judicial efficiency. The Court is going to order consolidation of the two cases, and that way the state only has to have a one-front war as opposed to a two-front war, and that makes efficiencies for the Court as well. And so we'll enter a order on that today.

Counsel for the plaintiff, anything else?

**MR. HUDSON:** Nothing further, Your Honor.

**THE COURT:** Counsel?

Just a moment.

**MS. NAJAM:** No. Sorry. No, Your Honor.

**THE COURT:** Counsel?

**MR. RHINES:** Sorry about that.

Nothing further, Your Honor. Thank you.

**THE COURT:** Thank you.

My final comment: Counsel, thank you for your professionalism and advocacy on these tough issues, and I know that sometimes you have a tough task, and each of you have done a professional -- well with your arguments today, and the Court greatly appreciates your professionalism. Thank you.

With that being said, we're adjourned; you're excused.

**MR. HUDSON:** Thank you, Your Honor.

**MR. RHINES:** Thank you, Your Honor.

*(Proceedings concluded at 11:48 a.m.)*

-o0o-

I certify that the foregoing is a correct transcript

from the record of proceedings in the above matter.

Date:   March 18, 2026

                              /s/Heather Alcaraz
                              Signature of Court Reporter

**LAW CLERK: [1]** 72/11
**MR. HUDSON: [49]** 3/5
4/4 4/7 4/19 7/8 7/20 8/5
8/19 8/22 8/24 9/7 9/17 9/23
11/6 11/11 11/13 11/17 12/3
12/8 12/10 12/22 13/15 15/3
15/6 15/21 16/21 16/24 17/4
18/5 18/8 19/2 19/9 19/14
60/7 64/20 65/1 65/4 66/21
67/1 67/6 70/7 70/11 70/13
70/17 72/3 72/7 72/14 73/7
73/21
**MR. JOHNSTON: [5]**
60/24 61/7 61/9 61/13 61/18
**MR. RHINES: [94]**
**MS. NAJAM: [30]** 4/13
19/19 22/5 22/16 22/18
23/24 24/1 24/6 26/8 27/1
27/19 28/5 28/8 29/24 30/6
30/11 30/24 32/2 32/7 32/9
32/13 32/22 32/24 33/9
33/19 33/22 33/25 67/24
70/20 73/10
**THE CASE MANAGER:**
**[1]** 69/25
**THE COURT: [178]**

**$**

**$1 [1]** 28/6
**$1 billion [1]** 28/6

**-**

**-o0o [1]** 73/24

**/**

**/s/Heather [1]** 74/4

**1**

**1-mile [1]** 20/15
**10 [1]** 22/16
**100 [8]** 39/7 39/10 40/17
 40/18 40/22 40/22 46/20
 47/5
**100 percent [1]** 42/16

**1001 [1]** 1/14
**1065 [1]** 2/7
**10:00 a.m [2]** 71/24 71/25
**11 [1]** 31/23
**1100 [1]** 2/4
**11:48 [1]** 73/23
**12 [1]** 21/19
**12548 [1]** 2/12
**12:01 tonight [1]** 27/21
**12th [1]** 41/5
**1353 [1]** 1/19
**14 [1]** 67/21
**14th [3]** 51/10 51/19 51/24
**15 [2]** 14/9 14/12
**15th [13]** 10/8 16/18 47/25
 48/18 48/20 49/2 49/8 49/19
 50/11 51/11 51/15 57/21
 68/19
**16 [2]** 6/21 40/3
**17 [8]** 1/10 10/4 10/7 10/21
 14/1 15/21 16/1 69/19
**17th [7]** 14/15 27/6 47/16
 49/11 69/5 71/24 72/9
**18 [1]** 74/3
**1960 [2]** 1/5 3/2
**1st [15]** 48/1 48/19 49/15
 49/19 49/21 49/22 49/23
 50/1 50/3 50/7 50/9 50/10
 51/12 51/17 51/18

**2**

**2,000 [2]** 25/13 38/4
**2026 [2]** 1/10 74/3
**2200 [1]** 1/23
**23 [1]** 28/20
**2339 [1]** 2/8
**24 [2]** 69/12 72/17
**24th [3]** 71/25 72/10 72/12
**250 [1]** 1/15
**250-5584 [1]** 2/17
**26 [1]** 28/16
**27 [1]** 28/16
**28 [1]** 15/22
**281 [1]** 2/8

**3**

**3/17 [1]** 69/19
**30 [30]** 10/8 17/20 29/19
 35/14 35/18 35/20 35/21
 37/1 38/2 38/5 40/18 40/20
 43/2 43/8 43/19 44/5 44/7
 45/3 45/7 49/4 49/5 49/5
 52/6 53/9 53/16 54/22 54/22
 59/10 59/20 62/15
**31st [2]** 69/21 71/22

**4**

**4321 [1]** 1/24
**490 [1]** 1/18
**4:26-CV-1960 [2]** 1/5 3/2

**5**

**502 [1]** 1/16
**512 [1]** 2/13
**515 [1]** 2/16
**5177 [1]** 2/7
**5300 [1]** 2/4
**5584 [1]** 2/17
**565-1353 [1]** 1/19
**572-4321 [1]** 1/24

**6**

**60 [2]** 34/9 53/17
**600 [12]** 39/23 39/24 40/16
 40/20 43/13 44/13 46/18
 47/4 53/14 59/12 59/21 66/1
**602 [1]** 1/18
**650-8805 [1]** 2/5
**6869 [1]** 1/16
**696-8186 [1]** 2/13

**7**

**7-11 [1]** 31/23
**7-7 [2]** 6/20 17/6
**700 [9]** 39/15 39/18 39/21
 40/14 40/16 46/20 53/14
 59/19 59/19
**713 [4]** 1/19 1/24 2/5 2/17
**724-6869 [1]** 1/16
**77002 [2]** 2/4 2/16

**7**

**77007 [1]** 1/19
**77056 [2]** 1/24 2/8
**78711 [1]** 2/13
**78746 [1]** 1/15

**8**

**8004 [1]** 2/16
**8186 [1]** 2/13
**8805 [1]** 2/5
**888-2339 [1]** 2/8

**9**

**90 [7]** 39/7 39/10 40/17 40/17 40/22 46/20 47/5
**9:59 [1]** 1/6

**A**

**a.m [4]** 1/6 71/24 71/25 73/23
**Abbott's [1]** 6/10
**ABDUL [2]** 2/6 3/11
**abet [1]** 58/21
**ability [5]** 10/2 10/23 11/3 11/4 24/3
**able [2]** 5/19 67/18
**above [1]** 74/1
**absent [2]** 25/7 27/15
**absolutely [2]** 52/8 68/24
**abundance [1]** 27/21
**academic [3]** 28/24 28/24 29/5
**ACADEMY [28]** 1/4 1/20 3/2 3/8 4/16 5/23 8/5 19/20 21/13 22/5 22/14 22/20 28/16 28/21 29/6 55/1 56/15 57/14 57/22 60/5 60/9 61/2 61/14 61/15 61/15 61/19 69/10 69/12
**accord [1]** 38/19
**according [3]** 23/5 27/3 38/18
**account [1]** 51/1
**accounts [1]** 58/9
**accreditation [15]** 5/25 7/5

21/18 32/21 35/12 36/21 43/12 44/4 44/8 45/4 53/13 59/11 59/11 59/13 65/12
**accredited [28]** 5/23 5/24 22/9 35/21 35/23 36/2 36/6 36/8 38/8 38/12 38/17 39/1 39/8 39/12 39/18 39/21 40/9 40/13 40/14 43/13 44/12 45/7 53/14 54/9 55/7 59/12 64/9 64/10
**accurate [2]** 37/21 47/6
**accurately [1]** 47/24
**acronym [1]** 20/1
**across [1]** 17/10
**act [1]** 15/23
**acting [4]** 34/14 37/10 41/1 42/8
**action [7]** 1/5 8/20 8/25 10/14 16/4 29/22 48/14
**actors [1]** 34/19
**actual [2]** 28/5 30/4
**actually [16]** 11/24 13/12 14/23 16/2 16/25 23/6 23/17 24/25 26/24 33/1 44/6 48/2 63/5 67/7 72/10 72/16
**ADAMS [2]** 1/22 3/7
**ADAMS-HURTA [2]** 1/22 3/7
**add [1]** 42/9
**added [2]** 8/5 8/12
**addition [2]** 41/4 69/7
**additional [9]** 36/2 36/11 36/13 36/24 38/19 40/9 40/15 41/9 67/21
**addressed [1]** 28/14
**adjourned [1]** 73/20
**adjudicated [2]** 24/21 25/3
**adjudicates [1]** 21/4
**administer [1]** 22/10
**administration [1]** 5/13
**administrative [1]** 36/16
**admission [1]** 36/10
**admit [1]** 34/23
**adoption [1]** 13/19

**adversaries [1]** 34/16
**advised [1]** 65/12
**advisement [1]** 72/24
**advocacy [1]** 73/16
**advocate [1]** 58/24
**affected [1]** 26/4
**affiant [1]** 22/18
**affidavit [4]** 44/15 44/16 46/10 54/25
**affidavits [1]** 56/5
**affiliated [1]** 43/16
**affiliation [2]** 61/10 61/16
**afford [1]** 71/12
**after [8]** 6/4 8/11 10/4 10/21 24/20 38/15 56/17 62/22
**again [47]** 8/7 8/15 9/10 9/11 9/18 10/7 10/22 11/20 12/25 17/23 18/1 19/19 22/13 24/3 24/8 25/18 29/5 32/1 32/3 33/15 35/9 37/24 38/2 38/11 38/17 38/21 40/1 40/7 42/12 43/17 46/16 46/20 49/1 49/4 50/25 52/5 53/8 55/13 55/16 56/6 59/4 59/11 59/18 59/22 61/1 64/12 69/17
**ago [2]** 7/5 13/18
**agree [1]** 70/4
**agreement [2]** 18/25 42/16
**ahead [1]** 29/12
**aid [5]** 29/10 43/4 53/10 58/21 59/6
**aided [1]** 54/1
**al [4]** 1/4 1/6 3/2 3/3
**ALAN [1]** 1/13
**Alcaraz [2]** 2/15 74/4
**ALFRED [1]** 1/9
**allegation [1]** 55/8
**alleged [1]** 62/18
**allocated [7]** 50/22 50/24 51/3 51/6 51/9 51/11 66/23
**allocates [1]** 51/16
**allocating [5]** 26/24 27/4 27/11 27/17 51/25

**A**

allocation [1] 26/19
allotted [1] 63/9
allow [1] 16/9
allowed [9] 12/15 12/19
 21/6 22/4 22/14 23/17 32/5
 57/25 67/20
allowing [2] 37/12 66/17
allows [1] 16/5
alone [1] 45/14
along [2] 3/18 67/16
already [14] 7/15 14/1
 16/19 21/10 29/8 36/8 43/13
 43/14 50/22 51/25 53/8 57/2
 57/2 70/14
alright [1] 61/25
alter [1] 68/24
altering [1] 14/23
although [2] 30/24 64/12
always [3] 46/1 46/3 53/21
ambiguity [1] 26/13
Ameen [1] 61/14
Amendment [2] 20/23
 55/11
American [1] 34/17
amiss [1] 59/14
Among [1] 34/10
amount [1] 68/13
ample [1] 63/13
analogies [1] 20/12
analysis [2] 7/10 62/17
announced [5] 7/4 7/12
 7/13 7/19 7/25
announcement [1] 4/12
announcements [2] 3/14
 58/10
another [7] 13/6 13/7 18/11
 19/12 25/23 47/25 59/9
answer [3] 12/3 16/12 47/10
answer's [1] 36/15
answers [1] 55/4
anticipate [1] 39/11
antitrust [1] 68/18
Antonio [1] 54/5

anyone [1] 20/21
anything [12] 16/2 16/8
 18/6 19/8 20/4 28/7 54/1
 55/18 61/23 70/16 71/4 73/6
anyway [1] 58/6
apart [3] 5/25 41/21 41/22
apologize [3] 20/12 45/22
 47/12
appearance [9] 17/20 36/21
 37/2 37/5 41/8 52/6 52/9
 53/18 64/8
appearances [3] 1/11 2/1
 3/4
appears [4] 7/14 34/24
 37/24 37/25
applicable [1] 71/23
application [19] 3/20 3/25
 11/8 12/13 12/13 16/10 18/2
 22/4 23/21 32/6 33/11 33/25
 43/8 56/22 57/3 57/5 57/20
 58/1 63/13
applications [7] 4/25 9/14
 15/24 26/16 28/2 57/7 59/16
applied [18] 10/24 11/22
 14/2 14/3 16/15 22/2 22/20
 23/18 24/11 25/11 25/17
 29/18 43/3 46/14 56/11
 57/23 62/5 63/8
apply [46] 5/6 9/24 10/2
 10/18 10/23 11/3 11/9 12/13
 12/15 12/19 16/3 16/6 16/12
 16/15 16/16 16/19 16/20
 17/15 20/10 23/17 26/7 32/5
 55/25 56/16 56/20 57/7
 57/10 57/11 57/19 57/25
 57/25 58/6 62/8 62/10 62/21
 62/21 62/22 63/12 63/14
 69/9 69/11 69/13 69/16
 69/18 71/22 72/18
applying [15] 6/18 6/22 9/3
 10/5 11/10 11/21 12/5 12/6
 14/16 17/1 17/7 24/7 56/7
 56/23 57/15
appreciate [2] 42/25 47/2

appreciates [1] 73/19
appropriate [2] 69/3 70/4
approval [35] 7/2 7/6 8/15
 9/12 12/24 12/25 14/15
 16/18 17/1 22/3 22/15 30/1
 30/4 30/23 32/4 33/17 33/23
 36/1 36/3 36/11 36/25 38/20
 39/8 39/10 40/6 40/8 40/10
 41/3 46/14 48/18 49/8 54/23
 57/8 61/3 61/5
approve [8] 10/8 10/19
 14/18 14/23 15/15 32/20
 38/4 69/15
approved [99]
approves [1] 63/22
approving [1] 58/6
approximately [3] 39/18
 40/14 53/17
April [11] 27/11 47/22
 50/22 50/24 51/4 51/6 51/8
 51/16 71/24 71/24 72/12
Arambula [1] 1/14
aren't [2] 10/17 18/21
argue [1] 15/24
arguendo [1] 56/2
argument [7] 30/12 51/14
 61/25 64/12 64/17 66/7
 66/13
arguments [1] 73/18
around [1] 21/7
article [3] 6/10 60/6 60/10
aside [4] 18/9 50/12 56/6
 56/10
ask [10] 8/16 21/1 21/2
 27/23 47/15 51/13 56/6
 61/10 67/14 72/15
asked [5] 9/18 13/1 34/1
 70/8 70/9
asking [4] 14/20 16/7 22/6
 34/2
aspersions [1] 42/8
asserting [1] 16/4
assertion [1] 37/15
assertions [1] 37/15

