# EXHIBIT "3"



January 5, 2026

*Via Email Delivery*

Ms. Mary Katherine Stout (marykatherine.stout@cpa.texas.gov)
(opinioncommittee@oag.texas.gov)
Mr. Brian Guenther (guentherb@smabears.org)

Dear Mary Katherine Stout,

I am writing on behalf of Cognia, Inc. regarding current inquiries by the Texas Comptroller's office as to the recognition of private schools accredited by Cognia for participation in the Texas Education Freedom Accounts (TEFA) program. We understand that your office has raised concerns that institutions accredited by Cognia fail to meet certain applicable Texas state and Federal laws. On behalf of the over 750 private institutions accredited by Cognia in Texas, we wish to address these concerns so that the Comptroller's office will instruct the Odyssey support team to begin the process of on-boarding Cognia accredited schools into the TEFA program.

We understand that the Comptroller's office has raised concerns about the following areas of compliance by private institutions accredited by Cognia. Specifically, Acting Comptroller Hancock asked the Attorney General's office to clarify the following:

> "[W]hether a private school otherwise eligible for TEFA participation…is legally disqualified from participating in TEFA if the school has:
> (1) any known direct or indirect affiliations, shared facility use, partnership, or organized association with entities designated as foreign terrorist organizations (FTOs) or transnational criminal organizations (TCOs) under Texas law; and/or
> (2) ownership, governance, property interests, operational control, or financial influence traceable to individuals or entities associated with a foreign adversary as defined under Texas property-security and foreign-influence statutes.

In light of the question posed to the Attorney General's office, I would like to clearly state Cognia's position on the requirement for compliance with any and all applicable state and Federal laws and regulations by our accredited institutions. Cognia is not aware of any institution currently accredited by our organization to be in violation of the laws referenced above. However, any institution found to be in violation of the Texas laws referenced above, as well as any and all other applicable state or Federal laws would be **immediately ineligible** for accreditation by Cognia. As part of Cognia's required assurances process, every Cognia school is required to affirmatively state that they are in compliance with any and all applicable governmental laws or regulations. However, the challenge for Cognia and all other educational accreditors is the complexity in discovering/determining whether an institution is in violation of the type of laws referenced above. For this reason, Cognia works with and relies on the investigatory capabilities and authority of state and Federal agencies and Courts to make the determination that an institution is in violation of state and Federal laws. Upon notification by a state or Federal agency of said determination, the institution in question would **immediately be ineligible** for accreditation by Cognia and, thereby, ineligible to access monies from the TEFA program.


We look forward to working with the state to make sure that any and all TEFA program resources are allocated only to schools that are in compliance with any and all applicable Texas and Federal laws and regulations. We believe that this letter addresses the concerns raised by the Comptroller's office and reaffirms Cognia's commitment to working with the state to ensure that Cognia's accredited schools meet the requirements for participation in the TEFA program. If you have any other questions or concerns that need to be addressed before your office can instruct the Odyssey support team to begin the process of on-boarding Cognia accredited schools into the TEFA program, please do not hesitate to contact me. If we have satisfactorily addressed your concerns, please let us know when our accredited institutions can expect the on-boarding process to begin. Thank you for your attention to this matter.

Best regards,

Kenneth I. Bergman
Chief Legal Officer

Cc:    Mr. Brian Guenther (guentherb@smabears.org)
       Ms. Laura Colangelo (laura@texasprivateschools.org)