# EXHIBIT "5"

| | |
|---|---|
| **From:** | Mary Katherine Stout |
| **To:** | Stacey Chamberlin; Tom Currah; Linda Fernandez; Victoria North; Travis Pillow; Caity Jackson |
| **Subject:** | FW: Review of Radical Influences over COGNIA-accredited schools in Texas |
| **Date:** | Tuesday, January 20, 2026 10:55:23 PM |
| **Attachments:** | Outlook-facebook i.png<br>Outlook-twitter ic.png<br>Outlook-youtube ic.png<br>Outlook-linkedin i.png<br>Outlook-logo.png<br>Texas Schools draft v1.2.docx |

Circulating this email and attachment received this evening that highlights a number of schools in our Cognia hold per the letter to the OAG. At the very least, based on the information provided, it seems that there would be reasonable questions about possible affiliation to FTOs, foreign adversaries, or perhaps concerns re the Government Code Ch 557. Please review this and let's discuss how this might inform our next steps.

I've quickly compared the schools listed here with Cognia schools and the TEPSAC database of schools and have a few important things to flag:

1. Bayaan Academy is not a Cognia school per our information from TEPSAC. It is a Middle States Association school and they completed their app to participate on January 11. Given that this list calls out this school, <u>I think we should proceed with temporarily removing them from the platform pending a resolution from the OAG as we are in the process of doing with Spring Education Group schools that were on the platform.</u>

2. On December 9, as we first worked through this, there were a number of schools raised as having hosted CAIR or being somehow affiliated with them. As far as I remember, most of those schools are on the attached with the exception of IANT Quaranic Academy (unless I overlooked them in the document, or they also go by a different name).

3. There are at least 11 schools on this list that are Cognia accredited and on hold: Iman Academy (I think there may be two of these), Houston Quran Academy, Brighter Horizons, Austin Peace Academy, Renaissance Austin, Everest Academy, ILM Academy, Islamic School of Irving, Qalam (Collegiate?) Academy, Al Hadi School, and Wisdom Academy.

4. There are other schools on this list that I can't easily sort out because they have a name vaguely similar to others and I do not know the significance of these to determine whether there is a relationship or if they are the same. For instance, he points to Darul Uloom Texas, Darul Uloom Austin, and Darul Quran. There are a series of Darul Arqam schools (Southeast, North, Southwest) that have a similar enough name that I haven't been able to easily sort out- will need some additional time for that.

5. And there are several schools on here that I do not see on the Cognia or TEPSAC

lists right away, so they may not even be eligible for TEFA: Tanzeel Academy, ICI Sunday School, Qalam Institute, Qalam Education Fund, Qalam Seminary, Al Sadiq Islamic Academy.  This needs more work to be sure.

---

**From:** Sam Westrop <Westrop@meforum.org>
**Sent:** Tuesday, January 20, 2026 8:11 PM
**To:** Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov>; Stacey Chamberlin <Stacey.Chamberlin@cpa.texas.gov>
**Subject:** Review of Radical Influences over COGNIA-accredited schools in Texas

CAUTION: This email originated from outside of the Texas Comptroller's email system.
DO NOT click links or open attachments unless you expect them from the sender and know the content is safe.

Dear Ms. Stout and Ms. Chamberlin,

I am a Fort Worth resident who works for the Middle East Forum, a thinktank in Philadelphia, at which I run the Islamist Watch program. We work with Muslim activists and counter-Islamist analysts to monitor and track Islamist networks operating across the United States and Europe. We draw a firm distinction between Islam and Islamism.

I understand from recent media coverage that the Texas Comptroller's office has requested guidance from the Texas Attorney General's Office on whether certain schools may be excluded from Texas' new school voucher program based on concerns raised regarding ties to hostile foreign states, designated terrorist organizations, and foreign extremist movements.

I am currently working on a report investigating radical influence and control over Texas schools from six Islamist networks with violent ties.

I attach an early copy of the report to this email that highlights some extremely concerning datapoints about potential beneficiaries of public generosity.  Given this is an early draft, please forgive the lack of formatting, and the high risk of typos(!). I hope this information will useful for your own research and any further policy decisions.

Yours sincerely,
Sam Westrop

**Sam Westrop** |  Middle East Forum

mobile: (781) 332-2445 | www.meforum.org

Twitter: @samwestrop

CPA-000763