# EXHIBIT "6"

| | |
|---|---|
| **From:** | Mary Katherine Stout |
| **Sent:** | Wednesday, January 21, 2026 8:33 PM |
| **To:** | Kelly Hancock; Tom Currah; Linda Fernandez; Stacey Chamberlin; Caity Jackson; Victoria North; Travis Pillow |
| **Subject:** | Releasing Cognia application links while pending the OAG opinion |
| **Categories:** | Red Category |

Per our many conversations about this and our most recent discussion today, here is the process that we will use to release additional Cognia application links pending the OAG opinion.

We have the list of remaining Cognia schools, with a pretty large subset that have been reaching out about their application links. I'm going to deal with those first.

The process will look like this for each school on the Cognia list:
- Google search name of school and terms like CAIR (per OAG letter) and Muslim Brotherhood (per GGA EO from November) to determine whether there is any possible relationship
- Look at school website to evaluate any business interest/relationships with an owner/parent company that is a foreign adversary or connected to the CCP in particular
- Compare to the information that we've been provided about possible affiliations of specific schools/school leaders with connections to FTOs or foreign adversaries

If the school is clear on all three, I will add them to a list of schools to receive applications. If the school "fails" this process for one or more criteria or the research is inconclusive, I'll keep those schools on the hold pending additional research or until we receive the AG's direction. Our goal is full confidence that each school getting an application link does not run afoul of the issues outlined in the OAG letter.

I'm going to shoot to release 100-120 of these by the end of this week, but this will depend on how long it will take to go through this process for each school and confidence that we can clear the schools. I'll plan to have Odyssey send the first batch tomorrow.

I'll send everyone a list of the schools that I am clearing just so everyone is very much in the loop with the process, and then I'll send the list to Odyssey with approval to send. In cases where the schools have reached out, especially those that have reached out to our office, we may need to consider sending them a message to close their request. Same with legislators that reached out on behalf of schools in their district and we need to respond to the legislative office on the resolution. Travis and I will discuss an approach here and we are open to suggestions. We will work with Outschool.org to update the finder tool regularly so the new schools are displayed to the public.

If you have questions about any of this, please let me know.

Mary Katherine

CPA-000764