# EXHIBIT "7"



# KELLY HANCOCK

STATE OF TEXAS · ACTING COMPTROLLER OF PUBLIC ACCOUNTS

March 24, 2026

The Honorable Ken Paxton
Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711-2548

Dear Attorney General Paxton:

Last week, a federal district court entered a temporary restraining order extending the application deadline for parents to apply for Texas Education Freedom Accounts (TEFA) and requiring our office to "provide the Plaintiff schools with the means necessary to submit TEFA applications, including any required registration access." Order, *Bayaan Academy, Inc. v. Hancock*, ECF 17, No. 4:26-cv-01960 (S.D. Tex. Mar. 17, 2026), *consolidated with Cherkaoui v. Paxton*, No. 4:26-cv-01675 (S.D. Tex.). The district court did not, however, order any state funds to flow to the plaintiff schools. An injunction hearing has been set for April 24, 2026.

Among the schools the court has temporarily allowed to participate in the TEFA program is Houston Quran Academy. At the time the order was issued, scant evidence had been presented to the court and it was not aware that the school has documented ties to the Muslim Brotherhood, which Governor Abbott and President Trump have designated as a terrorist organization.

In a 1991 memorandum outlining the Muslim Brotherhood's strategic goals in the United States, the Shura Council—the Brotherhood's leadership body with authority to issue binding resolutions—made its priorities clear: Establish "Islam as a civilization alternative, and support[] the global Islamic State wherever it is" by "a 'Civilization-Jihadist Process'" in America.[1] This "work in America is a kind of grand Jihad in eliminating and destroying the Western civilization from within and 'sabotaging' its miserable house by their hands and the hands of the believers so that it is eliminated and God's religion is made victorious over all other religions."[2] Islam's dominance of America is not an end in itself, but a predicate to establishing a "global" Muslim caliphate, for which a conquered United States would become "the American Ikhwani branch."[3]

To achieve these goals, the Shura Council stressed the importance of establishing organizations in America, like a "central political party," an "Islamic central bank," "Islamic schools," and "even [a] military" organization.[4] One individual the Council specifically identified from the "brothers among us" who would help "the process of settlement to be completed" was "brother Hamed al-Ghazali."[5] Today,

---

[1] Mohamed Akram, MUSLIM BROTHERHOOD, *An Explanatory Memorandum on the General Strategic Goal for the Group in North America* at 16–18, 21 (May 22, 1991), https://tinyurl.com/2fkpux8h.

[2] *Id.* at 21.

[3] *Id.* at 22.

[4] *Id.* at 20–21, 25–26, 29–30.

[5] *Id.* at 26.

Mr. Ghazali is Director and Principal of the Houston Quran Academy—the school noted above, which the district court has now required my office to register for participation in the TEFA program.[6]

You previously provided an Attorney General opinion in response to a request from our office.[7] In a press release announcing that opinion, you boasted of "confirming the full, exclusive statutory authority of the Comptroller's Office to prohibit schools from TEFA participation" in order "to stop any school illegally tied to terrorists or foreign adversaries from accessing taxpayer dollars."[8] The release also stated that "Attorney General Paxton stands ready to vigorously defend legal challenges" to such efforts.[9] To that end, I have three requests.

*First*, highlight the full details about the terror ties of Houston Quran Academy—and any such ties for other plaintiff schools as you may uncover through diligent investigation—to the federal court. To our knowledge, in defending our office's efforts to implement the school choice program against legal challenges, your office has not explained Mr. Ghazali's role. The court cannot protect against threats it does not know exist. I am hopeful that with additional information, the court will not take the drastic step of ordering Texas to fund schools with ties to terrorism.

*Second*, take immediate steps to strip the corporate charter for Houston Quran Academy, and any other school with documented ties to terrorism. Even if the district court persists in allowing the school to participate in the TEFA program, that does not impact your authority over corporate charters. The question is not whether these schools should be able to participate in TEFA, it is why they were able to operate in Texas in the first place. On January 28, 2026, Governor Abbott wrote urging you to use the tools of your office to prevent entities with ties to terrorism, like CAIR, from masquerading as nonprofits in Texas.[10] As far as I am aware, you have not taken such steps against CAIR or any other Brotherhood affiliate. I am writing to likewise urge you to use those tools, this time to prevent abuse of Texas's school choice program.

*Third*, take prospective action to prevent Brotherhood-affiliated entities from taking root in Texas. Just last year, the Legislature passed a law that prohibits foreign adversaries and entities designated by the Governor from acquiring an interest in Texas property. The Legislature specifically tasked you with adopting rules for implementing this law "as soon as practicable" after it became effective on September 1, 2025.[11] As far as I am aware, you have not done so. Instead, the Fifth Circuit recently concluded there was not "a single step that the Attorney General has taken to enforce SB 17," and pointed to the threshold step of "setting procedures for potential prosecution."[12] Texas cannot be asleep at the wheel as radical Islam spreads. Please use SB 17 to halt these extremist groups from operating in our backyards for good.

---

[6] *School Administration*, Houston Quran Academy, https://tinyurl.com/5yup2wac; *HQA's History*, Houston Quran Academy, https://tinyurl.com/5bxvmswk; *Dr. Hamed Ghazali*, Cypress Islamic Center, https://tinyurl.com/57tdv2vv.

[7] *See* Tex. Att'y Gen. Op. KP-0509 (Dec. 12, 2025).

[8] Press Release, Office of the Texas Attorney General, *Attorney General Paxton Issues Opinion Confirming the Comptroller Office's Full Authority to Stop Taxpayer Funds from Going to Schools Illegally Tied to Terrorists or Foreign Adversaries* (Jan. 24, 2026), https://tinyurl.com/4rz9rue7.

[9] *Id.*

[10] *See* TEX. CONST. art. IV, § 22; TEX. GOV'T CODE § 402.023; TEX. BUS. ORGS. CODE §§ 12.021, 12.151–12.153, 12.155–12.156; TEX. CIV. PRAC. & REM. CODE § 140B.052; TEX. BUS. & COMM. CODE § 17.61.

[11] Act of June 1, 2025, 89th Leg., R.S., ch. 956, § 5.

[12] *Wang v. Paxton*, 161 F. 4th 357, 362 (5th Cir. 2025).

You have publicly expressed your belief that it is imperative to prevent the Muslim Brotherhood, CAIR, and other terrorist organizations from operating in Texas.[13] You have also said "[r]adical Islamic terrorists are antithetical to law and order, endanger the people of Texas, and are an existential threat to our values."[14] We hope to take you at your word. Our students and our State are counting on it.

Respectfully,

Kelly Hancock
Acting Comptroller of Public Accounts

cc: The Honorable Scott Bessent
Secretary of Treasury
U.S. Department of Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

The Honorable Pamela Bondi
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

The Honorable Kash Patel
Director
Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, D.C. 20535

The Honorable Marco Rubio
Secretary of State
U.S. Department of State
2201 C Street NW
Washington, D.C. 20520

The Honorable Greg Abbott
Governor of Texas
P.O. Box 12428
Austin, Texas 78711

---

[13] Press Release, Office of the Texas Attorney General, *Attorney General Ken Paxton Sues the Muslim Brotherhood and CAIR to Stop the Terrorist Groups from Operating in Texas* (Feb. 5, 2026), https://tinyurl.com/5e2wvztm.
[14] *Id.*

