# EXHIBIT "8"

EX.23

SCHOOL

# Excellence Academy (d/b/a of Eagle Institute)

McKinney, TX · 6200 Virginia Pkwy, McKinney, TX 75071-5504 (Collin County)

## ORGANIZATIONAL PROFILE

**Legal Name**          Excellence Academy (d/b/a of Eagle Institute)

**Address**             6200 Virginia Pkwy, McKinney, TX 75071-5504 (Collin County)

**Website**             https://excellenceacademytx.org

**Tax ID / EIN**        90-0416156 (Eagle Institute EIN — confirmed via ProPublica IRS records)

**Accreditation**       Cognia (formerly AdvancED)

> **NOTE:** Excellence Academy holds Cognia accreditation and operates as a d/b/a of Eagle Institute. Eagle Institute obtained 501(c)(3) status in June 2014. ProPublica IRS records confirm the registered address as 6200 Virginia Pkwy, McKinney TX 75071-5504.

**Parent Organization**  Eagle Institute (Texas nonprofit, EIN 90-0416156, McKinney TX)

→ See: Eagle Institute

> **NOTE:** Excellence Academy operates as a d/b/a of Eagle Institute, a Texas 501(c)(3) nonprofit (EIN 90-0416156) registered at 6200 Virginia Pkwy, McKinney TX 75071-5504. Eagle Institute received IRS tax-exempt ruling in June 2014. FY2023 revenue was $1,082,330; total assets $2,400,222. The school's founder, Farhana Querishi, is both the founding director and a named plaintiff parent in the TEFA lawsuit. Querishi has documented ties to the East Plano Islamic Center (EPIC), a Salafi mosque whose imam Yasir Qadhi has a documented history of Holocaust denial, anti-Jewish rhetoric, and stated advocacy for the killing of homosexuals.

**State of Incorporation**   Texas

## CONNECTIONS & NETWORK (4)

**East Plano Islamic Center**
AFFILIATION Connected · Plano, TX
MOSQUE / ISLAMIC CENTER

**Omar Suleiman**
AFFILIATION Keynote 2018 · Dallas, TX
INDIVIDUAL

**AlMaghrib Institute**
AFFILIATION Hosted instructor · Houston, TX
ORGANIZATION

**Farhana Querishi**
PERSONNEL Founder · McKinney, TX
PLAINTIFF PARENT

CPA-000670

## 3  INTELLIGENCE FINDINGS (11)

Findings are presented in order of significance. All factual assertions are sourced to primary documents. This report does not assert legal conclusions; it presents documented intelligence for informational and legal research purposes.

Excellence Academy's founding director Farhana Querishi is institutionally connected to East Plano Islamic Center (EPIC), whose imam Mohamed Baajour delivered a 2023 sermon praising the October 7, 2023 Hamas massacre — calling it a success for putting 'horror in the hearts of the enemy' and declaring every 'true Muslim would love to have such a death' as the Hamas attackers; Baajour was subsequently banned from entry to the United Kingdom for pro-terrorism rhetoric

↗ MEMRI: Texas Islamic Scholar Mohamed Baajour praised Oct 7 for putting 'horror in hearts of the enemy'; declared every true Muslim would love such a death

Excellence Academy's founding director Farhana Querishi is institutionally connected to EPIC, whose head imam Yasir Qadhi — in recorded sermons — openly expressed Holocaust denial and anti-Jewish hatred; in a separate recording Qadhi explicitly advocated the killing of homosexuals under Islamic law

↗ MEF: Islamist Schools Industry in Texas — Yasir Qadhi Holocaust denial, anti-Jewish rhetoric, advocacy for killing homosexuals at EPIC (Excellence Academy founder's mosque)

Excellence Academy directly invited Omar Suleiman as keynote speaker at a 2018 school event — Suleiman is documented as an open supporter of convicted Al-Qaeda terrorist Aafia Siddiqui (86-year sentence for attempting to murder U.S. military officers), a supporter of terror-linked preacher Zakir Naik (banned from multiple countries, Interpol red notice), and has publicly called for a Third Intifada

↗ MEF: Omar Suleiman demands release of Islamist — Excellence Academy's 2018 keynote speaker documented as Al-Qaeda supporter and Third Intifada advocate

