# EXHIBIT "9"

SCHOOL

# Brighter Horizons Academy (DBA/Program of Islamic Services Foundation)

Garland, TX · 3145 Medical Plaza Dr., Garland, TX 75044

## 1 ORGANIZATIONAL PROFILE

| | |
|---|---|
| **Legal Name** | Brighter Horizons Academy (DBA/Program of Islamic Services Foundation) |
| **Address** | 3145 Medical Plaza Dr., Garland, TX 75044 |
| **Website** | https://www.bhaprep.org |
| **Tax ID / EIN** | 75-2352043 (parent ISF EIN — BHA is not a separate legal entity) |
| **Accreditation** | CISNA (Council of Islamic Schools in North America) and Cognia (formerly AdvancED) |

> **NOTE:** CISNA is headquartered at the same address as ISNA (Islamic Society of North America) in Plainfield, IN. ISNA was named as an unindicted co-conspirator in United States v. Holy Land Foundation (N.D. Texas 2008) and was identified by DOJ as a 'member organization' of the US Muslim Brotherhood. CISNA accreditation was used to support BHA's TEFA voucher application. Cognia accreditation is the standard regional accreditor.

| | |
|---|---|
| **Parent Organization** | Islamic Services Foundation (ISF), EIN 75-2352043 |
| | → See: Islamic Services Foundation (ISF) |

> **NOTE:** BHA is not separately incorporated. ProPublica lists EIN 75-2352043 under the name 'Brighter Horizons Academy' with sub_name 'Islamic Services Foundation Brighter Horizons Academy.' ISF Form 990 filings (2020–2021) list an officer titled 'Said Said (Bha Secretary)' — confirming BHA is a named program within ISF. ISF's March 11, 2026 press release states: 'ISF operates two accredited private schools: Brighter Horizons Academy (1st–12th), and Little Horizons Academy (PK-KG).' ISF purchased BHA's 9.6-acre campus at 3145 Medical Plaza Dr. in 2004 for $1.5 million.

## 2 CONNECTIONS & NETWORK (9)

**Islamic Services Foundation (ISF)**
AFFILIATION Operates · Garland, TX
SCHOOL

**Sarah Abdulqader (Mishal)**
PERSONNEL Teacher · Garland, TX
INDIVIDUAL

**Natalia Suleiman**
PERSONNEL Teacher 2002-2010 · Dallas, TX
INDIVIDUAL

**Ramadan Elsabagh**
PERSONNEL Imam · Dallas, TX
INDIVIDUAL

**Leila Kayed**
PERSONNEL Principal · Garland, TX
INDIVIDUAL

**Majida Salem**
PERSONNEL Teacher · Dallas, TX
INDIVIDUAL

**Little Horizons Academy (PK-K)**
AFFILIATION Sister school · Garland, TX
SCHOOL

**Muna Hamadah**
LEGAL Children enrolled · Dallas, TX
PLAINTIFF PARENT

**CISNA (Islamic Schools)**
AFFILIATION Accreditation · Plainfield, IN
ORGANIZATION

## 3   INTELLIGENCE FINDINGS (12)

Findings are presented in order of significance. All factual assertions are sourced to primary documents. This report does not assert legal conclusions; it presents documented intelligence for informational and legal research purposes.

**1**    ISF subsidiary/DBA; EIN 75-2352043 (ProPublica sub_name: 'Islamic Services Foundation Brighter Horizons Academy'); 2023 ISF program service revenue $10.4M

↗ ProPublica: Islamic Services Foundation, EIN 75-2352043 — sub_name 'Islamic Services Foundation Brighter Horizons Academy'; BHA has no separate EIN; 2023 program service revenue $10.4M

**2**    Sarah Abdulqader: BHA teacher; niece of Hamas Political Bureau chief Khaled Mishal

↗ MEF: Hamas Officials, Family, and Affiliates Established and Staffed Top Dallas Private School — Sarah Abdulqader (also Sarah Mishal) is niece of Hamas Political Bureau chief Khaled Mishal

**3**    Teacher Majida Salem: wife of Ghassan Elashi, convicted HLF Hamas operative; co-designed ISF curricula taught at BHA

↗ MEF: Hamas Officials, Family, and Affiliates — Majida Salem, wife of Ghassan Elashi (HLF Dallas chairman, convicted Hamas operative, 65yr sentence), co-designed ISF curricula taught at BHA

**4**    Teacher Natalia Suleiman: worked for IARA — International Islamic Relief Organization in Sudan, designated terror-linked; testified on behalf of HLF operatives at trial

