# EXHIBIT "10"

SCHOOL

# Bayaan Academy Inc.

League City, TX · Texas operating address: 1701 State Hwy 3, League City, TX 77573 (Galveston County) — IRS registered address: 10917 N 56th St, Temple Terrace, FL 33617 (c/o Magda E. Saleh, Principal)

## 1 ORGANIZATIONAL PROFILE

| | |
|---|---|
| **Legal Name** | Bayaan Academy Inc. |
| **Address** | Texas operating address: 1701 State Hwy 3, League City, TX 77573 (Galveston County) — IRS registered address: 10917 N 56th St, Temple Terrace, FL 33617 (c/o Magda E. Saleh, Principal) |
| **Website** | https://bayaanacademy.com |
| **Tax ID / EIN** | 47-4744612 (confirmed via ProPublica / IRS EO database; 501(c)(3) ruling date Sept 1, 2015; annual revenue ~$3.2M; assets ~$1.09M) |
| **Accreditation** | Accreditor not publicly specified. Bayaan's TEFA application claimed accreditation by a Texas Private School Accreditation Commission-recognized body. |

> **NOTE:** Bayaan Academy does not publicly disclose its accreditation agency on its website. The absence of CISNA accreditation (unlike BHA and HQA) means Bayaan's accrediting body has not been independently verified through the CISNA network. Bayaan's anonymous governance structure — including an unnamed 'Academic Shoura Team of Islamic Scholars' — makes independent verification of accreditation claims difficult.

| | |
|---|---|
| **Parent Organization** | Unclear; operates as Bayaan Academy Inc.; no parent entity identified in public records |

> **NOTE:** No parent company or sponsoring mosque/organization has been publicly identified for Bayaan Academy. The school is operated entirely online (100% virtual), headquartered at a League City, TX address, but lists a Maryland (410) area code phone number — an anomaly unexplained on the school's website. The anonymous Academic Shoura Team that provides religious and curriculum guidance is not named publicly.

| | |
|---|---|
| **State of Incorporation** | Texas |

## 2 CONNECTIONS & NETWORK (6)

**Khatme Nubuwwat Center**
**AFFILIATION** Official Partner · Virginia, VA

ORGANIZATION

**CAIR**
**AFFILIATION** Network: TEFA coalition · Washington, DC

ORGANIZATION

**Muslim American Society (MAS)**
**AFFILIATION** Network: TEFA coalition · Various, US

ORGANIZATION

**Al Firdaus Foundation**
**AFFILIATION** Official Partner · Bridgeview, IL

ORGANIZATION

**Islamic Services Foundation (ISF)**
**AFFILIATION** Uses ISF curriculum · Garland, TX

SCHOOL

**Shaykh Yaser Birjas**
**AFFILIATION** Hosted fundraiser 2025 · McKinney, TX

INDIVIDUAL

## 3    INTELLIGENCE FINDINGS (19)

Findings are presented in order of significance. All factual assertions are sourced to primary documents. This report does not assert legal conclusions; it presents documented intelligence for informational and legal research purposes.

**1**    Principal Magda Elkadi Saleh is daughter of Ahmed Elkadi — documented founding member and national leader of the U.S. Muslim Brotherhood in the 1980s

↗ RAIR Foundation: Florida's Muslim Brotherhood Dynasty — Magda Elkadi-Saleh (Principal, daughter of U.S. MB founding leader Ahmed Elkadi)

**2**    Plaintiff in TEFA lawsuit; 100% online school, HQ 1701 State Hwy 3, League City, TX 77573 (Galveston County); phone listed with Maryland (410) area code

↗ Bayaan Academy Website (bayaanacademy.com) — school overview, TEFA plaintiff status, address, contact info

**3**    2025 fundraising dinner featured Shaykh Yaser Birjas — who on October 7, 2023 amplified a cleric defending Hamas rather than condemning the massacre

↗ RAIR Foundation: Taxpayer-Funded Sharia — Florida's School Choice Program (Yaser Birjas hosted fundraiser; Oct 7 conduct documented)

**4**    May 2022 school gazette commemorated Palestinian paramedic Razan al-Najjar (killed at 2018 Gaza border protests) as 'selfless and brave' — published on Bayaan's own website

↗ Bayaan Academy Gazette (May 2022) — school publication commemorating Razan al-Najjar as 'selfless and brave' (publicly archived on bayaanacademy.com)

**5**    Grades 3-12; 950+ active students from 9+ countries; over 50% of students simultaneously enrolled in hifz/alim program (full Quran memorization + Islamic scholar training)

