# EXHIBIT "11"



TEXAS EDUCATION FREEDOM ACCOUNTS™

The Marketplace is now open for families who have received funding. Log in to your Odyssey account and click on your wallet to pay tuition and make eligible purchases.

← **Back To News & Updates**

# Funding Timelines and Installments

June 4, 2026

**When will accounts be funded?**

Under Texas law, students receive funding for Texas Education Freedom Accounts (TEFA) in installments.

The earliest students can receive their first installment is July 1.

**For students attending a participating private school:**

- The first installment will include 25% of the student's award amount.
- Students whose schools confirm their enrollment by June 15 will receive funding July 1.
- Students whose schools confirm their enrollment by July 31 will receive funding by mid-August.
- Students who come off the waitlist at later dates will receive funding as soon as practicable.

Private school students will receive an additional 25% of their total award amount on Oct. 1, and the remaining half of their funding on Feb. 1.

Students must remain enrolled in a participating private school to receive additional installments.

**For students who select homeschool/other:**

- Students will receive all $2,000 in a single installment.
- Students must opt in by June 15 to receive funding on July 1.
- Students must opt in by July 31 to receive funding by mid-August.
- Students who come off the waitlist at later dates will receive funding as soon as practicable.

Students who are found to be enrolled in a public or charter school during the school year shall be removed from the program.

**Funding proration for students brought off the waitlist**

If students are brought off the waitlist and join the program after July 15, their funding may be prorated depending on when they confirm enrollment.

Students must have confirmed enrollment in a participating private school, or confirm they have opted in as a homeschool/other student, by Sept. 15 to receive their full award amount.

| Funding round | Confirmation date | Funding date | Funding proration after confirmation date |
|---|---|---|---|
| Initial 25% of funding (first deadline) | Jun. 15 | Jul. 1 | |
| Initial 25% of funding (second deadline) | Jul. 31 | Mid-August | 100% |
| Second 25% of funding | Sept. 15 | Oct. 1 | 75% |
| Final 50% of funding | Jan. 15 | Feb. 1 | 50% |

## Recent Posts

FEATURED • POLICY • VENDORS AND SERVICE PROVIDERS

### Educator credential policy

This guidance outlines the acceptable educator credentials for tutoring and teaching services.

**Read More →**

FEATURED • SCHOOLS

### Additional Awards Issued to Waitlisted Students

The Comptroller's office has awarded additional Texas Education Freedom Accounts™ to students who were initially placed on the waitlist.

**Read More →**

## Categories

- Faces of TEFA
- Featured
- Funding
- Lottery
- Policy
- Schools
- Vendors and service providers
- Waitlist

TEXAS EDUCATION FREEDOM ACCOUNTS™

© 2026 Texas Education Freedom Accounts