# EXHIBIT "12"



ABOUT    PRIORITIES    ENDORSEMENTS    NEWS
ACTION CENTER ⌄

DONATE

SDAY, NOVEMBER 3RD



DONATE













# TEXAS MEANS BUSINESS

## AND DON HUFFINES WILL KEEP IT THAT WAY

### JESUS. FAMILY. BUSINESS.

Texas is business, and Texas means business. That means jobs, paychecks, and opportunity, but it also means strength: no-nonsense leadership and zero tolerance for corruption, waste, or woke ideology. In Texas, our culture is rooted in faith and freedom, and families and businesses rise or fall together. When they're overtaxed, overregulated, or treated unfairly, everyone pays the price. But when we cut taxes and stand firm on our values, Texas grows and wins.

**PROVEN CONSERVATIVE LEADERSHIP** ⊕

**EXPOSE GOVERNMENT CORRUPTION** ⊕

**DOGE TEXAS GOVERNMENT** ⊕

**RUN GOVERNMENT LIKE A BUSINESS** ⊕

**DEFEND THE AMERICAN DREAM** ⊕

**MODERNIZE TEXAS INFRASTRUCTURE** ⊕

**EDUCATE FOR GROWTH** ⊕

**NO TAX DOLLARS FOR ILLEGALS, TERRORISTS, OR WOKE IDEOLOGY**

Don Huffines will fight to ensure zero tax dollars go to illegal aliens, Islamic terrorists, or woke ideology. As Comptroller, he will expose the money being spent to fund our own demise, and put a stop to it, including the billions spent educating illegal aliens in our schools.

# TEXAS FIRST

As your Texas Comptroller, I will DOGE our government to improve efficiency and root out waste and fraud. I'll fight to return the savings to Texas taxpayers.

Enter In Your Email

JOIN ME



ABOUT    PRIORITIES    ENDORSEMENTS    NEWS    DONATE
ACTION CENTER

## Follow Huffines



### About

Bio
Priorities
Endorsement
News

### Action Center

Get Involved
Donate
Store

### Resources

Press Kit
Contact
Donate By Mail
Privacy Policy
Terms & Conditions





### About

Bio
Priorities
Endorsement
News

### Resources

Press Kit
Contact
Donate By Mail
Privacy Policy
Terms & Conditions

### Action Center

Get Involved
Speaker Request
Donate
Store

Don Huffines Campaign
don@donhuffines.com | press@donhuffines.com
6125 Luther Ln #294 Dallas, Texas, 75225

By completing forms on this website, you agree to receive marketing and communications from the Don Huffines Campaign. By adding your mobile number, you agree to receive SMS updates from the Don Huffines Campaign and its affiliates.

PD POL AD • DON HUFFINES CAMPAIGN