# EXHIBIT "13"

Update Billing          Account

**POLITICS // TEXAS POLITICS**

# Don Huffines says he wouldn't change voucher program

By **Isaac Yu**, *Staff Writer*
March 5, 2026

Gift Article



Republican Don Huffines speaks during a Texas gubernatorial debate in 2022.
Michael Wyke/Contributor

State Sen. Don Huffines nabbed the GOP nomination for Texas Comptroller vowing to "DOGE" state government.

But the ultra conservative firebrand said in an interview after his primary win that the shakeup will not include the state's new $1 billion voucher program, a signature policy of his once political nemesis, Gov. Greg Abbott, who Huffines spent millions trying to unseat just four years ago. He praised the current handling of the program, including the ongoing block on Islamic schools.

"We're not here to be disruptive," Huffines said. "I don't see a big disruption in the process that's already started, as long as it's going smoothly and being run effectively and managed."

**ADVERTISEMENT**
Article continues below this ad

**READ MORE:** [Why a big part of Greg Abbott's legacy is riding on the GOP primary for Texas comptroller](#)

The change of hands at the Comptroller's office will come at a critical time for the voucher program. It will be halfway through its first year, with funding already flowing to families. And it will be on the verge of opening its second round of applications. The new comptroller could also play a role in the push to add funding for the program, which allows families to spend state dollars on private school tuition, in the next legislative session.

×

**Want more Houston Chronicle?**

Make us a Preferred Source on Google to see more of us when you search.

Add Preferred Source

On Tuesday, Huffines trounced Abbott's pick for the job, acting Comptroller Kelly Hancock, who has run the voucher program in close coordination with the governor since July. The Dallas businessman called his victory an "earthquake" for the GOP establishment, adding that he "slaughtered" two well-funded opponents. Neither of his opponents, who also included Railroad Commissioner Christi Craddick, broke 25% of the vote, even as Abbott spent millions to boost Hancock in the race.

But the former foes have already started to smooth things over. Huffines said he and Abbott had a "very nice" phone call after the election and discussed working together on the voucher program.

ADVERTISEMENT
Article continues below this ad

Huffines will face Austin Democrat Sarah Eckhardt, a state Senator and vocal critic of vouchers, in November. A Democrat hasn't won statewide office in more than 30 years.

Past comptrollers, who oversee state finances, have created headaches for the governors they serve alongside. Carole Keeton Strayhorn regularly butted heads with then-Gov. Rick Perry and went so far as to refuse to certify the state budget in 2003.

In his 2022 challenge for governor, Huffines called Abbott "weak" and "a coward" on the campaign trail, and drew support from Abbott skeptics in the party's grassroots.

Abbott, in turn, said he selected and endorsed Hancock to lead the agency on an interim basis last summer because he did not want someone who "has already lost an election to a Democrat," alluding to Huffines' failed 2018 reelection bid for his old state Senate seat in Dallas.

But Huffines has repeatedly stressed this year that he is "excited" to work with the governor.

**READ MORE:** Muslim parent sues over Texas voucher program's block on Islamic schools

School choice advocates say they are not worried about the previous bad blood. Mandy Drogin of the Texas Public Policy Foundation, which helped push the policy through the state Legislature, said she had full confidence that Huffines would continue the program's "smashing success" under Hancock.

"I don't think that either of these gentlemen will let past politics get in the way," Drogin said of Huffines and Abbott. "I think they are both committed to delivering education freedom and ensuring that that is continued in perpetuity here in Texas."

The former state senator's surprisingly dominant win in the primary is a devastating setback for Hancock, who resigned his state Senate seat and hoped his time running the office and the voucher program would help burnish his conservative bona fides. Huffines won nearly every county across Texas, including Hancock's home base in Tarrant County.

Hancock has already made a considerable mark on the voucher program, selecting a tech company running the application and lottery process and running a marketing campaign to attract more than 100,000 applications.

Huffines, meanwhile, has largely avoided criticizing Hancock's handling of the agency. He also said that the program's ongoing block on Islamic schools, which Hancock has touted as an effort against terrorist organizations, was a "good policy".

He did say that he hoped to pursue a more robust marketing strategy for the program, which has already seen roughly 150,000 applications submitted.

Hancock is expected to stay in his post until early January 2027, finishing out the term of former Comptroller Glenn Hegar. By then, the voucher program will be midway through its first year. Hancock's office still has considerable work to do before then, however, including running the lottery program to determine which families receive funding first and confirming enrollment for thousands of students before funds begin flowing this summer.

March 5, 2026



**Isaac Yu**
REPORTER