## A

**assisting [1]** 18/11
**association [1]** 35/1
**assume [7]** 9/12 17/21 29/20 33/4 33/7 41/16 50/7
**assuming [2]** 49/11 56/2
**assumption [1]** 65/14
**assured [1]** 51/22
**attached [1]** 6/2
**attend [1]** 19/23
**attention [5]** 18/7 36/4 36/12 52/5 55/19
**attorney [3]** 2/11 34/1 41/25
**attributable [2]** 62/10 62/20
**Austin [4]** 1/15 2/13 54/5 72/10
**authority [2]** 3/24 64/25
**automatically [1]** 24/24
**available [1]** 16/13
**Avenue [1]** 2/7
**avid [1]** 54/7
**awaiting [13]** 22/2 25/11 25/18 25/19 26/6 29/22 30/1 30/4 30/22 32/4 39/10 40/6 54/22
**aware [21]** 7/25 8/3 8/16 8/22 26/23 37/4 37/14 42/19 43/1 43/5 45/6 53/5 53/25 54/10 54/11 54/21 54/25 55/3 56/16 59/8 65/14
**away [3]** 14/8 26/20 63/21
**AYESHA [4]** 2/3 3/12 4/13 19/19

## B

**back [27]** 10/6 15/3 15/12 17/23 28/22 35/13 38/7 38/15 42/19 46/14 46/18 46/19 46/21 46/23 47/2 49/7 49/22 53/20 53/21 56/13 56/25 61/22 63/2 63/2 63/3 63/4 66/24
**background [1]** 45/23

**bad [1]** 34/19
**bake [1]** 14/6
**baked [1]** 16/10
**ballpark [1]** 39/15
**Barger [1]** 1/23
**based [9]** 10/3 13/20 16/8 20/16 30/4 45/3 50/21 59/4 62/10
**basically [4]** 14/6 57/3 57/5 58/20
**basis [7]** 13/21 13/25 44/1 58/7 59/16 60/2 65/13
**BAYAAN [16]** 1/4 1/20 3/2 3/8 5/23 6/3 8/5 28/16 55/1 60/7 60/8 60/9 60/13 61/1 61/15 61/19
**become [3]** 41/10 45/6 71/23
**becomes [1]** 66/23
**been [108]**
**before [11]** 1/9 15/11 16/9 21/24 30/9 30/12 45/7 63/22 64/15 70/3 71/13
**begin [1]** 35/6
**beginning [3]** 29/5 63/15 68/16
**behalf [10]** 3/10 3/22 4/3 4/5 4/8 4/14 19/11 19/20 42/22 51/1
**being [27]** 6/14 6/19 13/8 13/9 20/14 23/17 27/13 28/3 28/13 28/20 30/13 30/15 30/16 31/12 33/12 36/21 38/2 43/3 46/19 51/9 51/10 55/10 55/18 58/13 62/7 72/20 73/20
**belabor [1]** 32/18
**believe [35]** 4/7 11/2 13/17 17/17 17/20 18/1 18/25 19/10 25/12 32/25 35/7 35/8 35/10 35/11 35/22 35/23 37/21 39/14 44/16 45/14 45/16 46/7 47/6 48/3 50/20 52/25 56/17 58/18 60/4

60/16 67/6 69/2 69/22 70/4 70/17
**believed [1]** 41/6
**believes [1]** 69/3
**benefit [2]** 5/14 65/9
**benefits [1]** 26/19
**BENNETT [1]** 1/9
**best [2]** 20/15 53/24
**better [1]** 19/6
**between [18]** 23/12 28/24 37/18 38/7 39/5 41/24 42/14 45/19 50/10 50/14 60/19 62/3 65/18 65/21 67/7 69/20 72/6 72/8
**beyond [1]** 67/21
**BHA [1]** 31/18
**billion [1]** 28/6
**bit [7]** 15/4 28/17 31/20 38/7 44/9 45/9 45/22
**blown [1]** 18/3
**blurb [1]** 34/12
**boat [11]** 30/15 30/18 30/24 31/1 31/3 31/6 31/7 40/21 43/20 45/4 53/16
**both [6]** 5/10 22/6 22/21 58/10 70/4 72/4
**Box [1]** 2/12
**Brad [1]** 3/7
**BRADLEY [1]** 1/22
**brief [3]** 5/2 18/13 64/19
**briefing [4]** 13/16 15/18 17/6 64/22
**briefly [2]** 19/9 61/24
**briefs [1]** 34/25
**bring [2]** 18/6 55/19
**BROACHWALA [2]** 1/17 3/10
**brought [4]** 36/3 36/12 40/10 52/4
**Bruns [3]** 2/3 4/14 19/20
**buck [1]** 53/3
**bucket [1]** 57/4
**budget [3]** 29/7 30/4 30/22
**budgeting [1]** 29/4

**B**

**Building [1]** 1/15
**burden [1]** 13/22
**business [2]** 4/16 71/15

**C**

**C-A-I-R [1]** 34/4
**CAIR [2]** 34/3 34/17
**cake [5]** 14/6 14/9 16/10 27/25 28/1
**calendar [1]** 72/5
**called [5]** 13/17 18/11 20/1 31/18 45/4
**campaign [6]** 34/6 37/11 41/2 52/13 58/10 58/19
**can't [11]** 14/10 17/8 25/2 28/9 28/21 46/11 52/17 58/10 66/23 67/5 67/9
**candidate [5]** 37/19 42/1 52/18 58/14 58/15
**candidates [3]** 42/2 42/4 42/5
**cannot [7]** 21/21 29/1 41/22 44/13 58/15 59/10 71/4
**capacity [6]** 41/25 58/14 58/14 58/16 65/19 65/22
**Capital [1]** 1/14
**case [17]** 4/22 13/16 13/21 13/21 13/25 13/25 17/9 18/11 18/14 20/1 25/24 31/16 47/1 47/3 48/10 72/6 73/1
**cases [1]** 73/2
**casting [1]** 42/8
**cat's [2]** 41/17 64/13
**cause [2]** 3/2 48/14
**caution [2]** 27/22 41/16
**caveat [1]** 38/22
**certain [5]** 7/3 11/1 37/12 55/24 62/14
**certify [1]** 73/25
**cetera [3]** 21/18 27/21 58/5
**challenging [1]** 5/12
**chance [4]** 10/3 40/23 59/22

68/4
**change [2]** 7/14 7/18
**changed [1]** 21/7
**charge [4]** 52/16 52/25 53/4 53/5
**charging [1]** 37/23
**Cherkaoui's [1]** 44/18
**child [2]** 13/7 20/2
**children [13]** 12/21 18/20 18/21 19/23 19/25 22/19 22/21 23/8 24/17 26/10 31/21 62/19 63/9
**chill [1]** 58/1
**Chinese [1]** 34/17
**choice [24]** 11/4 12/16 13/2 13/5 13/6 17/2 19/5 24/4 24/4 25/12 25/15 25/20 25/22 25/23 25/24 26/1 26/6 27/9 27/12 51/18 51/23 57/14 57/17 58/2
**choices [1]** 18/16
**choose [4]** 24/3 24/16 62/8 62/10
**chose [1]** 63/12
**chosen [2]** 55/25 62/7
**Christian [12]** 9/24 13/5 13/7 25/16 25/21 25/23 26/5 29/15 29/21 30/2 30/7 31/5
**Chronicle [5]** 6/4 6/10 54/3 60/6 60/9
**chuckle [1]** 58/8
**cite [1]** 52/19
**cited [2]** 13/15 34/8
**cites [1]** 31/16
**citing [1]** 58/8
**citizens [1]** 17/13
**City [1]** 68/16
**CIVIL [1]** 1/5
**claim [3]** 15/16 43/11 43/15
**claiming [1]** 30/20
**claims [6]** 20/8 21/4 24/21 25/3 51/14 65/23
**clarify [2]** 21/1 70/20
**class [1]** 17/13

**clear [8]** 18/23 22/13 32/4 33/16 35/13 46/6 52/15 65/20
**clearer [1]** 34/22
**clearly [2]** 26/2 29/13
**clerk [2]** 69/20 72/8
**client [10]** 22/4 22/13 28/19 42/22 43/22 46/23 52/12 52/20 55/15 71/13
**client's [1]** 25/6
**clients [8]** 21/12 37/5 43/2 52/10 52/12 52/16 63/3 71/6
**close [4]** 1/23 13/9 66/16 71/15
**closed [1]** 26/22
**closing [2]** 14/16 61/23
**cocounsel [4]** 4/7 19/11 39/3 46/4
**code [1]** 54/16
**Cognia [47]** 5/21 5/24 6/7 22/8 32/16 32/20 32/24 32/25 33/5 33/5 33/10 35/11 35/23 36/2 36/6 36/8 36/21 38/8 38/8 38/12 38/17 39/1 39/8 39/12 39/18 39/21 40/9 40/13 40/14 43/12 43/15 44/12 44/19 45/5 45/6 46/13 46/17 46/19 53/14 55/6 55/7 56/25 57/1 65/5 65/6 65/11 65/11
**Cognia's [2]** 53/13 65/14
**Cognia-accredited [13]** 36/2 36/8 38/12 38/17 39/1 39/8 39/12 39/18 39/21 40/9 40/13 40/14 53/14
**Cognia-related [1]** 55/7
**COLE [2]** 1/13 3/6
**colleague [1]** 3/18
**combined [1]** 71/20
**come [19]** 5/19 6/8 7/18 10/6 11/17 14/12 15/22 16/6 22/24 23/4 23/9 23/11 24/13 24/14 40/23 41/12 49/9 59/17 59/23

**C**

comes **[4]** 37/1 52/6 59/10 60/10
comfort **[3]** 43/4 53/10 59/6
comment **[2]** 29/14 73/15
commented **[1]** 33/15
comments **[2]** 64/11 64/14
communicate **[1]** 68/22
communicated **[1]** 37/5
communicating **[1]** 52/17
communications **[2]** 58/5 58/13
Communist **[1]** 34/18
complaining **[3]** 11/25 23/20 49/6
complaint **[3]** 23/16 34/9 56/18
complete **[1]** 63/17
complying **[1]** 66/3
comptroller **[48]** 5/17 6/5 6/8 8/20 9/1 11/15 15/8 15/16 15/23 16/8 32/10 34/1 34/6 34/15 37/7 37/18 37/19 37/19 38/18 41/17 42/1 42/8 42/18 43/22 43/23 44/6 44/10 44/11 45/13 46/25 52/18 57/6 58/4 58/15 60/1 62/11 63/21 63/22 63/25 64/3 64/11 64/13 65/6 65/13 65/15 65/21 69/15 72/16
comptroller's **[36]** 5/18 14/18 15/15 22/7 29/23 36/1 36/4 37/10 37/10 37/14 38/3 38/15 40/8 40/11 40/25 41/1 41/2 41/22 42/1 42/11 42/11 45/5 52/23 52/24 54/23 56/20 58/9 58/19 65/17 67/17 69/11 69/16 70/14 71/2 71/3 71/11
computer **[2]** 2/20 45/18
concede **[1]** 6/17
conceded **[2]** 53/9 59/3
concedes **[1]** 21/20
conceding **[1]** 64/12

concern **[1]** 10/9
concerned **[1]** 31/11
concerning **[1]** 61/19
concerns **[7]** 36/3 36/11 36/13 36/25 38/20 40/10 40/15
concluded **[1]** 73/23
conclusion **[1]** 19/13
conduct **[1]** 45/7
confer **[4]** 46/3 71/12 71/12 72/3
conferred **[1]** 5/1
confirmation **[1]** 22/21
confirmed **[3]** 4/24 5/2 48/17
conflict **[2]** 72/10 72/11
consideration **[2]** 22/15 29/19
consolidation **[2]** 72/25 73/2
constitutional **[6]** 4/23 5/11 7/22 8/24 10/16 25/5
constitutionally **[1]** 15/8
consumer **[1]** 54/7
contact **[2]** 32/10 65/6
context **[1]** 37/23
CONTINUED **[1]** 2/1
continuous **[1]** 21/17
controversy **[1]** 5/3
cooking **[1]** 28/1
corporate **[4]** 67/16 70/9 70/13 71/1
correct **[32]** 7/7 7/8 7/23 9/11 9/13 9/16 10/22 11/5 12/2 12/21 12/22 18/4 18/5 22/15 23/23 23/24 24/5 29/23 32/6 43/9 46/5 46/21 49/2 49/3 50/4 51/4 53/2 60/4 63/18 64/25 70/11 73/25
correction **[1]** 60/8
correctly **[4]** 12/4 27/16 43/17 49/15
cost **[1]** 16/20

could **[24]** 7/6 8/15 13/6 19/9 25/22 27/10 43/8 46/25 48/21 50/5 50/13 51/18 51/20 51/21 53/19 54/17 56/5 56/20 57/21 58/1 58/1 59/18 59/18 68/12
couldn't **[4]** 25/25 34/22 43/7 43/11
Council **[1]** 34/16
counsel **[36]** 3/4 3/6 3/16 3/20 4/11 7/1 11/12 19/18 35/3 36/5 37/9 38/11 42/20 46/17 52/21 52/22 55/10 56/14 60/3 61/2 61/22 64/16 66/25 67/23 68/2 68/7 69/1 70/19 70/24 70/24 71/8 72/21 73/6 73/8 73/11 73/15
count **[1]** 58/11
country **[1]** 34/20
counts **[1]** 58/11
coup **[1]** 25/4
couple **[7]** 17/4 20/6 28/8 32/18 47/11 55/20 64/21
course **[2]** 22/22 61/10
COURT **[84]**
Court's **[6]** 10/9 11/20 42/20 59/24 65/9 72/7
courtroom **[1]** 49/6
cover **[2]** 21/11 34/25
covered **[1]** 34/25
create **[1]** 63/21
creating **[1]** 15/10
creative **[1]** 55/23
criteria **[3]** 21/17 29/8 31/23
crystal **[1]** 46/6
CSR **[1]** 2/15
current **[1]** 69/5
currently **[2]** 6/14 14/7
cut **[1]** 29/1
CV **[2]** 1/5 3/2