Excellence Academy directly invited Yaser Birjas (AlMaghrib Institute instructor) to a 2021 school event — Birjas publicly mourned Muslim Brotherhood leader Mohamed Morsi as a 'martyr' and characterizes any criticism of Hamas or ISIS as 'attacking Islam'

↗ MEF: Islamist Schools Industry in Texas — Excellence Academy 2021 event: Yaser Birjas mourned MB leader Morsi as 'martyr'; treats Hamas/ISIS criticism as attack on Islam

CPA-000671

Excellence Academy hosted an AlMaghrib Institute instructor (Birjas, above); AlMaghrib's founder Muhammad Alshareef authored 'Why the Jews Were Cursed' alleging Jewish control of media and murder of prophets; AlMaghrib instructor Abdullah Hakim Quick calls for killing of homosexuals and urges G-d to 'purify Al-Aqsa from the filth of the Yahud [Jews]'

↗ MEF: Islamist Schools Industry in Texas — AlMaghrib founder Alshareef 'Why the Jews Were Cursed'; instructor Abdullah Hakim Quick calls for killing homosexuals

Excellence Academy's founding director Farhana Querishi is documented as involved with EPIC, whose imams also officially support the release of Aafia Siddiqui — the Al-Qaeda operative who attempted to murder U.S. soldiers and demanded Jews be excluded from her trial jury

↗ MEF: Islamist Schools Industry in Texas — Farhana Querishi (Excellence Academy founder) documented involvement with EPIC; EPIC supports Aafia Siddiqui release

EPIC imam Mohamed Baajour — at the mosque connected to Excellence Academy's founder — was banned from entry to the United Kingdom due to his pro-terrorism rhetoric and public praise of Hamas violence

↗ The JC: Hamas-supporting educator Mohamed Baajour blocked from UK — EPIC imam at Excellence Academy founder's mosque

Parent org Eagle Institute EIN 90-0416156 confirmed; registered at 6200 Virginia Pkwy, McKinney TX 75071; IRS ruling date June 2014; FY2023 revenue: $1,082,330; total assets: $2,400,222; Excellence Academy is a d/b/a with no separate legal incorporation

↗ ProPublica: The Eagle Institute EIN 90-0416156 — Excellence Academy's parent org; 6200 Virginia Pkwy McKinney TX; FY2023 revenue $1,082,330; assets $2,400,222

Excellence Academy: pre-K to 12, approximately 150 students; Cognia-accredited; operated as d/b/a of Eagle Institute under founding director Farhana Querishi, who is simultaneously the school's director and a plaintiff parent in the TEFA federal lawsuit

↗ ProPublica: The Eagle Institute EIN 90-0416156 — Excellence Academy pre-K to 12; Cognia-accredited; d/b/a of Eagle Institute; Farhana Querishi founding director

Excellence Academy was not allowed to submit a complete TEFA application; federal court granted TRO March 2026 ordering Texas to review excluded Islamic schools' applications; school subsequently approved for TEFA funding

↗ Religion News Service: Islamic schools sue Texas over TEFA exclusion — Excellence Academy not allowed to submit application; TRO granted March 2026

CPA-000672

Plaintiff: Eagle Institute / Excellence Academy named in Bayaan Academy Inc. v. Hancock, Case 4:26-CV-1960 (S.D. Texas) — TEFA religious discrimination lawsuit

CourtListener: Bayaan Academy Inc. v. Hancock, Case 4:26-CV-1960 — Eagle Institute / Excellence Academy named TEFA lawsuit plaintiff

CPA-000673

# 4 DETAILED ANALYSIS (5 SUMMARIES)

Extended analysis with detail and national security significance for key findings.

**KEY ALLEGATION · Founder's EPIC Mosque Ties: Holocaust Denial, Kill Order for Homosexuals, Oct 7 Praise**

### DETAIL

Excellence Academy founder Farhana Querishi has documented involvement with the East Plano Islamic Center (EPIC), a prominent Salafi mosque in Plano, TX. EPIC's head imam, Yasir Qadhi, has a documented history of Holocaust denial and anti-Jewish rhetoric — in undated recorded sermons he openly expressed hatred for Jews and advanced Holocaust denial ideology. In a separate recording, Qadhi advocated the killing of homosexuals under Islamic law. EPIC's second leading imam, Mohamed Baajour, delivered a sermon at EPIC in 2023 in which he praised the October 7, 2023 Hamas massacre of Israeli civilians for putting 'horror in the hearts of the enemy,' and declared that every 'true Muslim would love to have such a death' as the Hamas attackers. Baajour was subsequently banned from entry to the United Kingdom because of this and similar pro-terrorism rhetoric. EPIC and its imams officially support the release of Aafia Siddiqui — a convicted Al-Qaeda operative sentenced to 86 years in federal prison for attempting to murder U.S. military officers in Afghanistan. Siddiqui demanded that Jews be excluded from her jury, claiming the prosecution was orchestrated by unnamed 'Jews.' EPIC also operates Qalam Collegiate Academy in Richardson, TX.