↗ IPT: HLF Case Co-Conspirator Document — Natalia Suleiman; IARA (International Islamic Relief Organization, Sudan branch) designated terror-linked by U.S. Treasury; Suleiman testified in support of HLF defendants at trial

**5**    Brighter Horizons serves more than 1,000 students; Grades 1-12; 9.6-acre campus at 3145 Medical Plaza Dr., Garland TX 75044

↗ TEFA Lawsuit Complaint p.7 (CourtListener, Case 4:26-CV-1960): 'Brighter Horizons serves more than 1,000 students... 9.6-acre campus... Grades 1–12'

**6**    Recognized as an AP Honor School; dual-credit partnership with Dallas College; 100% graduation rate; 100% of graduates pursue 4-year degrees; alumni include Yale, MIT, Rice, UT Austin, SMU, Texas A&M

↗ BHA/ISF Press Release (Mar 11, 2026) + TEFA Lawsuit Complaint: 'AP Honor School... dual-credit partnership with Dallas College... 100% graduation rate... 100% of graduates pursue 4-year degrees'; alumni: Yale, MIT, Rice, UT Austin, SMU, Texas A&M

7 Founded 1989 by Rasmi Almallah (HLF board member, unindicted co-conspirator); ISF purchased 9.6-acre campus in 2004 for $1.5M; opened ECE building January 2005

↗ BHA Press Release (Mar 11, 2026) + BHA Academy page: 'BHA, founded in 1989 by Rasmi Almallah'; ISF purchased 9.6-acre campus in 2004 for $1.5M; Almallah was HLF board member and named unindicted co-conspirator in U.S. v. HLF

8 Applied to TEFA December 9, 2025; never approved despite meeting all statutory requirements; no deficiency notice or denial issued; federal court granted TRO March 19, 2026

↗ ISF Press Release (Mar 11, 2026) + BHA News Page: TEFA application filed December 9, 2025; no deficiency notice or denial; TRO granted March 19, 2026 (CourtListener Case 4:26-CV-1960)

9 Tarbiyah integrated into high school curriculum — listed as its own curriculum subject alongside IB/PYP; curriculum published by parent ISF

↗ BHA official website (bhaprep.org curriculum page): Tarbiyah listed as standalone high school curriculum subject; ISF publishes curriculum; tarbiyah is Muslim Brotherhood doctrine for full ideological formation of students

10 Principal Leila Kayed: shares extremist material including pro-Kremlin, anti-US propaganda on social media

↗ MEF: Hamas Officials, Family, and Affiliates — Principal Leila Kayed shares pro-Kremlin, anti-US propaganda including material alleging Israeli-American conspiracy on social media

11 Imam Ramadan Elsabagh (BHA staff): prayed publicly on Facebook to 'destroy the Zionists and their allies, and those who assist them' (2017)

↗ MEF: Hamas Officials, Family, and Affiliates — Imam Ramadan Elsabagh (BHA staff, Furqan Corporation contractor): 2017 Facebook post praying publicly to 'destroy the Zionists and their allies, and those who assist them'

12 IB CANDIDACY: BHA is pursuing IB PYP (Primary Years Programme) + IB MYP (Middle Years Programme) certification from the International Baccalaureate Organization (Geneva-based); IB-PYP Coordinator: Nadia Elatrash (pyp@bhaprep.org, ext. 340); PYP Asst Coordinator: Wafaa Salman; candidacy gives a Hamas-network-staffed school access to IBO's global academic credential network

↗ BHA About page: IB PYP/MYP candidacy; IBO-PYP Coordinator: Nadia Elatrash (pyp@bhaprep.org ext. 340); PYP Asst Coordinator: Wafaa Salman; IBO candidacy gives Hamas-network school access to Geneva-based global credential network

# 4 DETAILED ANALYSIS (3 SUMMARIES)

Extended analysis with detail and national security significance for key findings.