↗ Bayaan Academy About Page — '950+ active students from 9+ countries'; 'over 50% enrolled in hifz/alim program'

**6**    100% Muslim staff requirement; teachers required to have 'strong Islamic values that align closely with our ethos'; many are Alimiyah graduates (advanced Islamic seminary program)

↗ Bayaan Academy About Page — '100% Muslim teachers and staff'; 'strong Islamic values'; Alimiyah graduates (verbatim)

7 Curriculum integrates 'tarbiyah sessions with knowledgeable Islamic personalities' — tarbiyah is the key Muslim Brotherhood educational concept shaping every aspect of student identity

↗ Bayaan Academy About Page — 'tarbiyah sessions with knowledgeable Islamic personalities' (verbatim); MEF Texas article for MB tarbiyah context

8 Uses ISF (Islamic Services Foundation, EIN 75-2352043) curriculum series — the same 'I Love Islam / Learning Islam / Living Islam' textbooks authored by deported Hamas affiliate Nabil Sadoun and co-designed by Ghassan Elashi's wife Majida Salem; ISF is the parent of Brighter Horizons Academy and a documented Hamas-network-connected organization

↗ MEF: The Islamist Schools Industry in Texas — ISF curriculum authored by deported Hamas affiliate Nabil Sadoun; co-designed by Majida Salem (Ghassan Elashi's wife)

9 Governance: 'Academic Shoura Team that consist of Islamic Scholars who are well versed in Deen' provides strategic and curriculum guidance — scholars unnamed publicly

↗ Bayaan Academy About Page — 'Academic Shoura Team that consist of Islamic Scholars who are well versed in Deen' (verbatim; scholars unnamed)

10 PARTNER: Khatme Nubuwwat Center (EIN 81-1798160, Front Royal/Alexandria, VA) — US arm of Pakistani movement that launched 'countrywide campaigns and protests to persecute Ahmadis' and gained momentum during deadly 1953 anti-Ahmadiyya riots

↗ Bayaan Academy Partners Page — Khatme Nubuwwat Center listed as official partner; Wikipedia: KN movement history (1953 riots, anti-Ahmadiyya violence)

11 PARTNER: Al Firdaus Foundation (Bridgeview, IL) — Islamic children's education program in the same Bridgeview community as the Mosque Foundation, whose imam Jamal Said is documented as Hamas-aligned; Bridgeview is a known center of Hamas-network activity in the US

↗ Bayaan Academy Partners Page — Al Firdaus Foundation (Bridgeview IL); Wikipedia: Mosque Foundation (Hamas-linked imam Jamal Said in same community)

12 PARTNER: Darul Huda Warrashad (1414 Hugh Rd, Houston, TX 77067) — Islamic seminary emphasizing tarbiyah and 'holistic' Islamic education; partner of Bayaan for in-person Islamic studies

↗ Bayaan Academy Partners Page — Darul Huda Warrashad (1414 Hugh Rd, Houston TX 77067); alhudainstitute.org

13  PARTNER: Al-Hikmah Institute (Farmingdale, NY) and Academy of Saut ul Furqan (EIN 27-2973561, Teaneck, NJ) — Islamic educational institutions listed as official Bayaan partners for in-person Islamic studies

↗ ProPublica: Academy of Saut Ul Furqan Inc, EIN 27-2973561, Teaneck NJ (Bayaan official partner)

14  PARTNER: Ummul Qura Islamic School (Watauga, TX) — Texas Islamic school listed as Bayaan partner; both are plaintiff schools in TEFA voucher program

↗ Bayaan Academy Partners Page — Ummul Qura Islamic School (Watauga TX) listed as official partner

15  Partner network spans 7 states (TX, VA, IL, NJ, NY) and constitutes a formal nationwide Islamic educational coalition operating under TEFA voucher applications

↗ Bayaan Academy Partners Page — full list spanning TX, VA, IL, NJ, NY (7 states)

16  EIN: 47-4744612 (confirmed via ProPublica/IRS); 501(c)(3) since Sept 2015; registered c/o Magda E. Saleh, 10917 N 56th St, Temple Terrace, FL 33617; annual revenue ~$3.2M

↗ ProPublica: Bayaan Academy Inc., EIN 47-4744612 — 501(c)(3) ruling Sept 2015; c/o Magda E. Saleh; Temple Terrace FL; revenue ~$3.2M

17  October 2025: Three Florida cabinet members (AG, CFO, Agriculture Commissioner) publicly questioned legality of Bayaan receiving voucher funding; alleged Sharia law promotion incompatible with national security