**D**

Dallas **[1]** 54/4
Dallas/Fort Worth **[1]** 54/4

**D**

**DAOUDI [5]** 2/2 3/13 4/15 19/24 31/20
**date [4]** 16/1 22/12 47/4 74/3
**dated [1]** 41/4
**dates [2]** 71/23 72/1
**daughters [1]** 57/18
**day [2]** 34/24 50/11
**days [6]** 6/5 15/22 40/19 63/11 67/16 67/21
**de [2]** 23/12 23/13
**de-prioritized [2]** 23/12 23/13
**deadline [42]** 15/17 15/20 15/21 16/10 16/18 18/3 20/8 21/6 22/25 26/16 27/2 27/2 27/6 27/7 27/23 47/16 47/18 47/24 48/1 49/12 49/17 49/19 50/2 50/3 57/7 57/9 57/10 57/15 57/21 63/1 66/11 66/17 67/3 68/19 69/5 69/6 69/17 69/21 71/19 71/22 72/15 72/20
**deadlines [3]** 7/13 7/14 7/18
**deal [1]** 28/10
**decade [1]** 28/20
**December [1]** 22/6
**decided [2]** 57/6 62/21
**decision [3]** 11/9 26/21 71/15
**decisions [3]** 21/9 28/5 30/22
**declaration [9]** 5/22 6/17 21/14 21/16 22/21 28/15 28/20 31/17 31/22
**declarations [2]** 6/21 17/5
**declaring [1]** 6/11
**defendant's [2]** 3/23 34/6
**defendants [4]** 1/7 2/10 3/18 4/24
**defendants' [2]** 34/22 40/3
**defense [1]** 3/16
**deliberately [1]** 47/3

**deliberation [1]** 47/4
**denial [1]** 5/13
**denied [5]** 10/4 20/9 23/21 55/9 69/10
**denies [2]** 63/22 68/5
**deny [1]** 56/21
**depends [1]** 33/19
**deposition [4]** 67/17 70/9 70/13 71/10
**descriptive [1]** 42/3
**designate [1]** 11/25
**desire [1]** 53/7
**despite [4]** 38/18 38/19 40/15 40/15
**details [1]** 31/19
**determination [4]** 13/13 62/23 63/23 71/13
**determinations [1]** 26/18
**determine [1]** 23/4
**determined [3]** 8/11 36/2 40/9
**determines [1]** 56/21
**dice [3]** 40/23 59/18 59/19
**didn't [3]** 32/17 48/14 64/4
**difference [5]** 37/18 41/24 42/14 62/3 65/18
**different [9]** 9/4 9/20 11/5 31/5 41/11 44/2 54/17 55/5 58/15
**differently [3]** 30/13 30/15 30/16
**direct [5]** 16/7 18/15 18/16 18/19 33/22
**directed [2]** 42/21 49/20
**directly [4]** 22/8 32/10 33/23 50/21
**disagree [2]** 11/6 57/13
**disbursed [2]** 51/7 51/12
**disbursement [1]** 26/19
**disburses [1]** 51/17
**disclaim [1]** 65/16
**disconcerting [1]** 58/18
**discovered [1]** 57/1
**discovery [11]** 67/7 67/11

67/14 68/4 68/11 70/3 70/5 70/22 70/24 71/2 71/14
**discretion [1]** 15/16
**discretionary [1]** 13/20
**discriminating [1]** 16/8
**discrimination [7]** 14/7 18/9 18/22 18/24 19/5 37/24 66/8
**discriminatory [1]** 17/12
**discuss [2]** 46/8 71/6
**discussed [8]** 20/5 29/3 41/15 42/12 49/18 62/4 62/13 66/25
**discussing [1]** 20/7
**discussion [7]** 39/5 45/19 50/14 60/19 69/20 72/6 72/8
**disinclined [1]** 57/19
**dispensed [1]** 55/10
**dispensing [2]** 49/13 52/1
**disrespect [1]** 11/14
**dissuaded [1]** 9/2
**distinct [1]** 68/15
**distinction [4]** 9/23 10/1 42/24 65/21
**distinguish [1]** 38/7
**distinguishes [1]** 20/20
**DISTRICT [3]** 1/1 1/1 1/10
**division [3]** 1/2 2/12 68/15
**document [3]** 10/11 31/22 40/3
**dodge [1]** 12/4
**does [16]** 4/16 10/12 15/13 16/3 17/20 19/4 22/25 26/3 26/7 32/20 37/7 41/23 54/13 54/14 69/2 69/4
**doesn't [7]** 8/25 10/7 23/10 31/5 51/19 51/24 58/11
**doing [8]** 18/18 37/16 42/1 42/21 44/10 52/13 55/17 72/7
**dollars [5]** 29/9 34/19 37/12 53/7 55/9
**done [3]** 43/18 54/10 73/17
**down [7]** 4/25 15/11 19/17

## D

**down... [4]** 20/10 21/3 39/17 44/6
**drafting [1]** 44/10
**dragged [1]** 10/14
**drill [1]** 39/17
**drilling [1]** 44/6
**Drive [1]** 1/23
**drop [1]** 20/10
**drop-down [1]** 20/10
**due [6]** 24/14 36/3 36/11 36/25 38/20 40/10
**during [3]** 35/25 40/7 63/13
**duties [1]** 64/1

## E

**e-mail [3]** 32/25 65/5 65/5
**each [1]** 73/17
**EAGLE [3]** 2/2 3/12 4/15
**earlier [3]** 13/1 40/3 72/25
**early [7]** 47/22 49/14 50/22 50/24 51/3 51/12 51/17
**eat [2]** 14/8 14/10
**ECF [2]** 6/20 70/21
**economic [3]** 5/11 25/6 30/25
**educate [2]** 10/3 62/19
**education [4]** 18/16 34/12 34/14 54/16
**educational [2]** 18/20 29/2
**Edwards [2]** 1/18 69/24
**effect [1]** 19/5
**effectively [3]** 20/14 34/2 34/7
**efficiencies [1]** 73/4
**efficiency [1]** 73/1
**either [2]** 14/7 58/11
**elected [1]** 37/16
**election [1]** 42/6
**eligibility [1]** 62/23
**eligible [5]** 22/22 24/11 24/13 31/21 62/5
**else [12]** 15/24 18/6 19/8 20/21 28/7 36/20 55/18

66/20 67/12 70/12 70/16 73/6
**emanated [1]** 65/24
**employees [1]** 52/19
**encompass [1]** 54/14
**end [1]** 34/21
**ends [1]** 68/15
**enemies [1]** 58/21
**enforced [1]** 21/6
**enforcing [2]** 26/15 26/16
**engaged [4]** 43/3 53/9 54/1 59/5
**enjoin [2]** 26/17 27/23
**enjoining [1]** 26/15
**enough [1]** 16/12
**enroll [1]** 19/25
**enrolled [1]** 19/23
**enrollment [3]** 21/9 28/12 28/18
**ensuring [1]** 34/15
**enter [1]** 73/5
**entered [2]** 62/23 63/8
**entire [1]** 68/15
**entirely [1]** 28/1
**entry [1]** 55/9
**equal [4]** 5/13 5/14 15/12 26/12
**equitable [1]** 64/6
**ERIC [2]** 1/13 3/5
**ESA [1]** 22/20
**especially [1]** 63/15
**essentially [4]** 50/25 51/1 63/20 63/25
**established [2]** 11/24 49/10
**et [7]** 1/4 1/6 3/2 3/3 21/18 27/21 58/5
**et cetera [3]** 21/18 27/21 58/5
**evaluate [1]** 69/8
**evaluation [1]** 69/16
**even [25]** 10/2 10/19 12/19 13/5 14/12 21/21 21/23 22/4 22/14 25/1 25/25 32/5 35/13 37/1 47/4 51/20 56/15 56/20

56/23 57/20 58/2 59/22 62/6 65/14 68/4
**evening [1]** 54/3
**event [3]** 16/11 34/3 71/18
**ever [1]** 60/15
**everybody [2]** 68/12 72/2
**everyone [1]** 28/9
**everything [5]** 19/10 42/22 63/2 63/4 67/11
**evidence [9]** 3/25 5/17 6/7 6/9 28/11 29/6 32/19 66/12 67/8
**exact [2]** 46/9 63/11
**exactly [6]** 12/7 12/9 13/24 14/19 14/25 50/2
**examining [1]** 44/7
**example [4]** 28/15 29/6 44/16 48/9
**examples [1]** 31/17
**Excellence [16]** 4/16 19/20 21/13 22/5 22/14 22/19 22/22 28/21 29/6 31/23 56/15 57/14 57/22 60/4 69/9 69/12
**except [1]** 16/8
**exclude [1]** 34/2
**excluded [15]** 6/13 6/14 6/22 8/1 8/4 8/17 9/8 9/11 10/9 10/10 11/8 11/10 11/21 28/14 34/11
**excludes [1]** 17/12
**excluding [4]** 4/25 5/19 13/18 13/21
**exclusion [7]** 5/3 5/5 6/24 7/21 7/24 12/10 13/22
**exclusionary [1]** 5/12
**excuse [1]** 19/4
**excused [1]** 73/20
**exhausted [2]** 29/18 48/13
**exhibit [11]** 21/15 28/15 31/17 33/11 33/25 44/16 44/17 46/8 64/22 64/24 65/3
**Exhibit 1 [2]** 44/16 46/8
**exhibits [1]** 6/1

## E

**expect [2]** 15/1 28/21
**expedited [1]** 3/21
**experiencing [1]** 30/21
**explain [4]** 25/5 45/10 47/17 47/20
**explained [1]** 18/1
**explaining [1]** 27/15
**explains [1]** 23/3
**explanation [11]** 17/22 31/25 32/24 33/5 33/8 36/6 38/3 41/12 53/11 56/19 56/22
**Explorer [1]** 61/14
**expressed [1]** 16/15
**extend [4]** 67/3 69/4 69/5 71/19
**extended [2]** 69/17 72/20
**extending [2]** 47/17 71/21
**extends [1]** 49/2
**extension [2]** 18/2 72/15
**extent [6]** 10/5 11/1 28/1 30/11 62/8 65/16
**extinguish [1]** 51/5
**extinguished [2]** 48/22 50/13

## F

**face [2]** 37/15 64/8
**facing [1]** 57/15
**fact [16]** 5/18 6/1 6/13 7/6 8/17 10/25 19/5 24/9 37/11 37/21 41/5 59/2 63/21 66/2 69/7 69/9
**facts [2]** 21/11 25/6
**factual [3]** 22/23 23/16 63/23
**failed [1]** 32/5
**fair [2]** 64/6 71/7
**faith [12]** 20/17 23/22 23/23 26/1 26/6 29/21 29/22 30/3 42/14 43/18 54/15 62/20
**faiths [3]** 25/17 29/15 29/21
**FAKHRUDDIN [1]** 1/17

**fall [1]** 19/24
**falling [1]** 41/12
**fam [1]** 24/17
**familiar [1]** 20/1
**families [19]** 13/18 24/25 25/10 26/5 26/5 26/23 27/17 28/22 29/2 31/10 49/14 56/7 62/19 62/19 63/12 63/13 66/16 66/24 72/17
**family [7]** 23/10 24/18 24/18 25/22 26/5 27/9 58/2
**family's [2]** 27/11 57/14
**far [5]** 6/9 33/13 34/22 42/23 68/14
**FARHANA [3]** 2/2 3/13 4/15
**Farukhi [1]** 3/11
**fault [1]** 49/17
**favor [1]** 63/12
**favorite [1]** 58/6
**FCRR [1]** 2/15
**February [1]** 45/14
**federal [1]** 37/23
**feel [1]** 67/19
**feeling [2]** 6/24 6/24
**feet [1]** 10/14
**few [3]** 41/14 63/12 65/7
**figure [3]** 18/17 18/18 66/15
**filed [5]** 3/21 3/23 13/16 64/22 70/22
**filing [1]** 64/25
**final [9]** 8/19 8/25 10/11 10/13 13/13 47/24 60/3 72/13 73/15
**financial [2]** 21/9 29/10
**find [3]** 53/16 58/19 65/10
**finding [1]** 63/21
**finds [1]** 20/11
**fine [2]** 42/21 42/23
**finish [1]** 20/18
**firm [1]** 18/11
**first [19]** 7/21 15/14 20/22 24/7 25/23 27/9 28/11 33/4 35/6 51/5 55/11 55/13 55/23

57/14 58/2 58/13 62/2 64/21 68/9
**fisted [1]** 44/9
**five [8]** 29/4 70/2 70/8 70/10 70/25 71/8 71/20 71/20
**fix [2]** 14/12 29/1
**flagging [1]** 68/24
**flat [1]** 41/13
**flatly [1]** 6/21
**flies [1]** 37/15
**flip [1]** 65/20
**flowing [2]** 49/23 50/10
**focus [4]** 8/7 29/5 62/25 66/9
**focusing [1]** 29/5
**follow [1]** 54/17
**followed [1]** 27/2
**following [4]** 4/14 14/19 26/21 51/20
**footing [2]** 15/12 26/12
**forced [1]** 29/11
**foregoing [1]** 73/25
**foreign [1]** 34/16
**forgive [1]** 4/20
**formal [1]** 12/11
**formalistic [1]** 11/13
**formalistically [1]** 10/12
**Fort [1]** 54/4
**forward [2]** 47/9 47/23
**foul [1]** 20/17
**found [4]** 6/5 18/15 43/19 44/11
**FOUNDATION [2]** 1/20 3/8
**four [9]** 15/22 66/14 67/4 67/4 68/3 68/7 68/14 68/17 70/1
**Fourteenth [2]** 20/23 55/11
**framework [1]** 50/20
**framing [1]** 55/24
**frankly [2]** 46/25 68/12
**Freedom [2]** 34/12 34/14
**Friday [14]** 20/2 25/13 32/14 33/16 41/8 41/15

**F**

**Friday... [8]** 42/13 45/1 48/8 48/8 51/4 52/5 62/4 73/1
**friend [2]** 65/19 66/3
**friends [4]** 6/16 15/18 16/1 66/12
**front [4]** 54/2 66/5 73/3 73/4
**full [1]** 18/3
**full-blown [1]** 18/3
**fully [2]** 10/4 25/3
**fulsome [2]** 36/18 67/20
**Fulton [1]** 13/17
**functional [1]** 12/10
**functionally [2]** 13/19 57/8
**fund [1]** 58/24
**funded [2]** 53/10 59/5
**funding [10]** 24/12 24/13 26/18 29/9 43/3 49/20 49/23 58/20 62/24 63/16
**funds [33]** 5/7 5/8 12/1 22/20 23/7 26/19 26/20 26/24 27/11 27/17 47/23 48/9 48/13 48/21 49/13 50/9 50/12 50/19 50/19 50/22 50/23 51/3 51/5 51/6 51/8 51/11 51/16 51/17 51/22 51/25 52/1 52/2 62/7
**funneled [1]** 34/19
**further [4]** 35/13 67/24 73/7 73/13

**G**

**game [2]** 40/23 59/22
**gather [1]** 4/20
**gave [1]** 67/13
**general [3]** 34/1 52/21 52/22
**General's [1]** 2/11
**generally [1]** 12/6
**gets [2]** 15/14 15/23
**getting [9]** 18/21 22/8 24/2 27/4 28/14 47/23 67/11