### LEGAL / NATIONAL SECURITY SIGNIFICANCE

The founding director of Excellence Academy is institutionally connected to a mosque whose two leading imams: (1) deny the Holocaust and advocate killing homosexuals; (2) publicly celebrated the October 7 massacre of Israeli civilians as inspiring 'horror' and was banned from the UK for pro-terrorism statements; and (3) actively campaign for a convicted Al-Qaeda operative who tried to murder American soldiers. These are not distant ideological associations — they are direct connections between Excellence Academy's founder and a mosque whose documented conduct constitutes advocacy for mass murder and terrorism. Texas taxpayers funding Excellence Academy would be subsidizing an institution whose leadership is embedded in this extremist network.

### SUPPORTING DOCUMENTS & SOURCES

↗ MEF: The Islamist Schools Industry in Texas (Jan 27, 2026)

↗ MEMRI: Mohamed Baajour — Every Muslim Would Love to Die a Martyr; Oct 7 Praised for Horror in Enemy Hearts

↗ The JC: Mohamed Baajour Blocked from UK Entry for Pro-Terror Rhetoric

CPA-000674

## 2 Omar Suleiman (2018 Keynote): Al-Qaeda Supporter, Third Intifada Advocate

**DETAIL**

Excellence Academy featured Omar Suleiman as the keynote speaker at a 2018 school event. Suleiman is a prominent Dallas-based Salafi imam with a documented record of supporting individuals convicted of terrorism offenses. He is an open supporter of Aafia Siddiqui — the Al-Qaeda operative convicted of attempting to murder U.S. military officers and sentenced to 86 years in federal prison. Suleiman has also publicly supported Zakir Naik, an Indian Islamic televangelist banned from Canada, the United Kingdom, and other countries, and sought by Interpol for money laundering linked to terrorism financing. Suleiman has publicly called for a Third Intifada — a call for renewed mass political violence targeting Israel. Middle East Forum documentation of Suleiman's public record spans multiple years and multiple instances of supporting convicted terrorists and extremist preachers.

**LEGAL / NATIONAL SECURITY SIGNIFICANCE**

A school's selection of a speaker who supports convicted Al-Qaeda terrorists, advocates for international fugitives wanted for terrorism financing, and calls for a new wave of mass political violence constitutes direct and material evidence of the institutional values being promoted to students. Excellence Academy did not accidentally invite Omar Suleiman — he was the keynote, the featured speaker, the individual chosen to represent the school's values to its students and families. This is admissible evidence that the school's leadership shares or endorses the ideology Suleiman represents.

**SUPPORTING DOCUMENTS & SOURCES**

↗ MEF: Omar Suleiman Demands Release of Islamist (Aafia Siddiqui support documented)

↗ MEF: Islamist Schools Industry in Texas — Excellence Academy 2018 Omar Suleiman keynote

CPA-000675

### Yaser Birjas and AlMaghrib Institute (2021 Event): Muslim Brotherhood Sympathizer, Hamas Defender

**DETAIL**

In 2021, Excellence Academy hosted Yaser Birjas, an instructor at AlMaghrib Institute. Birjas publicly mourned the death of Muslim Brotherhood leader Mohamed Morsi in Egyptian custody, declaring Morsi a 'martyr.' Birjas has also characterized criticism of the terrorist groups ISIS and Hamas as 'attacking Islam' — effectively treating criticism of designated foreign terrorist organizations as an attack on the religion itself. AlMaghrib Institute, where Birjas teaches, was founded by Muhammad Alshareef, who authored a paper titled 'Why the Jews Were Cursed,' in which he alleged that Jews control the media and have murdered prophets throughout history. AlMaghrib instructor Abdullah Hakim Quick calls for the killing of homosexuals and has publicly urged G-d to 'purify Al-Aqsa from the filth of the Yahud [Jews]' and 'clean Afghanistan and Iraq from the filth of the Kafiroun [unbelievers].'