## 1 KEY ALLEGATION · Hamas-Affiliated Founder and Terror-Linked Staff

**DETAIL**

Brighter Horizons Academy was founded in 1989 by Rasmi Almallah, who subsequently served on the board of the Holy Land Foundation for Relief and Development (HLF) — convicted in 2008 of funneling $12.4 million to Hamas — and was listed as an unindicted co-conspirator in United States v. Holy Land Foundation (N.D. Texas, Case No. 3:04-CR-240). BHA's documented staff includes: (1) Majida Salem, wife of convicted Hamas operative Ghassan Elashi (HLF chairman, sentenced to 65 years), who also served on ISF's curricula design team; (2) Natalia Suleiman, who worked for IARA (International Islamic Relief Organization, designated by Treasury as a terrorist-supporting entity) and served as administrative assistant to HLF CEO Shukri Abu Baker (convicted, sentenced to 65 years) — she later testified at the HLF trial in support of the defendants; (3) Ramadan Elsabagh, BHA imam and contractor via Furqan Corporation, who in 2017 posted a public prayer on Facebook calling to 'destroy the Zionists and their allies, and those who assist them'; (4) Principal Leila Kayed, who has shared pro-Kremlin and anti-US propaganda on social media including content alleging an Israeli-American conspiracy; (5) Sarah Abdulqader (also known as Sarah Mishal), BHA teacher and niece of Khaled Mishal, head of Hamas's Political Bureau.

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
>
> The concentration of individuals with documented ties to Hamas financing networks, convicted Hamas operatives' family members, and persons who publicly expressed desire to 'destroy' Jewish people in the staff of a school seeking taxpayer-funded vouchers is directly relevant to the state's compelling interest in preventing public funds from benefiting organizations materially connected to designated Foreign Terrorist Organizations.

**SUPPORTING DOCUMENTS & SOURCES**

↗ [MEF: Hamas Officials, Family, and Affiliates Established and Staffed Top Dallas Private School](#)

↗ [IPT: HLF Co-Conspirator Document (Natalia Suleiman / IARA)](#)

↗ [DOJ: HLF Sentencing Press Release (2009)](#)

## 2 · ISF Textbook Curriculum: Promotion of Terror Charities and Extremist Doctrine

**DETAIL**

BHA uses the ISF-published 'I Love Islam,' 'Learning Islam,' and 'Living Islam' textbook series as its core Islamic studies curriculum. These textbooks, as documented by the Middle East Forum, contain language classifying non-Muslims as 'worst of creatures,' promote the Holy Land Foundation and other subsequently designated terror charities without disclosing their convictions, and feature Jamal Badawi (unindicted HLF co-conspirator, Muslim Brotherhood IUMS member) as a religious authority. The curriculum incorporates 'tarbiyah' — a concept originating in Muslim Brotherhood educational doctrine that aims to develop students as fully committed Islamic movement participants — as a standalone curriculum subject in high school alongside IB/PYP tracks. BHA's own website describes tarbiyah as integrated into the high school curriculum.

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
> Use of curricula that praises designated terrorist organizations and incorporates Muslim Brotherhood tarbiyah doctrine in a school seeking public voucher funding raises concerns about whether such funding would advance the objectives of organizations designated as terrorist entities by Texas (CAIR, Muslim Brotherhood — November 2025) and by federal courts.

**SUPPORTING DOCUMENTS & SOURCES**

↗ BHA Curriculum Page    ↗ MEF: ISF Textbooks Promote Hamas-Linked Orgs

### 3  TEFA Application and Federal Litigation

**DETAIL**

BHA and parent organization ISF submitted a complete TEFA (Texas Education Freedom Act) application on December 9, 2025. According to ISF's sworn press release, neither BHA nor Little Horizons Academy received any notice of deficiency, nor any formal denial. On March 11, 2026, ISF issued a public statement asserting both schools met all TEFA statutory requirements. On March 19, 2026, a federal court granted a Temporary Restraining Order (TRO) in favor of BHA and LHA, finding sufficient basis to preserve their eligibility pending litigation. The underlying case — Bayaan Academy Inc. v. Hancock, Case No. 4:26-CV-1960 (S.D. Texas) — names multiple Texas Islamist schools as plaintiffs claiming discriminatory exclusion from the TEFA program.

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
> The federal TRO does not adjudicate the merits of BHA's terror network connections — it addresses only the procedural question of whether BHA was improperly excluded without due process. The substantive national security and public policy questions about whether TEFA funds should flow to an organization with documented ties to the HLF Hamas financing network remain open for legislative and judicial consideration.

**SUPPORTING DOCUMENTS & SOURCES**

↗ [BHA: Federal Court Grants TRO (Mar 19, 2026)](#)

↗ [CourtListener: Bayaan Academy Inc. v. Hancock, 4:26-CV-1960](#)

↗ [ISF Press Release (Mar 11, 2026)](#)

This report is prepared for legal research and informational purposes. All findings are sourced to primary documents. No legal conclusions are asserted.