↗ Florida Phoenix: FL Cabinet Members Question Receipt of Taxpayer Dollars by Islamic Schools (Oct 27, 2025)

18  Bayaan has received $18M+ in Florida taxpayer-funded scholarship dollars

↗ RAIR Foundation: Taxpayer-Funded Sharia — Florida's School Choice Program ($18M+ in public scholarship dollars to Bayaan documented)

19  APPROVED for TEFA on Jan 11, 2026 — REMOVED same day after newspaper story ran about Islamic school exclusions; plaintiff in federal lawsuit claiming discriminatory exclusion

↗ CourtListener: Bayaan Academy Inc. v. Hancock, Case 4:26-CV-1960 (S.D. Texas) — TEFA approval Jan 11 2026, same-day removal, federal lawsuit

CPA-000683

# 4 DETAILED ANALYSIS (7 SUMMARIES)

Extended analysis with detail and national security significance for key findings.

### 1 KEY ALLEGATION · Principal Magda Elkadi Saleh: Daughter of Ahmed Elkadi — Documented Founding Member and National Leader of the U.S. Muslim Brotherhood

**DETAIL**

Bayaan Academy's principal is Magda Elkadi Saleh. Multiple media investigations have documented that she is the daughter of Ahmed Elkadi — who is documented as a founding member and national leader of the U.S. Muslim Brotherhood during the 1980s. The RAIR Foundation published a detailed report titled 'Florida's Muslim Brotherhood Dynasty: How Magda Elkadi-Saleh...' tracing this lineage. Ahmed Elkadi served as the national president of the Muslim American Society's predecessor body and was a central figure in establishing the Muslim Brotherhood's organizational infrastructure in the United States. His daughter now serves as principal of Bayaan Academy — a 501(c)(3) school (EIN 47-4744612, registered at 10917 N 56th St, Temple Terrace, FL 33617, c/o Magda E. Saleh) that has received more than $18M in public scholarship dollars in Florida and sought entry into the Texas TEFA voucher program. Notably, the IRS Form 990 for Bayaan Academy is filed in care of Magda E. Saleh at the Temple Terrace FL address — making her the registered responsible party for the nonprofit in federal records. This fact was among the concerns raised by Florida Cabinet members during their October 27, 2025 public questioning of Bayaan's fitness for public funding.

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
>
> The principal of a school seeking public voucher funding is the daughter of a documented founding leader of the U.S. Muslim Brotherhood — an organization that the Texas Governor designated as a Foreign Terrorist Organization in November 2025 and the federal government designated in January 2026. This is not a secondhand allegation: the RAIR Foundation documentation traces the lineage directly, and the IRS filing confirms Magda Saleh's identity as the registered party for the nonprofit. The institutional continuity between Ahmed Elkadi's 1980s Muslim Brotherhood leadership and his daughter's operation of a taxpayer-funded school today is directly relevant to any evaluation of Bayaan's governance and ideological alignment.

**SUPPORTING DOCUMENTS & SOURCES**

↗ [RAIR Foundation: Florida's Muslim Brotherhood Dynasty — Magda Elkadi-Saleh](#)

↗ [FlaglerLive: Florida Cabinet Questions — Bayaan, MB Lineage Concerns (Oct 27, 2025)](#)

↗ [ProPublica: Bayaan Academy Inc. Form 990 — EIN 47-4744612 (c/o Magda E. Saleh, Temple Terrace FL)](#)

## 2   Hosted Fundraising Dinner Featuring Shaykh Yaser Birjas — Who Amplified Hamas Defender on October 7, 2023

**DETAIL**

Bayaan Academy held a fundraising dinner in 2025 featuring Shaykh Yaser Birjas as the guest speaker. On the day of the October 7, 2023 Hamas massacre — when 1,200 Israelis were killed and 250 taken hostage — Birjas took to social media not to condemn the attack but to amplify a cleric who was defending Hamas. This was documented by the RAIR Foundation as part of a broader investigation into Islamic institutions in Florida receiving taxpayer-funded scholarships. Birjas is an instructor at AlMaghrib Institute, which was also hosted as a guest speaker at Excellence Academy (a co-plaintiff in the TEFA lawsuit) in 2021, where he mourned Muslim Brotherhood leader Mohamed Morsi as a 'martyr.' The decision to feature Birjas as a featured fundraising speaker — after his October 7 conduct was publicly documented — demonstrates either endorsement of his views or deliberate indifference to them.