67/11 67/11
**GHYAS [2]** 1/21 3/7
**Gibbs [3]** 2/3 4/14 19/19
**give [15]** 15/22 16/3 16/12 19/12 37/2 41/18 41/18 41/20 45/22 46/1 46/3 52/7 58/20 60/18 68/4
**given [6]** 10/13 10/13 29/7 68/11 68/18 69/7
**gives [1]** 16/5
**goes [4]** 48/2 50/20 56/25 65/6
**going [41]** 4/2 5/6 10/6 10/17 10/23 13/21 13/25 14/8 14/9 15/3 15/14 16/2 17/18 17/21 21/8 22/10 23/4 24/18 24/18 28/13 28/25 29/17 32/10 32/13 33/3 33/4 33/7 35/16 36/17 39/17 40/5 41/7 41/10 48/18 48/19 51/5 51/6 56/21 58/20 71/11 73/2
**good [3]** 2/21 3/17 33/7
**got [1]** 4/20
**gotten [1]** 36/18
**governor [6]** 6/10 33/12 41/4 41/17 64/13 64/14
**governor's [2]** 33/17 41/16
**graduate [1]** 23/8
**grant [3]** 31/14 68/20 68/20
**granted [2]** 71/9 71/11
**great [1]** 47/4
**greatly [1]** 73/19
**GREY [3]** 2/11 3/18 60/24
**grounds [1]** 31/14
**guaranteed [1]** 23/9
**guess [3]** 17/8 35/6 45/22
**guilt [1]** 35/1
**gun [2]** 21/4 21/5
**Guzman [1]** 1/23

**H**

**hadn't [5]** 13/3 26/22 26/22 53/12 57/24
**half [1]** 29/11
**ham [1]** 44/9

**ham-fisted [1]** 44/9
**HAMADAH [2]** 1/21 3/8
**HANCOCK [3]** 1/6 3/3 34/15
**hand [2]** 27/22 27/22
**handling [1]** 36/17
**happen [4]** 38/21 51/24 67/10 67/14
**happened [2]** 15/11 59/25
**happening [2]** 7/22 20/23
**happens [2]** 10/21 52/4
**happenstance [1]** 34/23
**happy [3]** 21/13 47/10 68/22
**hard [2]** 46/2 67/10
**harm [24]** 5/9 6/23 6/25 14/4 14/11 15/25 16/25 18/24 20/17 20/23 25/5 25/7 28/19 30/25 31/4 31/10 31/13 34/20 62/9 62/9 62/16 62/17 66/23 69/3
**harms [1]** 5/10
**hasn't [3]** 20/21 20/22 22/24
**hates [2]** 17/15 17/16
**have [201]**
**haven't [7]** 10/13 10/13 15/7 20/9 25/7 29/3 57/25
**having [2]** 27/2 55/8
**he [11]** 34/6 34/14 37/11 37/16 41/2 41/6 41/23 41/23 44/7 45/18 58/11
**he's [5]** 37/11 37/16 44/13 52/13 53/6
**head [5]** 28/16 30/2 39/4 45/18 71/5
**heading [1]** 34/11
**hear [2]** 20/2 41/11
**heard [7]** 23/16 23/17 23/20 32/14 58/23 64/8 73/1
**hearing [26]** 1/9 3/21 5/10 15/22 17/17 18/3 22/25 25/13 33/16 35/14 41/8 62/22 63/24 66/14 67/4 67/5

**H**

**hearing... [10]** 67/8 67/14 68/3 68/6 68/20 69/24 70/3 71/3 71/9 71/24
**Heather [2]** 2/15 74/4
**held [9]** 20/14 38/15 43/9 46/13 46/17 46/19 46/21 46/23 47/2
**help [1]** 68/12
**her [8]** 19/25 22/19 22/20 22/21 28/20 28/20 31/21 31/21
**here [31]** 4/24 5/3 5/12 5/15 6/7 7/10 9/7 9/13 10/17 13/24 14/15 15/6 15/7 17/23 20/7 20/14 30/9 32/18 38/25 43/1 44/17 45/1 49/6 54/9 54/24 55/12 59/7 59/14 65/22 66/2 66/5
**here's [1]** 16/24
**hereby [1]** 69/11
**high [1]** 23/8
**highlight [3]** 20/6 22/24 34/5
**Highway [1]** 1/14
**Hill [1]** 61/14
**him [2]** 58/16 60/22
**himself [1]** 41/23
**his [12]** 39/4 41/22 41/25 45/17 52/12 53/6 58/9 58/13 58/14 58/16 65/17 71/12
**hold [4]** 55/15 57/6 65/2 68/20
**Holding [1]** 63/1
**holdup [1]** 32/16
**honest [1]** 27/19
**Honor [82]**
**HONORABLE [1]** 1/9
**hopes [2]** 16/16 18/3
**hopper [3]** 22/14 29/19 29/22
**hosted [1]** 34/3
**hostile [1]** 34/19
**hours [2]** 69/12 72/17

**HOUSTON [12]** 1/2 1/19 1/24 2/4 2/8 2/16 6/4 6/10 54/3 54/4 60/5 60/9
**Houstonian [1]** 19/25
**however [4]** 8/24 12/16 47/25 54/25
**HQA [13]** 20/1 20/3 27/9 31/20 31/22 32/2 32/3 32/4 32/9 56/15 57/15 69/10 69/13
**HUDSON [14]** 1/13 3/5 4/2 4/18 20/5 20/19 21/2 25/21 27/25 32/17 34/25 63/18 64/19 70/5
**Hudson's [1]** 68/11
**huh [1]** 48/11
**hundreds [2]** 29/9 33/1
**HURTA [2]** 1/22 3/7

**I**

**I -- I [1]** 47/11
**I'll [11]** 17/5 17/21 19/12 23/1 24/8 41/18 47/9 56/6 66/22 68/4 68/22
**I'm [61]** 4/20 6/18 6/21 8/22 9/11 9/13 11/18 12/3 12/4 14/19 14/23 14/25 15/3 17/9 17/18 19/6 21/8 23/15 24/18 26/21 27/5 27/10 27/14 27/17 28/13 32/13 32/13 35/8 35/16 35/25 36/22 37/4 39/20 40/7 41/10 42/13 43/15 45/25 47/8 47/16 48/24 48/25 51/20 53/3 53/24 54/7 54/11 54/14 55/2 55/3 56/7 59/8 59/20 60/4 63/18 64/2 64/5 68/22 68/24 71/21 72/4
**I've [13]** 15/25 17/10 23/16 23/17 23/20 42/22 45/4 49/7 52/16 53/22 58/23 64/8 64/14
**idea [1]** 65/13
**ideals [1]** 42/15
**identified [1]** 11/9

**illusory [1]** 20/8
**immediate [3]** 5/9 6/23 14/4
**impact [3]** 6/15 6/23 16/2
**impacting [1]** 5/6
**impaired [1]** 45/25
**implementing [1]** 26/18
**implements [1]** 34/14
**important [5]** 20/13 20/20 25/2 37/6 56/13
**importantly [2]** 21/8 53/6
**impression [1]** 7/1
**inaugural [1]** 23/2
**INC [2]** 1/4 3/2
**includes [1]** 70/22
**including [4]** 9/16 20/14 24/11 25/5
**indecision [1]** 30/25
**independent [1]** 31/14
**indicated [1]** 70/25
**indisputable [1]** 6/13
**individual [4]** 4/8 4/11 65/19 65/22
**individually [1]** 44/7
**individuals [2]** 3/12 55/25
**information [5]** 59/4 60/25 61/13 72/20 72/25
**informed [2]** 8/4 8/17
**inherently [1]** 28/19
**initially [2]** 8/8 38/15
**injunct [1]** 6/2
**injunction [17]** 1/9 5/9 16/11 18/3 27/16 44/18 66/14 67/4 67/5 67/8 68/3 68/6 69/24 70/3 71/3 71/9 71/24
**injunctive [4]** 17/24 20/25 24/20 31/15
**injury [7]** 7/22 8/24 10/16 13/12 48/15 55/24 56/2
**insofar [1]** 55/24
**instance [2]** 13/4 25/21
**instances [1]** 25/11
**INSTITUTE [3]** 2/2 3/12 4/16

## I

**institutions [1]** 56/23
**intend [1]** 5/7
**intends [1]** 49/13
**intentional [1]** 53/6
**intentionally [1]** 52/14
**interest [2]** 19/10 65/10
**interested [3]** 64/2 64/5 64/6
**interesting [1]** 18/13
**interim [1]** 28/2
**interruption [1]** 56/12
**investigation [1]** 5/21
**involved [3]** 17/11 33/17 33/23
**involvement [1]** 33/20
**irreparable [4]** 20/24 25/6 31/4 69/3
**irreversible [2]** 28/19 66/18
**ISLAMIC [80]**
**Islamic-based [1]** 45/3
**Islamic-related [1]** 41/5
**isn't [3]** 31/12 34/23 53/15
**issue [18]** 4/24 9/2 13/18 29/14 45/13 46/8 53/15 55/16 56/1 56/4 57/1 57/1 58/9 62/2 71/21 72/13 72/14 72/24
**issues [11]** 16/11 36/17 36/21 44/11 44/19 45/13 54/14 55/2 55/3 55/12 73/16
**it'll [4]** 28/25 63/2 63/3 63/4
**its [11]** 15/23 18/24 20/23 21/14 21/14 21/20 31/22 33/1 36/10 36/12 56/21
**itself [3]** 13/22 14/6 65/5

## J

**Jewish [7]** 25/16 26/5 29/15 29/21 30/3 30/8 31/6
**job [1]** 42/21
**Johnson [1]** 45/17
**JOHNSTON [9]** 2/11 3/18 39/6 45/17 45/20 45/21

50/15 60/20 60/24
**JUDGE [1]** 1/10
**judicial [1]** 73/1
**July [36]** 10/8 14/9 14/12 16/18 20/18 21/7 24/13 24/15 27/2 27/7 27/10 28/10 47/25 48/18 48/20 49/2 49/8 49/18 49/21 49/22 49/23 50/1 50/5 50/7 50/9 50/10 50/11 51/10 51/11 51/12 51/15 51/18 51/19 51/24 57/21 68/19
**July 15 [2]** 14/9 14/12
**July 15th [3]** 10/8 16/18 68/19
**July 1st [4]** 49/21 49/22 50/1 50/7
**juncture [1]** 15/2
**June [6]** 48/1 48/19 49/15 49/19 50/3 51/17
**June 1st [3]** 48/1 49/19 50/3
**just [59]** 5/23 6/15 10/14 12/5 14/9 16/16 16/19 18/22 19/9 20/4 21/1 21/11 22/1 22/3 22/13 25/3 27/6 28/9 28/14 28/21 29/3 31/24 32/3 33/16 35/9 35/13 36/5 36/18 37/9 38/9 38/21 39/16 39/16 44/2 44/25 45/14 48/4 48/17 49/11 52/4 53/19 53/24 54/13 54/14 54/20 56/4 56/6 56/7 59/3 61/19 61/20 61/24 62/25 64/20 66/13 66/21 68/2 68/24 73/9

## K

**Katy [11]** 20/1 27/9 31/20 31/22 32/2 32/4 32/9 56/15 57/15 69/10 69/13
**keep [1]** 35/14
**KELLY [3]** 1/6 3/3 34/15
**KellyHancock.com [1]** 34/8
**kept [1]** 44/19
**key [2]** 10/1 18/23
**KHAWAJA [3]** 2/6 2/7

3/11
**kid [2]** 10/3 28/24
**kids [4]** 9/5 9/20 18/15 21/18
**kind [3]** 21/2 28/18 35/1
**know [31]** 7/15 9/13 17/9 17/10 18/9 18/10 21/24 27/21 34/1 37/20 41/25 45/17 46/9 46/9 47/9 48/24 50/1 51/7 57/8 57/22 59/25 60/1 61/9 61/15 63/10 63/11 65/18 68/13 68/23 72/17 73/16
**knowing [1]** 51/6
**knowledge [2]** 33/17 36/18
**knows [2]** 51/8 65/21

## L

**labeled [1]** 31/1
**lack [1]** 20/10
**lacking [1]** 45/4
**laid [2]** 9/1 21/16
**land [1]** 59/21
**landed [1]** 40/21
**language [7]** 7/23 8/7 9/10 10/10 10/22 11/19 46/16
**lapse [1]** 66/17
**large [1]** 57/2
**larger [1]** 27/25
**last [13]** 13/16 15/7 17/18 18/12 18/12 32/25 45/1 50/11 62/25 67/1 67/15 70/22 72/24
**late [2]** 44/10 48/18
**later [6]** 6/5 8/15 10/19 15/11 27/2 29/2
**latest [2]** 49/17 60/24
**latter [1]** 32/22
**law [7]** 2/7 20/24 54/17 54/21 66/4 69/20 72/8
**lawsuit [3]** 26/9 28/23 37/23
**LAYLA [5]** 2/2 3/13 4/15 19/24 31/20
**lays [2]** 6/21 65/5
**lead [1]** 3/6

## L

least [5] 16/5 41/25 45/14 61/13 63/24
leaves [1] 28/24
led [1] 54/3
legally [1] 31/2
length [2] 49/18 62/13
lens [1] 30/7
lense [1] 30/20
let [15] 8/7 8/16 17/5 21/25 24/23 31/12 35/9 35/9 39/25 42/19 42/24 49/1 57/13 65/2 66/19
let's [21] 7/23 9/10 10/22 17/23 23/15 24/12 24/20 24/22 27/6 27/6 28/17 35/13 35/18 38/9 41/20 46/16 49/22 50/7 50/23 54/19 56/6
letting [1] 66/7
lie [1] 42/4
light [2] 41/1 64/11
like [12] 17/13 19/23 19/25 22/19 28/25 29/2 31/23 34/16 37/3 61/24 63/19 71/5
liking [1] 47/1
limited [4] 48/9 68/13 69/2 70/3
line [6] 9/7 20/15 21/23 30/2 30/11 63/14
link [4] 21/22 22/8 31/24 32/6
list [7] 8/9 22/22 24/15 37/7 57/16 57/19 61/6
listed [2] 64/25 70/14
listened [1] 17/17
lists [1] 34/10
literally [2] 21/21 22/12
Litigation [1] 2/12
little [5] 15/4 28/17 31/19 34/12 38/7
live [1] 5/3
lives [2] 18/20 18/20
LLP [2] 1/23 2/3
located [1] 51/21

long [2] 68/12 68/17
look [12] 5/22 6/1 6/20 7/9 7/11 13/20 17/20 23/3 28/25 30/19 65/17 70/1
looking [3] 35/9 44/7 46/8
looks [3] 37/3 53/5 63/19
lost [3] 52/9 52/10 52/11
lot [4] 21/7 35/5 57/2 67/8
lots [1] 9/25
lottery [10] 14/5 23/7 23/11 47/22 50/21 62/5 62/7 62/23 63/2 63/9
LOUIS [1] 2/10
Louisiana [1] 2/4
luck [2] 10/14 52/2