**LEGAL / NATIONAL SECURITY SIGNIFICANCE**

Excellence Academy chose to host as a guest speaker at a school event an individual who mourns a Muslim Brotherhood leader as a martyr and treats criticism of Hamas as an attack on Islam. The institution that employs that speaker was founded by a man who wrote an antisemitic screed alleging Jewish media control. These choices — made by the school's leadership — are directly probative of the ideological environment being created for students who will, if TEFA passes funds to this school, be learning at taxpayer expense in that environment.

**SUPPORTING DOCUMENTS & SOURCES**

↗ MEF: Islamist Schools Industry in Texas — Excellence Academy 2021 Birjas event; AlMaghrib / Alshareef 'Why the Jews Were Cursed'

CPA-000676

## Eagle Institute: IRS Profile, Financials, and Legal Structure (EIN 90-0416156)

**DETAIL**

Excellence Academy operates as a d/b/a of The Eagle Institute, a Texas 501(c)(3) nonprofit (EIN 90-0416156) registered at 6200 Virginia Pkwy, McKinney, TX 75071-5504 (Collin County). Eagle Institute received its IRS tax-exempt ruling in June 2014 and is classified under NTEE code B99 (Educational Services — Other). IRS Form 990 filings on file with ProPublica show: FY2023 revenue of $1,082,330 and total assets of $2,400,222; FY2022 revenue of $1,190,987 and assets of $2,039,203; FY2021 revenue of $876,446 and assets of $1,872,707; FY2020 revenue of $719,727 and assets of $1,732,479. The school's founder, Farhana Querishi, serves as both founding director of Excellence Academy and as a named plaintiff parent in Bayaan Academy Inc. v. Hancock (Case 4:26-CV-1960, S.D. Texas) — the TEFA discrimination lawsuit.

**LEGAL / NATIONAL SECURITY SIGNIFICANCE**

Eagle Institute's IRS financial record shows consistent growth: revenues have more than doubled between FY2020 and FY2022, and assets have grown from under $1M to over $2.4M over the same period. This growth trajectory — at a school whose founder is institutionally connected to a mosque that praises Hamas massacres and whose events have featured Al-Qaeda supporters — represents a significant and growing TEFA funding exposure for Texas taxpayers.

**SUPPORTING DOCUMENTS & SOURCES**

↗ ProPublica: The Eagle Institute, EIN 90-0416156 — IRS records, McKinney TX

↗ CourtListener: Bayaan Academy Inc. v. Hancock, Case 4:26-CV-1960 (Eagle Institute / Farhana Querishi as plaintiff)

CPA-000677

## 5  TEFA Application and Federal Litigation

**DETAIL**

Excellence Academy, operating under Eagle Institute, was not merely denied admission to the Texas Education Freedom Accounts (TEFA) program — it was denied even the ability to submit a complete application. Farhana Querishi joined the federal lawsuit Bayaan Academy Inc. v. Hancock (Case 4:26-CV-1960, S.D. Texas) as both an organizational plaintiff and a plaintiff parent. The complaint alleged systematic religious discrimination against Islamic schools in the $1 billion TEFA voucher program. On March 17-19, 2026, U.S. District Judge Alfred Bennett granted a temporary restraining order extending the application deadline and ordering Texas officials to review excluded schools' applications. Excellence Academy was subsequently approved for the TEFA program and appeared on the official TEFA participant website. The underlying lawsuit remains pending, with attorneys seeking additional relief for affected families.

**LEGAL / NATIONAL SECURITY SIGNIFICANCE**

The federal TRO resolved a procedural due process question — it did not adjudicate, and had no bearing on, the substantive question of whether Excellence Academy's documented institutional connections to EPIC (whose imams praised the October 7 massacre and advocate killing homosexuals) and to speakers like Omar Suleiman (Al-Qaeda supporter, Third Intifada advocate) should disqualify it from receiving public funds under Texas's designation of CAIR and the Muslim Brotherhood as foreign terrorist organizations.

**SUPPORTING DOCUMENTS & SOURCES**

↗ CourtListener: Bayaan Academy Inc. v. Hancock, Case 4:26-CV-1960 (S.D. Texas)

↗ Religion News Service: Islamic Schools Sue Texas Over TEFA Exclusion (Mar 13, 2026)

CPA-000678