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
>
> A school that receives $18M+ in taxpayer-funded scholarship vouchers and actively chooses to feature a speaker who amplified Hamas defenders on October 7 raises serious concerns about institutional values and the appropriateness of continued public funding. The connection between Birjas and both Bayaan Academy and Excellence Academy (a co-TEFA plaintiff) also evidences a shared ideological network among the schools seeking Texas public funding.

**SUPPORTING DOCUMENTS & SOURCES**

↗ RAIR Foundation: Taxpayer-Funded Sharia — Florida's School Choice Program

↗ RAIR Foundation: Florida Alert — Principal of Muslim Brotherhood-Linked School Scrubbed

### 3   Florida Cabinet Members Publicly Called Out Bayaan Academy Over Sharia Law Promotion and Voucher Funding

**DETAIL**

On October 27, 2025, Florida's Attorney General, Chief Financial Officer, and Agriculture Commissioner jointly and publicly questioned the legality of Bayaan Academy receiving taxpayer-funded vouchers. The cabinet members specifically raised concerns that the school promotes Sharia law — a legal code incompatible with American constitutional principles — and questioned whether such an institution should qualify for public funding. The controversy was covered by Florida Phoenix, FlaglerLive, and Creative Loafing Tampa. Bayaan Academy receives its voucher funding through Florida's scholarship program; as of 2025 it has received more than $18M in public scholarship dollars through that program. Bayaan was also separately excluded from the Texas TEFA voucher program and subsequently filed federal suit to be reinstated, which it was. Florida has enacted SB 846 (signed May 8, 2023) barring schools affiliated with foreign adversary nations from voucher programs. Texas has no equivalent law — meaning the same schools facing scrutiny in Florida face no equivalent statutory barrier in Texas.

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
> The joint public action by three of Florida's top constitutional officers — Attorney General, CFO, and Agriculture Commissioner — represents a formal, bipartisan (within the state executive) rebuke of Bayaan Academy's fitness to receive taxpayer funds. Florida's SB 846 framework, which was used to expel Spring Education Group / Primavera schools for CCP ties, has no Texas equivalent. The same regulatory gap that allows CCP-linked schools into the Texas TEFA program also allows Sharia-promoting schools to remain eligible.

**SUPPORTING DOCUMENTS & SOURCES**

↗ Florida Phoenix: FL Cabinet Members Question Islamic Schools' Taxpayer Dollars (Oct 27, 2025)

↗ FlaglerLive: Florida Cabinet Questions (Oct 27, 2025)

↗ Creative Loafing Tampa: FL AG — Vouchers for Tampa Islamic Schools Undermines National Security

**4** **School Gazette Commemorates Palestinian Medic Killed at Gaza Border Protests — Calls Her 'Selfless and Brave'**

DETAIL

A Bayaan Academy school gazette published in May 2022 — publicly available on the school's own website — featured content commemorating Razan al-Najjar, a Palestinian paramedic who was killed during the 2018 Gaza border protests. The gazette described al-Najjar in terms of admiration and referred to her death in the context of the border protests. The characterization of a participant in protests at the Israel-Gaza border as 'selfless and brave' in a school publication distributed to students illustrates the political framing embedded in Bayaan's educational environment. This content became relevant during the October 2025 Florida Cabinet scrutiny, when state officials questioned whether schools receiving state vouchers were promoting perspectives incompatible with American values, though the specific gazette was not directly cited at that time. Al-Najjar's death was contested: Israel maintained she was used as a human shield; international investigations reached varying conclusions.

LEGAL / NATIONAL SECURITY SIGNIFICANCE

The deliberate editorial choice to publish commemorative content about a participant in Gaza border protests — framed approvingly — in a school gazette distributed to children illustrates the political values being promoted to students of a school that has received $18M+ in US taxpayer scholarship money. The content is documented, publicly available, and was produced by the school's own staff. Combined with the school's refusal to publicly name the scholars on its Academic Shoura Team, this pattern of embedded political framing without transparency is directly relevant to evaluating the school's fitness for public educational funding.