## M

made [13] 18/23 21/10 26/23 36/24 38/5 38/12 38/20 40/20 47/5 55/7 55/8 58/13 62/14
made it [1] 55/7
MAHA [2] 1/21 3/7
Mahmoud [2] 18/11 18/14
mail [3] 32/25 65/5 65/5
maintaining [1] 17/25
make [16] 4/11 7/24 12/3 21/25 23/11 23/13 23/15 29/1 42/2 42/24 52/17 65/13 66/22 67/10 67/13 72/4
makes [3] 9/20 63/23 73/4
making [5] 26/17 28/5 43/15 65/23 71/13
managed [1] 38/4
manager [1] 72/6
MANSOOR [2] 1/17 3/9
many [8] 21/21 36/22 36/23 38/24 39/12 42/7 42/7 62/18
marathon [3] 20/16 21/3 23/3
MARCH [17] 1/10 10/4 10/7 10/21 14/1 14/15 15/21 16/1 27/2 27/6 41/4 47/16 49/11 69/5 69/21 71/22 74/3
March 17 [6] 10/4 10/7

10/21 14/1 15/21 16/1
March 17th [3] 27/6 47/16 49/11
March 31st [2] 69/21 71/22
marker [1] 20/16
market [4] 54/4 54/4 54/5 54/5
Mary [1] 61/14
material [1] 21/23
matter [7] 10/7 10/25 20/24 23/1 59/2 66/2 74/1
matters [1] 23/2
may [26] 4/18 7/16 7/17 8/23 12/20 13/5 14/2 25/24 27/11 30/24 34/2 35/22 39/3 44/9 45/17 45/17 47/4 49/8 49/9 58/19 59/16 63/14 63/16 63/16 68/11 71/23
maybe [5] 15/22 25/23 31/11 39/7 39/22
McKinney [1] 19/21
mean [6] 11/14 26/8 33/19 52/16 64/25 66/13
means [4] 9/3 24/17 29/12 69/13
mechanical [1] 2/19
mechanism [4] 27/14 27/18 51/16 52/2
meets [3] 21/16 29/8 31/23
mention [1] 35/10
mentioned [6] 22/20 44/25 45/1 60/4 61/2 61/2
mentions [1] 60/11
merits [2] 24/22 31/13
mic [1] 19/17
MICHAEL [2] 1/22 3/7
mid [1] 28/23
middle [3] 5/24 48/1 63/15
might [6] 20/1 57/19 62/11 65/10 65/10 68/17
mile [1] 20/15
Miller's [1] 46/10
minds [1] 17/9
minute [4] 23/1 43/25 44/21

**M**

**minute... [1]** 65/2
**misinformed [1]** 26/25
**misspoke [1]** 39/20
**misunderstanding [2]** 40/1 44/23
**moment [11]** 12/16 15/8 24/8 26/24 39/16 44/2 46/1 46/3 48/4 56/8 73/9
**money [4]** 48/2 48/16 48/19 51/19
**money's [1]** 66/23
**monkey [1]** 63/5
**month [2]** 50/2 63/10
**months [3]** 26/20 29/4 31/24
**months-away [1]** 26/20
**more [16]** 6/8 16/3 23/1 31/9 32/9 41/10 45/9 47/3 47/3 47/11 53/6 57/20 63/10 67/20 71/19 71/20
**morning [7]** 3/1 3/5 3/17 4/21 4/25 5/2 21/20
**most [3]** 9/23 18/13 21/8
**motion [2]** 6/3 40/4
**move [8]** 15/17 15/20 15/21 16/10 47/9 47/23 66/11 66/14
**moves [3]** 15/23 29/25 30/2
**moving [1]** 16/1
**MR [14]** 1/13 1/13 1/17 1/17 1/22 1/22 2/6 2/6 2/10 2/11 50/14 50/15 60/19 60/20
**Mr. [22]** 4/2 4/18 20/5 20/19 21/2 25/21 27/25 32/17 34/25 39/5 39/6 44/18 45/17 45/19 45/20 45/21 46/10 63/18 64/19 68/2 68/11 70/5
**Mr. Cherkaoui's [1]** 44/18
**Mr. Hudson [12]** 4/2 4/18 20/5 20/19 21/2 25/21 27/25 32/17 34/25 63/18 64/19

70/5
**Mr. Hudson's [1]** 68/11
**Mr. Johnson may [1]** 45/17
**Mr. Johnston [3]** 39/6 45/20 45/21
**Mr. Miller's [1]** 46/10
**Mr. Rhines [3]** 39/5 45/19 68/2
**MS [3]** 1/21 2/3 21/14
**Ms. [8]** 4/7 19/22 22/18 28/19 31/17 42/10 55/1 69/24
**Ms. Edwards [1]** 69/24
**Ms. Najam [2]** 4/7 42/10
**Ms. Querishi [3]** 19/22 22/18 28/19
**Ms. Querishi's [1]** 31/17
**Ms. Stout [1]** 55/1
**much [1]** 19/14
**multiple [1]** 20/12
**MUNA [2]** 1/21 3/8
**MURTAZA [2]** 1/17 3/9
**Muslim [5]** 11/22 46/12 54/15 62/18 62/20
**Muslims [1]** 17/10
**must [1]** 29/12
**my [52]** 3/18 4/7 4/20 6/16 8/13 9/17 10/24 11/21 15/18 15/25 18/7 19/10 21/11 25/5 28/19 29/14 30/13 30/19 33/3 36/18 37/5 38/14 39/3 39/11 41/25 43/22 44/25 45/12 46/22 46/22 47/1 49/17 49/24 52/5 52/10 52/15 53/24 55/19 58/4 61/7 63/3 63/3 63/18 65/19 66/3 66/12 68/15 68/24 71/5 71/6 72/5 73/15

**N**

**NAJAM [6]** 2/3 3/12 4/7 4/14 19/19 42/10
**name [4]** 32/1 46/9 60/18 60/23
**names [1]** 46/9

**nationally [1]** 22/10
**nature [1]** 20/24
**necessarily [7]** 7/3 11/2 27/24 49/16 50/19 51/7 63/2
**necessary [2]** 68/12 68/23
**need [21]** 5/5 5/8 5/9 7/18 10/20 10/20 18/6 27/25 31/5 32/10 42/6 42/9 44/20 54/16 55/19 57/24 66/8 66/11 66/16 67/6 72/3
**needles [1]** 30/22
**needs [2]** 47/22 71/18
**never [1]** 65/11
**new [2]** 68/16 69/21
**New York [1]** 68/16
**news [5]** 54/4 54/7 54/8 54/10 54/11
**next [6]** 29/5 39/11 68/16 68/17 69/12 70/1
**night [5]** 13/16 32/25 44/10 67/15 70/22
**nine [2]** 45/14 45/15
**no [52]** 1/5 3/2 5/14 5/15 5/16 6/22 11/6 11/14 11/15 11/20 13/15 14/12 15/25 20/17 20/17 21/4 22/12 25/25 29/13 31/25 31/25 33/25 34/15 34/18 36/23 39/20 45/24 45/24 48/15 48/15 50/17 55/5 55/16 57/7 57/10 57/23 57/24 58/23 58/25 58/25 59/1 62/3 65/13 66/1 66/12 66/13 70/17 71/19 71/20 72/11 73/10 73/10
**No. [1]** 70/21
**No. 15-8 [1]** 70/21
**non [13]** 9/16 9/21 29/22 30/3 30/21 33/6 36/8 36/22 38/8 41/3 46/12 60/15 61/4
**non-approval [1]** 41/3
**non-Cognia [1]** 38/8
**non-faith [2]** 29/22 30/3
**non-Islamic [8]** 9/16 9/21

**N**

**non-Islamic... [6]** 30/21 33/6 36/8 36/22 60/15 61/4
**non-Muslim [1]** 46/12
**none [4]** 5/16 9/25 59/3 59/21
**norm [1]** 22/10
**norm-referenced [1]** 22/10
**not [192]**
**note [4]** 18/6 19/8 28/7 55/18
**notes [1]** 4/20
**nothing [6]** 6/8 15/18 36/20 67/24 73/7 73/13
**notice [2]** 3/24 8/19
**noticed [1]** 45/13
**notwithstanding [1]** 20/10
**now [39]** 5/5 6/8 7/22 9/2 10/15 10/20 10/20 13/14 14/11 14/14 15/12 15/13 15/25 18/1 18/22 20/23 22/25 23/12 24/21 24/24 28/9 32/14 42/7 43/6 44/6 45/4 47/23 48/17 54/7 57/8 58/8 60/11 61/9 61/15 62/13 63/7 63/16 63/17 65/16
**nuance [1]** 45/9
**number [15]** 26/15 26/17 27/22 35/14 36/23 36/23 39/1 39/3 40/17 40/18 49/4 49/5 54/17 58/4 59/19
**numbers [6]** 17/20 40/24 41/9 41/12 59/22 65/7

**O**

**o0o [1]** 73/24
**objections [1]** 72/1
**observer [1]** 54/8
**obvious [1]** 9/23
**obviously [6]** 17/18 20/7 25/25 37/8 39/11 43/11
**occurs [1]** 13/12
**odd [1]** 66/1
**Odyssey [3]** 22/6 32/9 57/4

**off [9]** 20/15 21/5 35/16 39/3 45/17 53/11 57/6 59/17 71/4
**office [25]** 2/11 14/18 15/15 22/8 29/23 33/17 36/1 37/14 38/3 40/8 40/11 40/25 45/5 52/23 52/25 54/23 56/21 65/23 67/17 69/11 69/16 70/14 71/2 71/3 71/11
**officer [2]** 42/23 55/15
**Offices [1]** 2/7
**official [6]** 2/15 37/19 58/14 58/16 65/18 65/21
**offset [1]** 29/9
**oh [1]** 56/12
**OMAR [3]** 2/6 2/7 3/11
**omission [1]** 33/13
**once [6]** 10/7 14/6 15/8 21/5 66/18 66/22
**one [33]** 1/23 6/20 12/11 17/4 18/8 21/21 21/23 23/13 24/16 24/19 24/25 25/1 26/15 27/22 29/3 31/9 33/9 37/6 40/20 42/10 46/10 47/15 53/9 53/20 58/25 58/25 60/5 64/10 64/10 66/21 72/4 72/14 73/3
**one's [2]** 36/23 58/23
**one-front [1]** 73/3
**ones [6]** 29/18 38/21 38/23 46/14 57/4 57/4
**ongoing [3]** 5/5 5/10 7/22
**only [17]** 5/6 5/18 9/8 22/25 29/14 29/18 32/18 32/20 38/23 40/24 41/9 43/21 43/22 45/13 59/25 67/9 73/3
**open [6]** 7/2 7/16 9/12 12/14 13/9 63/1
**operating [2]** 19/21 22/9
**operations [1]** 21/17
**opportunity [8]** 10/4 10/6 10/18 19/12 69/8 69/10 71/6 71/12
**opposed [3]** 13/14 68/10

73/3
**opposing [1]** 46/17
**opposite [1]** 23/18
**opposition [5]** 3/23 4/21 5/2 6/16 40/4
**opt [2]** 14/2 18/18
**opt-out [1]** 18/18
**optics [1]** 62/14
**options [1]** 9/25
**order [22]** 3/21 4/1 5/4 5/8 6/3 9/2 14/18 14/20 14/22 15/1 17/24 27/4 40/5 63/20 67/15 69/21 70/7 70/15 72/16 72/19 73/2 73/5
**ordered [1]** 69/11
**organization [1]** 43/14
**organizations [2]** 34/16 58/21
**original [1]** 6/2
**originally [1]** 6/3
**other [44]** 3/14 3/14 4/5 6/17 7/16 9/5 9/14 13/1 15/19 16/1 17/14 18/4 18/8 20/8 20/21 25/10 25/10 25/16 25/17 26/6 26/23 29/15 29/15 29/21 29/21 30/14 30/20 32/21 33/9 36/12 38/3 40/20 53/17 55/10 60/13 60/13 65/19 66/3 66/4 66/12 66/15 66/21 66/24 72/14
**otherwise [2]** 34/2 64/8
**our [36]** 6/2 6/20 7/23 8/7 9/1 9/10 10/14 10/22 11/18 13/15 17/6 18/12 21/1 21/4 24/11 31/4 31/4 33/11 33/25 34/9 34/20 34/20 34/25 41/8 44/15 44/16 44/17 44/17 46/16 55/1 61/24 62/2 64/22 65/12 70/7 72/3
**out [50]** 6/6 6/21 9/1 10/14 11/17 13/3 13/17 14/2 18/10 18/17 18/18 18/18 20/19 21/16 23/21 24/10 24/12

## O

**out... [33]** 25/21 27/21 29/4 29/20 33/10 36/5 36/7 37/10 38/11 40/5 40/7 43/18 45/6 47/23 48/19 50/2 51/7 52/2 52/12 53/6 53/14 54/20 55/10 58/4 60/10 64/21 65/4 65/5 65/25 66/15 68/3 68/12 68/20
**over [6]** 17/20 25/13 28/20 28/23 38/4 40/19
**own [8]** 6/10 11/8 18/24 31/22 36/10 40/17 41/22 48/21

## P

**P.O [1]** 2/12
**page [2]** 35/24 54/2
**page 3 [1]** 35/24
**pages [3]** 46/8 71/20 71/20
**pages 2 [1]** 46/8
**paid [2]** 50/20 51/2
**paper [1]** 10/13
**Paragon [1]** 61/14
**paragraph [4]** 6/21 28/20 34/9 35/25
**paragraph 16 [1]** 6/21
**paragraph 2 [1]** 35/25
**paragraph 23 [1]** 28/20
**paragraph 60 [1]** 34/9
**paragraphs [2]** 22/16 28/16
**pardon [1]** 56/12
**parent [19]** 4/8 6/18 6/20 11/7 11/9 11/20 13/5 17/7 19/24 20/2 23/17 23/20 24/17 26/16 31/21 49/14 51/18 51/21 56/7
**parents [57]** 5/6 6/16 9/2 9/4 9/5 9/8 9/9 9/19 9/21 9/24 9/25 10/5 10/8 10/10 10/17 10/20 10/23 10/24 10/24 11/21 12/14 13/1 13/11 14/1 14/2 14/3 16/3 16/6 16/12 16/14 16/19