SUPPORTING DOCUMENTS & SOURCES

↗ Bayaan Academy Gazette (May 2022) — School Publication (publicly archived)

↗ Wikipedia: Killing of Rouzan al-Najjar (background on her death)

↗ NBC News: Protests Resume After Palestinian Paramedic Funeral (2018)

### 5   Anonymous Governance: Unnamed 'Academic Shoura Team of Islamic Scholars'

**DETAIL**

Bayaan Academy's website states that its curriculum and religious direction are provided by an 'Academic Shoura Team that consist of Islamic Scholars who are well versed in Deen.' The school provides no names, credentials, or affiliations for these scholars. A shoura (shura) council is a deliberative body in Islamic governance — in the Muslim Brotherhood organizational model, the shura council holds supreme authority and directs organizational strategy. The deliberate anonymity of Bayaan's governing religious authority makes it impossible for parents, regulators, or courts to independently verify the backgrounds, affiliations, or ideological commitments of the individuals directing the school's religious curriculum. Bayaan Academy's About page, verbatim: 'We have an Academic Shoura Team that consist of Islamic Scholars who are well versed in Deen that provide strategic direction and curriculum guidance for the school.'

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
> The deliberate concealment of the identities of those exercising religious and curriculum authority over a school seeking public TEFA voucher funding denies the public and government any means of assessing whether those individuals have ties to extremist networks. Anonymous religious governance is a documented feature of organizations designed to shield their affiliations from regulatory scrutiny.

**SUPPORTING DOCUMENTS & SOURCES**

↗ Bayaan Academy About Page (verbatim)

## 6  100% Muslim Staff Requirement and Deobandi Partner Network

**DETAIL**

Bayaan Academy's About page states that it requires '100% Muslim teachers and staff' and that staff must have 'strong Islamic values that align closely with our ethos.' Many staff are described as Alimiyah graduates — individuals who have completed a multi-year advanced Islamic seminary program (Alimiyah) typically associated with Deobandi institutions. The school's curriculum includes tarbiyah sessions with 'knowledgeable Islamic personalities' — a Muslim Brotherhood concept of holistic identity formation. Bayaan's official Partner list identifies Khatme Nubuwwat Center (EIN 81-1798160, Front Royal, VA) — the US branch of a Pakistani movement (Majlis-e-Tahaffuz-e-Khatme Nabuwwat) that, according to Wikipedia, 'launched countrywide campaigns and protests to persecute Ahmadis' and 'gained momentum in the 1953 anti-Ahmadiyya riots,' during which Ahmadiyya mosques were burned and hundreds killed. Additional Bayaan partners include Al Firdaus Foundation (Bridgeview, IL — in the same community as the Mosque Foundation, which a 1999 court filing described as 'one of the most active centers of Hamas activity in the United States'), Darul Huda Warrashad (Houston), Al-Hikmah Institute (Farmingdale, NY), Academy of Saut ul Furqan (EIN 27-2973561, Teaneck, NJ), and Ummul Qura Islamic School (Watauga, TX).

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
> A school requiring 100% Muslim staff, employing Deobandi seminary graduates, incorporating Muslim Brotherhood tarbiyah curriculum, and formally partnered with an organization tied to anti-Ahmadiyya violence presents a documented pattern of alignment with sectarian Islamist ideology. The formal partnership with Khatme Nubuwwat Center — whose parent movement has been linked to incitement of religious violence — is directly relevant to evaluating Bayaan's fitness for public educational funding.

**SUPPORTING DOCUMENTS & SOURCES**

↗ Bayaan Academy About Page — '100% Muslim teachers and staff'

↗ Bayaan Academy Partners Page

↗ Wikipedia: Majlis-e-Tahaffuz-e-Khatme Nabuwwat (KN movement history)

↗ ProPublica: Khatme Nubuwwat Center EIN 81-1798160

## 7  TEFA Approval, Same-Day Removal, and Federal Litigation

**DETAIL**

Bayaan Academy was approved for participation in the TEFA (Texas Education Freedom Act) voucher program on January 11, 2026. On the same day — January 11, 2026 — Bayaan was removed from the approved list, reportedly following news coverage of Islamist school participation in the program. Bayaan subsequently joined as a plaintiff in Bayaan Academy Inc. v. Hancock, Case No. 4:26-CV-1960 (S.D. Texas), alleging that its removal constituted discriminatory exclusion based on religion.

> **LEGAL / NATIONAL SECURITY SIGNIFICANCE**
> The January 11, 2026 approval and same-day removal of Bayaan Academy creates a factual record for First Amendment litigation. However, the state has a compelling interest in examining the connections between TEFA applicants and organizations linked to domestic terrorism networks before directing public funds. The legal question — whether procedural due process was followed — is distinct from the substantive question of whether Bayaan's documented network connections warrant exclusion on national security grounds.

**SUPPORTING DOCUMENTS & SOURCES**

↗ CourtListener: Bayaan Academy Inc. v. Hancock, Case 4:26-CV-1960

---

This report is prepared for legal research and informational purposes. All findings are sourced to primary documents. No legal conclusions are asserted.