16/25 18/15 18/19 19/5 19/11 19/21 20/9 20/13 23/18 24/7 24/10 25/10 25/15 25/16 26/9 27/23 35/2 49/19 56/11 62/8 62/10 63/7 63/8 69/8 69/18 71/22
**PARKER [1]** 1/13
**part [2]** 27/24 44/25
**participate [3]** 5/16 24/19 34/18
**participated [1]** 24/25
**participating [1]** 57/11
**participation [5]** 5/14 6/12 26/18 64/7 64/9
**particular [6]** 12/17 20/20 36/19 40/6 47/15 60/11
**party [2]** 22/6 34/18
**pass [1]** 49/9
**past [3]** 36/12 40/19 68/21
**pause [13]** 21/3 25/7 25/9 25/10 26/3 26/4 26/4 26/7 27/25 28/14 37/2 47/17 52/7
**paused [1]** 47/18
**paw [3]** 41/17 64/13 64/13
**Paxton [1]** 34/1
**peaceable [1]** 15/8
**pending [4]** 14/19 46/14 57/3 57/21
**people [6]** 6/19 13/21 14/9 17/11 62/20 72/3
**people's [1]** 17/9
**percent [1]** 42/16
**perhaps [10]** 18/2 25/16 25/24 44/25 51/11 51/17 55/11 60/10 63/10 68/3
**period [1]** 69/17
**permanently [1]** 8/12
**permissible [1]** 35/1
**permitted [3]** 34/18 56/16 69/15
**person [3]** 53/4 53/4 65/22
**personally [4]** 42/21 43/5 53/25 54/24
**pertains [1]** 48/1

**PI [2]** 15/22 63/24
**piece [4]** 14/5 18/8 18/9 18/22
**pins [1]** 30/22
**place [5]** 12/20 14/7 16/9 49/12 49/12
**placed [7]** 10/25 11/23 12/15 13/12 23/19 23/22 48/12
**placements [1]** 21/9
**placing [1]** 26/23
**plaintiff [11]** 3/15 4/6 28/12 31/11 31/18 31/20 48/10 48/14 60/11 62/9 73/6
**plaintiffs [26]** 1/4 1/12 1/20 2/2 3/6 3/10 3/12 3/22 4/3 4/9 4/11 4/15 11/24 19/20 20/14 20/20 24/11 35/16 47/15 62/3 62/4 63/1 63/17 69/4 70/25 71/20
**plaintiffs' [5]** 20/8 40/4 51/14 55/24 63/20
**plan [2]** 29/12 47/21
**planning [2]** 27/20 28/2
**plans [2]** 49/12 68/24
**play [1]** 24/12
**pleadings [1]** 62/2
**please [2]** 3/1 4/12
**pleasure [1]** 18/10
**plenty [1]** 32/19
**PLLC [3]** 1/14 1/18 2/7
**point [19]** 6/22 17/5 18/10 19/1 22/23 27/1 28/9 30/13 30/19 31/7 33/10 54/20 59/24 60/5 64/21 65/4 66/21 67/1 68/6
**pointed [14]** 13/3 17/19 20/19 24/10 25/21 29/20 36/5 36/7 37/9 38/11 40/6 55/10 65/25 68/2
**pointing [2]** 23/20 40/5
**points [4]** 6/12 20/6 23/4 32/18
**politicians [1]** 42/2

## P

**pool [1]** 62/18
**portal [1]** 46/15
**position [3]** 13/2 55/5 55/14
**positions [1]** 21/8
**possibility [2]** 27/13 68/15
**possible [7]** 7/3 7/4 27/5 48/21 48/23 50/12 71/23
**possibly [1]** 43/7
**post [3]** 33/11 41/4 42/18
**posts [1]** 6/11
**potential [2]** 27/11 55/2
**practical [1]** 28/17
**practicalities [1]** 28/18
**praising [2]** 33/12 33/12
**pre [3]** 21/19 67/14 68/10
**pre-hearing [1]** 67/14
**pre-K [1]** 21/19
**pre-suit [1]** 68/10
**precise [1]** 46/16
**preclearance [1]** 63/22
**prejudice [7]** 47/18 47/19 47/21 63/7 63/13 69/22 69/23
**preliminary [3]** 5/9 16/11 67/8
**Prep [1]** 61/14
**present [1]** 5/12
**presentation [1]** 64/16
**presented [1]** 11/14
**presents [2]** 4/23 56/1
**preserve [1]** 14/21
**president [3]** 19/22 21/14 28/21
**press [3]** 58/5 58/9 58/10
**presumably [2]** 27/1 27/24
**pretext [4]** 6/7 32/18 32/24 33/10
**pretty [1]** 63/5
**prevail [1]** 24/22
**previously [1]** 61/2
**primary [1]** 4/2
**principles [1]** 10/3
**prior [2]** 71/3 71/9

**prioritized [3]** 23/12 23/13 24/24
**private [5]** 9/5 9/24 35/25 37/8 40/7
**probably [4]** 37/18 39/11 49/17 67/18
**problem [5]** 5/21 11/24 40/12 47/13 65/12
**problems [2]** 35/12 65/14
**proceed [3]** 4/18 8/23 68/5
**proceedings [3]** 2/19 73/23 74/1
**process [12]** 5/1 13/8 14/15 23/21 33/18 33/24 36/1 38/12 40/8 51/25 65/12 66/3
**processed [3]** 28/3 46/24 47/3
**processes [1]** 13/19
**processing [1]** 4/25
**produced [2]** 2/20 6/9
**production [6]** 67/11 67/16 70/8 70/10 70/25 71/8
**professional [2]** 55/14 73/18
**professional -- well [1]** 73/18
**professionalism [2]** 73/16 73/19
**program [55]** 5/13 5/16 6/12 6/25 7/6 7/12 7/13 8/4 8/12 8/18 10/5 11/3 11/10 11/22 12/14 16/2 16/16 16/20 17/1 18/18 21/22 22/7 23/2 24/3 25/7 25/9 26/3 26/5 27/8 31/13 33/14 37/13 39/9 41/3 43/3 51/19 52/16 52/25 54/23 55/9 55/25 56/16 56/24 57/12 57/16 57/23 58/2 60/10 60/14 61/5 64/7 66/16 69/13 69/16 69/18
**prohibited [1]** 56/23
**promise [2]** 31/9 32/13
**proposed [2]** 26/14 67/15

**protecting [1]** 37/11
**proven [1]** 34/10
**provide [3]** 17/22 32/6 69/12
**provided [2]** 53/10 59/6
**provider [1]** 22/7
**provides [2]** 29/10 69/22
**providing [1]** 43/4
**provision [2]** 54/15 55/2
**public [8]** 5/14 37/15 37/18 64/11 64/14 65/17 65/24 72/20
**publicize [1]** 72/16
**publicly [1]** 58/11
**pull [5]** 14/2 19/17 19/17 35/9 66/23
**pulled [1]** 20/15
**purposes [2]** 47/1 62/17
**push [8]** 15/3 38/7 53/20 53/21 63/2 63/2 63/3 63/4
**pushed [2]** 49/7 68/20
**put [17]** 18/15 21/3 21/14 22/14 28/19 29/6 31/22 34/24 41/1 57/3 58/4 59/19 65/8 67/9 67/15 67/18 70/7
**puts [1]** 62/15
**Putting [1]** 47/16

## Q

**qualified [1]** 34/3
**quasi [1]** 63/21
**QUERISHI [7]** 2/2 3/13 4/15 19/22 21/14 22/18 28/19
**Querishi's [1]** 31/17
**question [17]** 4/23 5/15 8/9 8/10 11/12 12/4 19/3 31/2 33/4 35/7 39/12 42/17 48/25 51/13 60/3 61/1 61/11
**questions [3]** 17/19 42/20 47/9
**quick [1]** 66/22
**quickly [3]** 15/23 21/11 46/24
**quo [7]** 14/21 14/22 14/24

**Q**

**quo... [4]** 15/6 15/7 15/10 17/25
**quote [3]** 34/10 34/21 65/11
**quoted [1]** 36/23
**quoting [1]** 40/7

**R**

**race [4]** 20/18 21/5 23/4 35/2
**radical [1]** 42/15
**RAFUKHI [1]** 2/6
**RAHMAN [2]** 2/6 3/11
**raising [1]** 30/14
**read [5]** 34/8 34/12 34/13 42/10 46/2
**reading [2]** 35/25 56/17
**real [2]** 19/3 66/23
**reality [2]** 14/3 29/4
**really [7]** 15/12 20/9 39/16 48/6 48/14 53/15 62/3
**reason [12]** 5/19 31/8 35/1 38/5 40/21 41/6 43/8 51/13 53/17 55/9 59/9 71/22
**reasoning [1]** 40/24
**reasons [3]** 7/20 24/6 31/4
**recall [1]** 46/7
**recap [1]** 61/24
**receipt [3]** 3/20 3/22 3/24
**receive [7]** 5/7 12/1 23/7 52/2 53/7 63/16 71/19
**received [8]** 8/19 22/21 31/25 32/11 57/2 57/4 57/5 65/7
**receiving [3]** 17/1 29/8 51/22
**recognize [1]** 37/6
**record [7]** 3/4 4/12 65/8 67/20 69/2 70/21 74/1
**recorded [1]** 2/19
**reduced [2]** 28/12 28/18
**redundant [2]** 21/12 31/20
**reeks [1]** 53/18
**reelection [1]** 34/6

**referenced [2]** 22/10 27/25
**referencing [1]** 70/21
**referred [1]** 35/11
**referring [4]** 8/14 11/2 11/3 24/2
**reflect [1]** 17/21
**refrained [1]** 17/7
**refusal [1]** 34/22
**regard [3]** 5/19 69/23 72/15
**regarding [3]** 26/18 60/10 72/20
**regards [4]** 12/24 68/8 69/24 71/10
**registration [2]** 21/22 31/24
**rehash [1]** 20/4
**rejunctive [1]** 31/14
**related [4]** 5/20 41/5 41/6 55/7
**relates [2]** 18/14 56/1
**Relations [1]** 34/17
**relevant [4]** 24/6 31/2 54/17 66/4
**relied [1]** 29/8
**relief [9]** 10/20 10/20 17/24 20/25 24/20 26/14 31/15 62/25 63/19
**relieve [1]** 63/25
**religion [1]** 16/9
**religious [7]** 13/22 18/20 18/23 23/22 23/23 61/9 61/15
**reluctance [1]** 16/15
**remain [1]** 49/12
**remaining [2]** 29/19 40/17
**remains [4]** 7/2 7/16 9/12 49/12
**remarks [1]** 19/13
**remedied [1]** 66/8
**remedies [1]** 66/15
**remedy [5]** 5/10 14/11 16/5 66/10 66/10
**remember [2]** 46/11 63/11
**remembers [1]** 42/13
**removed [9]** 6/5 8/6 8/8

8/14 60/12 60/14 60/15 61/3 61/5
**removing [2]** 6/11 15/9
**repeatedly [1]** 43/23
**replacing [1]** 64/2
**reply [1]** 64/19
**report [4]** 52/20 54/8 54/10 54/11
**reported [2]** 6/4 31/10
**REPORTER [3]** 2/14 2/15 74/4
**representation [3]** 45/2 45/8 68/11
**representations [1]** 46/4
**representative [6]** 67/17 70/9 70/13 71/1 71/1 71/10
**represented [3]** 17/10 44/3 47/24
**representing [2]** 43/2 55/15
**reputational [4]** 5/11 25/7 31/10 31/13
**request [3]** 44/18 68/3 68/18
**requested [3]** 58/25 63/19 72/25
**requesting [1]** 26/14
**requests [4]** 70/8 70/10 70/25 71/8
**require [2]** 36/2 40/9
**required [1]** 40/15
**requires [1]** 36/10
**requiring [1]** 38/19
**res [1]** 20/16
**respect [3]** 24/14 30/6 35/23
**respectful [1]** 53/23
**respectfully [5]** 7/9 15/3 38/7 41/15 53/20
**respond [1]** 35/5
**response [17]** 3/23 20/17 21/20 22/12 31/25 32/11 32/14 35/4 35/8 35/10 35/24 38/18 40/3 44/3 44/17 44/17 55/1
**responses [3]** 28/15 41/14

## R

responses... **[1]** 55/14
restart **[1]** 21/5
restraining **[8]** 3/21 3/25
 5/4 5/8 6/3 9/1 17/24 40/4
result **[1]** 28/12
resulting **[1]** 5/13
results **[1]** 34/10
returning **[1]** 47/16
review **[5]** 8/11 33/5 35/12
 55/2 55/6
reviewing **[5]** 43/24 44/4
 44/4 44/11 60/1
reviews **[1]** 36/18
rhetorically **[1]** 18/9
RHINES **[7]** 2/10 3/17 39/5
 45/19 50/14 60/19 68/2
Richmond **[1]** 2/7
right **[19]** 11/18 12/23
 15/25 18/15 18/21 22/5
 35/24 50/6 50/8 56/9 59/8
 59/15 60/17 60/21 61/22
 62/7 62/22 67/3 72/13
rightly **[1]** 65/25
rights **[1]** 13/22
ripe **[2]** 20/9 51/14
Riverway **[1]** 1/23
RMR **[1]** 2/15
road **[1]** 15/11
roll **[3]** 40/23 59/18 59/19
rolled **[1]** 28/14
rolling **[4]** 44/1 58/7 59/16
 60/2
rolls **[1]** 21/7
run **[4]** 19/9 21/24 47/21
 47/22
running **[1]** 65/23
Rusk **[1]** 2/16

## S

said **[20]** 7/24 9/11 10/23
 11/17 13/19 15/13 17/7
 18/19 22/1 22/19 26/3 35/6
 44/3 52/1 54/8 55/18 64/14

66/9 67/3 73/20
Samani **[1]** 1/18
same **[7]** 13/1 30/15 30/18
 30/21 30/24 59/11 59/12
San **[1]** 54/5
San Antonio **[1]** 54/5
saw **[4]** 6/16 32/14 33/15
 56/5
Sawyer **[1]** 1/18
say **[29]** 5/20 9/24 10/12
 12/5 15/15 22/3 24/18 24/20
 24/22 25/9 29/1 34/3 35/16
 35/18 37/9 37/14 42/5 46/19
 52/11 52/15 54/13 54/25
 56/4 57/22 58/4 58/24 64/24
 68/7 68/9
saying **[11]** 4/22 7/3 11/15
 12/12 42/4 49/7 55/16 65/11
 65/17 65/20 66/6
says **[4]** 6/18 56/7 58/11
 58/20
scenario **[1]** 23/16
school **[79]**
school's **[1]** 18/18
schools **[182]**
schools from **[1]** 33/12
schools' **[1]** 43/8
scope **[1]** 68/13
score **[2]** 8/20 66/22
seated **[1]** 3/1
second **[7]** 17/13 24/10
 25/24 26/1 29/11 58/18 63/7
second-class **[1]** 17/13
secondary **[1]** 14/5
secular **[4]** 31/6 45/16 46/11
 46/11
see **[8]** 17/2 20/18 25/19
 57/17 57/18 58/1 58/5 62/6
seek **[1]** 34/20
seeking **[7]** 7/5 18/2 58/25
 64/7 66/10 70/6 71/14
seeks **[1]** 71/3
seem **[1]** 70/4
seems **[1]** 65/15

seen **[4]** 15/25 42/7 42/22
 54/8
select **[6]** 11/4 13/7 25/23
 49/18 49/20 51/18
selecting **[1]** 47/25
selection **[1]** 63/4
send **[4]** 21/22 22/19 24/17
 26/10
sending **[2]** 48/19 57/6
sent **[1]** 51/7
sentence **[1]** 31/9
separate **[5]** 5/25 19/24
 34/2 45/14 49/19
separately **[1]** 34/5
separating **[1]** 43/18
serious **[1]** 55/12
serves **[1]** 21/18
service **[3]** 43/12 44/4 59/11
SERVICES **[2]** 1/20 3/8
set **[10]** 12/25 19/4 41/20
 41/22 50/12 51/16 52/3 52/3
 56/6 56/10
seven **[1]** 67/16
several **[7]** 7/20 22/9 36/3
 36/11 38/20 40/10 40/19
she **[8]** 6/21 17/7 19/24
 22/20 22/21 31/20 36/7
 42/10
she'd **[1]** 19/23
she's **[1]** 22/19
shoots **[1]** 21/5
shorthand **[1]** 12/12
should **[11]** 7/13 12/1 26/11
 37/2 37/16 45/22 52/1 52/7
 53/5 58/24 70/17
shouldn't **[1]** 24/14
shown **[1]** 42/23
shows **[3]** 6/7 31/21 33/1
shuts **[1]** 10/7
siblings **[4]** 23/8 23/14 25/1
 25/1
sic **[1]** 31/14
side **[8]** 6/17 15/19 16/1
 55/11 65/20 65/20 66/3

## S

**side... [1]** 66/12
**sideline [2]** 35/2 35/2
**sides [1]** 70/4
**sign [1]** 27/23
**Signature [1]** 74/4
**simple [2]** 36/16 66/11
**simply [6]** 21/3 29/1 56/20 60/1 67/19 69/10
**since [2]** 22/6 45/18
**single [1]** 6/12
**sir [15]** 19/13 19/16 41/11 45/11 47/7 53/21 55/22 60/3 61/12 61/21 62/1 65/3 69/25 70/16 71/7
**sister [1]** 20/3
**sit [1]** 9/13
**site [5]** 44/19 45/1 45/5 45/7 45/12
**sitting [3]** 13/11 39/7 51/23
**situation [1]** 62/15
**six [1]** 68/17
**six-week-long [1]** 68/17
**slow [3]** 28/14 44/22 47/1
**slow-rolled [1]** 28/14
**slowed [1]** 4/25
**slowly [3]** 46/23 46/24 47/3
**small [3]** 36/16 38/3 40/25
**SNEAD [2]** 1/22 3/7
**snuff [1]** 31/12
**some [24]** 4/8 7/4 7/15 12/15 16/15 17/18 17/22 25/11 25/15 35/23 37/8 38/5 38/17 40/21 52/21 55/8 56/5 57/1 57/2 62/6 66/1 67/6 68/6 68/10
**some-odd [1]** 66/1
**somehow [5]** 36/22 37/1 38/4 43/19 45/6
**someone [1]** 52/1
**something [9]** 5/1 15/24 41/11 42/12 56/13 59/13 65/10 66/20 70/1
**sometime [1]** 51/5

**sometimes [1]** 73/17
**somewhere [2]** 39/14 50/5
**son [1]** 57/18
**soon [2]** 6/5 68/23
**sooner [1]** 67/5
**sorry [10]** 23/12 26/15 34/21 39/20 48/24 50/16 59/20 70/20 73/10 73/12
**sort [5]** 55/23 62/6 62/15 63/15 68/18
**Sotto [7]** 39/5 45/19 50/14 60/19 69/20 72/6 72/8
**sought [1]** 70/24
**sound [3]** 15/8 20/1 42/3
**source [1]** 32/21
**South [1]** 1/14
**SOUTHERN [1]** 1/1
**speak [6]** 17/5 19/11 19/13 58/15 58/16 70/5
**speaker [1]** 4/2
**speakers [1]** 4/5
**speaking [1]** 4/8
**speaks [1]** 41/23
**Special [1]** 2/12
**specific [7]** 11/12 20/11 21/12 25/6 26/14 54/15 62/11
**specifically [3]** 17/6 32/9 52/13
**speculate [1]** 27/20
**spend [1]** 31/9
**spent [1]** 51/7
**spot [1]** 23/9
**Spring [1]** 20/3
**spurred [1]** 42/14
**stability [1]** 29/2
**staff [4]** 36/16 38/3 40/25 52/16
**stance [2]** 34/24 34/24
**stand [3]** 43/1 58/24 66/5
**standardized [1]** 21/17
**standing [6]** 38/25 54/24 56/2 56/4 62/17 66/2
**start [12]** 4/22 7/21 20/15

21/13 27/3 27/10 27/16 28/5 48/19 49/13 49/23 50/9
**started [3]** 15/9 26/24 51/25
**starting [8]** 20/15 21/3 21/5 21/23 23/4 27/15 27/20 50/9
**state [73]** 7/12 7/19 7/25 8/8 8/11 10/12 11/23 12/18 12/25 14/20 14/23 15/1 17/19 17/21 19/4 21/3 21/20 22/2 22/7 26/16 26/17 26/23 27/3 27/16 27/20 28/1 29/17 30/1 30/5 32/5 33/4 35/4 36/7 36/10 36/14 37/1 37/23 38/2 39/21 40/6 40/14 41/4 43/14 47/18 47/21 47/22 47/22 48/19 49/10 49/13 50/10 51/8 51/16 51/25 52/1 52/3 52/3 52/5 53/5 54/9 58/24 59/10 59/13 64/11 65/16 66/5 68/2 69/11 69/23 71/12 71/14 71/21 73/3
**state's [10]** 19/13 20/16 20/17 36/24 38/19 40/24 41/10 41/11 48/20 49/12
**stated [5]** 16/19 43/23 48/12 55/1 55/6
**statement [4]** 37/21 42/11 42/12 58/19
**statements [4]** 42/2 52/18 58/5 62/14
**states [6]** 1/1 1/10 5/24 23/10 54/16 54/16
**stating [1]** 58/5
**status [8]** 14/21 14/22 14/24 15/6 15/7 15/10 17/25 26/19
**stay [1]** 38/9
**stenography [1]** 2/19
**step [2]** 7/14 21/23
**still [16]** 8/14 9/6 24/15 25/19 27/12 28/3 29/22 31/1 31/25 39/8 56/10 62/21 66/6 67/14 68/5 68/22
**stop [4]** 5/9 16/8 21/13 50/23

## S

**stops [1]** 53/4
**Stout [1]** 55/1
**straight [1]** 39/25
**straightforward [1]** 4/23
**Street [1]** 1/18
**stretch [1]** 21/24
**student [1]** 51/22
**students [6]** 9/21 11/22 23/6 23/13 29/10 51/2
**submit [1]** 22/4
**submitted [8]** 5/22 9/14 25/8 26/15 28/11 32/19 32/25 54/25
**submitting [1]** 11/8
**such [4]** 13/23 46/4 54/10 54/11
**sudden [1]** 60/11
**suffering [2]** 28/12 30/25
**suggested [1]** 68/7
**suggesting [1]** 5/17
**suggests [1]** 64/8
**suit [1]** 68/10
**Suite [6]** 1/15 1/18 1/23 2/4 2/7 2/16
**summer [1]** 29/12
**supplemental [5]** 3/24 13/16 18/13 64/22 64/25
**support [1]** 3/25
**supporting [1]** 43/12
**supposed [1]** 68/16
**Supreme [6]** 13/17 13/19 18/12 18/14 18/19 18/23
**sure [17]** 7/24 12/3 15/5 21/25 23/15 27/5 27/10 27/14 28/25 36/23 42/13 46/12 47/8 52/9 63/18 68/22 72/4
**suspect [1]** 66/6
**SUTARWALLA [3]** 1/17 1/18 3/9
**switch [1]** 28/22
**system [15]** 11/23 12/16 13/20 13/24 14/5 15/10

17/12 17/15 17/16 19/3 23/19 31/21 50/21 63/22 64/6

## T

**table [2]** 53/11 59/7
**take [6]** 14/14 16/9 29/13 42/20 55/16 63/20
**taken [1]** 52/9
**takes [1]** 28/23
**taking [3]** 14/7 44/21 58/23
**talk [1]** 28/17
**talked [4]** 25/4 25/8 53/8 53/13
**talking [11]** 10/17 11/19 40/18 46/20 46/22 52/20 53/3 62/16 63/3 66/2 71/21
**task [1]** 73/17
**tax [3]** 34/19 53/7 55/9
**taxpayer [1]** 37/12
**Taylor [2]** 18/11 18/14
**teacher [1]** 31/18
**TEFA [43]** 5/7 5/8 5/16 6/12 7/6 8/17 11/3 11/10 12/14 14/16 16/16 21/22 23/3 23/6 23/7 23/10 26/11 26/19 26/20 29/9 33/18 37/13 39/9 40/16 41/3 41/3 43/3 43/8 49/2 50/13 51/9 52/25 54/23 55/25 57/12 57/16 57/23 60/10 60/14 61/5 62/24 65/23 69/9
**TEFA's [1]** 33/13
**tell [10]** 11/7 12/24 16/14 29/17 40/13 43/21 43/22 57/13 59/25 68/14
**telling [3]** 15/9 40/12 45/21
**temporary [12]** 3/21 3/25 5/4 5/8 6/2 6/2 9/1 17/24 31/14 31/15 40/4 44/18
**temporary rejunctive [1]** 31/14
**term [1]** 18/12
**terms [5]** 5/14 13/18 21/17 33/10 67/10

**Terrazas [1]** 1/14
**terror [1]** 59/6
**terrorism [14]** 42/14 43/3 43/4 43/12 43/18 53/10 53/10 54/1 54/14 58/21 58/25 59/4 59/5 59/6
**terrorist [6]** 34/11 34/16 41/6 43/4 53/11 59/7
**test [1]** 22/10
**testimony [1]** 18/4
**testing [1]** 21/18
**TEXAS [22]** 1/1 1/14 1/15 1/19 1/24 2/4 2/8 2/11 2/13 2/16 17/10 19/21 22/9 33/11 34/11 34/14 34/18 39/22 40/15 53/7 54/9 58/24
**than [10]** 6/8 9/4 26/23 31/9 38/3 55/5 60/13 67/5 71/19 71/20
**thank [30]** 4/19 13/4 19/6 19/13 19/14 19/17 19/18 22/17 32/8 32/12 35/3 35/5 47/7 60/8 61/17 61/21 64/16 64/17 64/18 64/20 67/22 67/25 68/1 69/1 73/13 73/14 73/15 73/19 73/21 73/22
**that [539]**
**that's [50]** 5/3 6/23 6/25 7/9 7/22 8/9 9/17 10/16 10/16 11/12 11/16 11/18 13/24 14/7 14/8 14/11 16/13 17/6 18/12 21/23 21/23 24/8 24/15 24/16 25/2 25/2 26/20 28/15 30/7 30/19 31/2 31/17 31/22 42/7 44/2 50/4 50/18 53/11 55/5 57/17 59/7 61/18 65/5 66/6 66/7 66/11 66/18 67/1 70/11 71/7
**their [58]** 5/2 5/24 9/5 9/20 11/4 11/8 12/16 12/16 12/20 13/2 13/2 13/5 13/7 17/2 18/15 18/16 18/16 18/20 18/21 19/5 20/11 20/16 22/3 23/8 23/14 23/22 23/23 24/3

# T

**their... [30]** 24/3 24/4 24/15 24/17 25/1 25/12 25/15 25/19 25/22 25/23 25/24 26/6 26/10 29/7 30/4 30/22 44/7 45/4 47/15 51/23 56/17 57/17 57/17 57/18 58/2 59/19 62/11 62/19 63/8 63/19

**them [23]** 8/8 9/20 12/1 14/18 17/12 21/22 26/7 32/6 35/11 38/16 45/7 47/10 49/5 49/7 56/6 56/10 57/18 59/12 59/21 66/3 66/7 66/13 69/15

**themselves [3]** 17/5 43/19 53/16

**then [19]** 8/6 8/8 14/11 15/24 17/1 23/7 23/11 24/14 28/10 34/5 46/23 49/22 53/13 59/20 60/14 60/15 61/3 61/4 63/14

**there are [1]** 25/4

**there's [19]** 6/22 8/25 10/11 13/13 13/16 14/12 15/18 18/18 21/4 27/7 28/8 41/24 45/9 57/8 57/10 57/24 66/12 67/8 72/14

**therefore [1]** 48/14

**these [45]** 5/20 6/13 6/24 7/5 9/4 10/17 10/19 10/19 14/23 15/15 16/16 16/19 18/21 19/5 20/20 24/21 27/22 30/25 33/6 33/18 36/12 36/17 36/19 37/15 38/5 40/5 40/15 41/9 41/12 43/8 43/19 43/24 43/24 45/6 53/15 54/1 59/3 59/10 60/1 61/10 61/16 66/6 66/16 66/17 73/16

**they [88]**

**they're [27]** 5/23 5/24 6/24 9/15 10/6 17/21 20/14 22/2 23/9 24/13 24/24 25/17 25/19 30/11 30/22 31/11

33/4 33/7 35/23 51/6 51/22 52/2 52/12 57/15 60/12 63/15 66/7

**they've [4]** 7/12 10/25 14/22 59/5

**thing [8]** 5/18 18/13 29/3 33/9 33/10 42/10 53/20 68/9

**things [10]** 17/4 21/7 27/22 28/9 37/6 46/2 54/18 55/20 58/12 64/21

**think [41]** 7/9 11/15 15/6 16/21 17/16 20/19 30/6 36/15 37/6 37/17 38/6 39/20 41/24 42/3 42/6 42/10 45/9 46/7 49/16 49/21 50/1 50/2 50/18 50/25 54/2 54/3 55/20 56/1 58/12 59/15 62/11 62/25 63/10 64/4 65/9 65/25 67/17 68/12 70/8 70/21 71/4

**third [3]** 22/6 26/1 63/16

**third-party [1]** 22/6

**this [97]**

**those [32]** 5/7 7/14 9/20 10/8 10/10 12/17 13/4 23/8 24/4 24/25 30/7 30/8 34/7 35/21 36/13 36/22 36/24 36/25 40/24 50/22 51/17 55/3 55/3 55/12 56/22 57/3 57/6 59/22 64/6 70/14 72/1 72/4

**though [3]** 12/19 13/5 41/23

**thought [2]** 13/4 56/13

**thousands [1]** 29/9

**thread [1]** 26/9

**three [3]** 4/15 19/20 51/5

**through [22]** 9/7 13/8 19/10 21/18 21/19 30/19 36/17 36/24 38/12 38/16 38/20 40/20 42/11 46/24 46/25 47/4 47/5 49/2 55/8 59/19 63/24 65/7

**throw [4]** 14/8 42/7 42/8 63/5

**thrown [1]** 31/7

**Thursday [1]** 71/16

**thus [5]** 6/9 20/24 33/13 34/22 42/23

**TI [1]** 68/20

**tier [5]** 23/22 48/12 51/21 51/22 63/16

**tiered [3]** 11/23 12/15 23/19

**tiers [5]** 10/25 13/12 26/23 48/13 51/5

**ties [4]** 24/3 34/11 34/15 59/3

**tight [2]** 63/5 67/19

**till [3]** 24/14 28/10 51/24

**time [19]** 7/4 10/12 16/3 16/5 16/12 19/10 19/14 21/7 27/3 28/2 42/2 48/22 51/24 57/1 62/6 62/21 63/8 63/9 67/21

**timeline [3]** 14/1 63/6 68/8

**timelines [1]** 67/9

**times [1]** 42/7

**today [25]** 3/23 9/14 14/16 17/24 20/7 21/2 27/6 32/14 38/25 40/3 41/11 49/6 52/5 54/24 55/1 57/15 62/3 66/5 66/10 66/16 66/17 67/7 72/24 73/5 73/18

**today's [6]** 20/7 21/6 22/24 22/25 26/16 27/22

**together [1]** 15/23

**told [14]** 8/10 25/13 32/9 41/8 43/13 43/22 46/17 48/8 48/17 49/11 51/4 53/22 53/25 56/14

**tomorrow [2]** 27/15 62/4

**tonight [1]** 27/21

**too [1]** 47/1

**took [3]** 55/6 58/9 72/24

**top [4]** 39/4 44/19 45/17 71/4

**topic [1]** 25/2

**topics [1]** 70/14

**touched [2]** 21/2 32/17

**touches [1]** 55/11

**T**

**tough [2]** 73/16 73/17
**touted [1]** 41/5
**touting [4]** 37/11 41/2 52/12 53/6
**touts [1]** 34/7
**traceability [2]** 56/1 62/16
**transcript [2]** 2/19 73/25
**treated [5]** 6/19 17/13 30/13 30/15 30/16
**treatment [1]** 30/20
**trial [1]** 68/18
**tries [1]** 65/16
**TRO [8]** 14/21 17/6 26/14 27/16 63/20 68/5 69/2 70/15
**troubling [3]** 41/9 41/10 64/14
**true [6]** 11/21 44/13 44/14 50/19 51/20 54/6
**truly [1]** 62/16
**trust [1]** 51/1
**try [3]** 42/6 49/1 63/11
**trying [14]** 4/20 12/3 12/4 14/25 19/6 21/24 22/19 26/10 26/11 30/4 31/24 47/14 53/24 55/3
**Tuesday [1]** 71/15
**turn [2]** 8/25 66/19
**turns [1]** 53/14
**tweet [1]** 41/16
**two [21]** 13/17 19/21 19/23 22/19 24/6 24/22 26/17 27/22 31/16 31/21 50/12 56/14 56/22 58/12 67/10 67/13 69/6 69/17 69/22 73/2 73/4
**two-front [1]** 73/4
**two-week [1]** 50/12
**Typically [1]** 14/21
**typos [1]** 34/13

**U**

**U.S [6]** 13/17 18/12 18/14 18/19 18/23 58/22

**Uh [1]** 48/11
**Uh-huh [1]** 48/11
**ultimately [5]** 9/3 10/21 13/6 16/11 52/24
**uncertainty [1]** 31/1
**unconstitutional [4]** 13/23 16/4 31/4 31/8
**under [7]** 7/1 23/13 33/5 35/12 55/2 55/6 72/24
**underlying [1]** 26/9
**undermine [1]** 34/20
**underneath [2]** 23/12 24/24
**understand [25]** 8/1 10/9 10/11 20/13 21/25 22/1 22/3 26/2 27/14 29/13 36/20 37/22 37/25 44/24 48/6 48/24 49/15 55/14 58/3 58/17 58/17 59/24 61/18 62/13 65/19
**understand -- I [1]** 58/17
**understanding [21]** 8/13 9/11 9/17 10/24 11/20 14/25 19/6 23/15 27/17 35/15 35/21 38/13 38/14 39/1 45/12 46/22 47/14 49/24 61/7 63/3 63/18
**Understood [5]** 53/19 61/12 67/1 69/1 72/22
**undue [1]** 69/23
**unequal [2]** 15/10 30/20
**unfounded [1]** 55/8
**UNITED [2]** 1/1 1/10
**unless [2]** 29/17 41/10
**until [8]** 20/18 23/7 24/21 27/10 29/11 51/15 51/19 63/24
**up [19]** 5/19 6/8 12/25 19/4 22/24 27/23 31/12 32/13 35/9 35/13 40/23 42/19 43/9 51/16 52/3 52/3 58/24 59/23 68/15
**upcoming [1]** 29/7
**update [1]** 72/19
**upon [2]** 30/4 59/4

**us [11]** 15/13 15/14 15/22 18/3 20/13 26/13 31/7 34/20 66/14 67/4 67/13
**use [3]** 27/3 28/2 28/13
**using [1]** 49/4

**V**

**value [2]** 51/9 51/10
**values [1]** 34/20
**ver [1]** 40/24
**verbatim [1]** 34/13
**verification [9]** 36/1 36/3 36/11 36/14 36/25 38/19 40/8 40/10 40/16
**version [2]** 14/15 70/22
**versus [2]** 3/3 58/14
**very [29]** 3/15 3/19 4/10 4/17 4/23 8/23 11/12 17/19 18/23 20/19 25/2 28/7 33/3 33/3 33/7 36/16 44/21 49/8 49/9 52/15 53/23 55/13 56/13 64/19 66/10 66/22 67/10 67/19 72/23
**vested [1]** 62/6
**victory [1]** 6/11
**violated [1]** 54/21
**visit [6]** 44/19 45/1 45/5 45/7 45/12 71/6
**visited [1]** 69/4
**visually [1]** 45/25
**voce [7]** 39/5 45/19 50/14 60/19 69/20 72/6 72/8
**VS [1]** 1/5

**W**

**wait [8]** 18/17 24/14 24/21 25/3 28/9 29/11 43/25 44/21
**waiting [8]** 17/1 31/1 39/8 43/20 45/3 51/23 53/16 63/14
**WALTON [1]** 2/11
**want [39]** 4/22 7/24 9/24 12/20 15/12 17/11 17/12 17/13 18/10 20/4 20/4 20/5 20/10 21/11 24/8 24/16 25/5

# W

**want... [22]** 26/13 27/19 32/17 32/18 40/1 42/20 44/22 44/22 46/6 47/8 48/6 49/20 54/20 57/17 62/19 62/25 63/1 63/17 64/20 65/4 66/9 66/19

**wanted [7]** 19/11 21/13 22/23 24/16 33/9 34/5 34/7

**wants [2]** 15/16 31/16

**war [2]** 73/3 73/4

**wasn't [1]** 28/25

**way [17]** 6/19 7/9 7/11 11/14 12/12 13/3 14/12 15/14 16/5 16/9 19/17 21/5 30/7 48/9 50/20 64/9 73/3

**WAYNE [1]** 1/22

**ways [1]** 58/10

**we [101]**

**we'll [5]** 15/24 28/10 35/19 72/3 73/5

**we're [27]** 5/3 5/12 10/17 11/19 13/25 14/8 14/9 14/15 16/4 16/7 24/21 25/18 29/11 31/1 32/4 35/13 39/7 39/16 44/21 46/7 46/20 49/4 56/21 66/2 66/10 70/21 73/20

**we've [13]** 6/22 9/1 13/15 22/9 28/11 29/6 32/19 42/6 53/8 62/13 63/9 70/8 70/9

**website [12]** 23/3 23/6 23/10 34/6 37/10 37/11 37/20 41/2 41/23 52/13 65/17 72/17

**week [6]** 17/18 50/12 68/16 68/17 68/17 68/17

**weeks [13]** 15/22 66/14 67/4 67/4 67/10 67/13 68/3 68/7 68/14 69/6 69/17 69/22 70/2

**weighing [1]** 69/14

**well [43]** 3/15 3/19 4/10 4/17 7/20 7/23 8/23 9/10 15/14 17/15 17/19 17/21 20/17 24/8 24/24 26/7 26/20

27/1 28/7 30/10 30/23 31/11 35/15 37/4 37/22 38/6 38/9 42/13 43/10 46/7 46/24 49/8 49/9 52/9 52/11 52/19 53/15 58/12 67/6 70/25 72/23 73/5 73/18

**were [29]** 6/5 6/6 8/5 8/8 8/14 13/18 23/21 23/22 25/1 31/7 38/15 40/23 41/6 44/3 44/18 45/1 45/16 46/13 46/17 46/19 46/20 46/23 46/23 48/9 56/14 56/23 57/3 67/20 68/19

**what's [4]** 16/25 22/10 51/9 51/10

**whatever [3]** 25/24 47/3 53/17

**whether [10]** 6/9 6/10 8/25 28/23 31/3 33/10 62/6 69/8 69/14 71/13

**which [23]** 3/22 4/16 5/24 6/20 7/4 7/5 11/4 11/25 12/20 14/3 16/4 16/18 17/6 19/20 21/1 21/7 24/7 24/13 32/10 35/7 46/25 47/21 64/21

**while [4]** 21/4 26/6 28/2 72/7

**who [45]** 5/6 5/7 6/18 9/5 9/8 9/19 9/24 10/8 13/1 13/11 14/1 14/2 16/14 16/15 17/7 17/11 19/22 19/25 23/13 24/7 24/25 25/17 26/3 26/3 26/9 26/11 34/3 35/11 38/23 52/20 56/11 56/11 56/12 57/4 57/5 62/10 62/19 62/20 63/8 63/8 63/12 63/13 64/7 65/22 66/1

**who's [2]** 26/4 27/4

**whole [1]** 27/1

**whom [3]** 25/10 50/24 52/22

**whose [1]** 20/21

**why [28]** 5/3 7/11 7/13 7/18

9/4 16/14 16/16 16/19 17/15 17/23 17/23 22/8 25/2 25/6 28/9 28/9 29/25 33/5 36/7 37/16 37/20 53/11 56/19 56/22 57/14 66/7 67/4 67/5

**wild [1]** 65/23

**will [41]** 4/4 4/5 4/7 4/19 8/11 10/12 21/7 21/9 25/20 34/12 34/13 34/19 34/25 35/6 41/20 42/2 42/5 43/6 46/1 46/3 49/23 50/22 51/2 54/13 56/5 62/5 62/9 63/1 63/4 63/7 63/18 68/5 68/14 68/23 69/3 69/5 69/9 69/15 71/19 72/9 72/9

**willful [1]** 11/8

**WILSON [2]** 1/13 3/6

**win [3]** 23/6 24/22 42/6

**window [27]** 7/2 7/4 7/16 7/16 8/2 8/15 9/6 9/12 9/15 9/22 10/7 12/13 12/24 13/8 13/10 14/16 16/18 17/3 25/19 26/22 48/21 49/1 49/8 49/10 50/12 63/13 67/19

**wisdom [1]** 56/21

**wish [1]** 11/25

**within [14]** 7/4 7/15 8/2 9/6 9/15 9/22 17/2 26/1 27/12 40/17 48/20 67/16 69/12 72/17

**without [3]** 10/2 24/20 42/17

**witnesses [1]** 18/4

**won't [3]** 31/9 31/19 62/18

**word [2]** 22/2 28/13

**words [4]** 20/8 34/7 34/8 41/22

**work [3]** 72/2 72/4 72/9

**working [2]** 11/18 38/16

**works [1]** 51/1

**Worth [1]** 54/4

**worthy [1]** 20/24

**would [45]** 7/21 12/5 14/17 16/17 17/2 17/15 19/25 27/5

## W

**would... [37]** 27/16 27/24 27/25 35/6 36/6 38/6 40/23 41/16 42/5 44/15 48/13 48/15 48/15 54/2 54/3 55/23 58/4 60/21 61/24 63/11 63/12 63/25 65/9 65/13 66/13 67/9 67/10 67/13 67/14 67/18 67/19 67/20 68/9 68/18 71/5 71/5 72/15

**wouldn't [1]** 16/16
**wrap [1]** 32/13
**wrench [1]** 63/5
**Wright [1]** 1/23
**written [1]** 37/20
**wrong [9]** 7/9 7/11 9/13 23/22 30/7 30/7 56/5 60/4 63/19

## Y

**yeah [7]** 35/22 36/15 37/4 37/17 46/6 48/7 64/5
**year [12]** 23/1 23/2 23/7 23/13 24/19 24/22 24/25 25/1 28/23 28/24 29/5 29/7
**year's [2]** 23/3 23/11
**years [7]** 22/9 23/5 23/5 23/5 23/9 23/11 28/24
**yes [26]** 4/13 12/12 19/2 19/16 22/16 24/6 26/8 28/8 29/24 32/7 38/22 45/11 47/20 48/5 49/24 55/22 56/25 61/7 61/8 62/1 65/2 65/3 69/25 70/7 71/7 71/17
**yesterday [3]** 64/23 65/1 65/8
**yet [22]** 9/6 9/19 9/22 12/1 12/17 12/21 13/3 16/14 20/9 20/17 20/22 22/24 24/5 25/8 25/18 26/22 27/12 30/17 49/7 51/14 52/12 55/6
**York [1]** 68/16
**you [170]**
**you're [27]** 8/13 10/14 11/2

11/3 13/21 14/19 18/2 23/12 24/2 27/15 28/23 29/17 30/15 30/18 30/20 32/10 32/15 40/12 42/4 42/21 48/18 52/20 55/16 55/17 58/8 62/16 73/20
**you've [11]** 18/1 43/13 43/17 48/17 49/11 51/4 53/8 53/23 55/13 55/13 59/2
**your [132]**
**Your Honor [79]**
**yourself [1]** 59/2

## Z

**Zach [1]** 3/17
**ZACHARY [1]** 2/10