# EXHIBIT "14"

# Review of COGNIA-Accredited Islamist Schools in Texas

### Iman Academy

In Webster, TX, the Iman Academy manages two schools and two daycare facilities. The Iman Academy is a project of the Foundation to Advance Islamic Teaching in Houston (FAITH), which operates several schools in the Houston area.

FAITH was founded by Hamdy Radwan, whom Egyptian media has alleged is a leading U.S. supporter of the Egyptian Muslim Brotherhood. Radwan has stated that the terrorist organization Hamas is "not" a "terrorist organization," but "freedom fighters."

Radwan has also long served as a leading official in the Muslim American Society, which federal prosecutors have described as "the overt arm of the Muslim Brotherhood in the United States." In 2019, Members of Congress called for an investigation into its Philadelphia branch after it hosted an event in which children sang about torturing and beheading Jews.

At Radwan's FAITH schools in Houston, students are taught Islamist ideas such as "tarbiyah," a key Muslim Brotherhood education concept, in which Islamist ideas are applied to every aspect of a student's education and personal life.

Other current and former Iman Academy staff include Khalid Kebbati, who also worked for the Reach Education Fund, which appears to be one of the most extreme Hamas-aligned charities in North America. Ahmed Gebreel, director of Reach's Palestine Office, refers to himself as a follower of Hitler, cheerfully noting the Nazis had wiped out millions of "impure" Jews. Ayyad Yassin, Reach's current chairman, has published "congratulations to all our people in Gaza" following Hamas's killing of Israeli soldiers, as well as praise for a terrorist attack by Hamas's Qassam Brigades.

The current principal of the Iman Academy's southwestern campus, Musa Sadek, openly shares Hamas propaganda on his social media, welcoming the October 7 attacks, along with hundreds of posts promoting far-Right anti-Semitic conspiracy theories and alleging malign Jewish influence over the Trump administration.



### Houston Quran Academy

CPA-000279

The Houston Quran Academy is run by the Muslim American Society (MAS) Katy Center, also known as Masjid al-Rahman. All are subsidiaries of a Muslim American Society organization. In 2004, the *Chicago Tribune* published an investigative report that found that the Muslim American Society was established and run by members of the Muslim Brotherhood. In 2008, U.S. prosecutors declared that MAS was "founded as the overt arm of the Muslim Brotherhood in America." The United Arab Emirates, a close U.S. ally, designated MAS in 2014 as a terrorist organization.

In Texas, Main Alqudah, a founder of the MAS Katy Center, challenged deportation proceedings in 2013 by arguing that he faced "past and future harm" if he returned to his homeland, because he "advocated [for the] imposition of Islamic law instead of secular law in Jordan." Alqudah admitted during testimony that his family members were part of Jordan's Muslim Brotherhood, and that he attended *Ikhwani* events and donated to the organization.

Main AlQudah declares in rulings published by the Assembly of Muslim Jurists of America that women may not engage in public speaking, and insists that girls must be taught to wear the hijab from the age of seven. In one of several published "Beautiful Recitations" on MAS Katy's social media page, imam Ahmad Elhadad states: "O Believers! Take neither Jews nor Christians as guardians[,] they are guardians of each other. Whoever does so will be counted as one of them. Surely Allah does not guide the wrongdoing people … with sickness in their hearts."

The principal of MAS Katy's Houston Quran Academy is Hamed Ghazali, the leading proponent of Muslim Brotherhood educational ideas in the United States. Ghazali is also chairman of the Muslim American Society (MAS)'s Council of Islamic Schools (MASCIS) and a former superintendent of the Iman Academy (profiled above)

In 1988, as noted by the RAIR Foundation, Ghazali appeared to openly solicit funds for the designated terrorist group Hamas. In 1989, Ghazali defended calls for the killing of Salman Rushdie. In 1991, Ghazali's work was mentioned explicitly in a memorandum produced by U.S-based leaders of the Muslim Brotherhood, later seized by the FBI. In the early 1990s, Ghazali led the Ghazali Islamic Video organization, through which he interviewed a number of prominent jihadists, including Al-Qaeda operatives, to discuss their hopes for the jihadist efforts to expand beyond Afghanistan.

A speech given by Ghazali in 2010 was cited by the Anti-Defamation League as an example of anti-Semitic incitement, after he claimed "Allah gave us the Jews" as an example of those who "take the wrong path."

**Brighter Horizons Academy**

Based in Garland, TX, Brighter Horizons Academy is a subsidiary of the Islamic Services Foundation, a leading Islamist curricula publisher.

2

CPA-000280

Islamic Services Foundation officials have included Ghassan Hitto, a Syrian activist backed by the Syrian Muslim Brotherhood. In the 2000s, Hitto is alleged to have been closely involved with American Hamas and Brotherhood networks in North Texas. Local media reports Hitto was "heavily involved in running the Dallas-area Brighter Horizons Academy."

Staff members at Brighter Horizons Academy, notes the *Dallas Morning News*, have also included "Nabil Sadoun, a Jordanian Islamist activist deported from the United States in 2010 for concealing Hamas ties on immigration paperwork." The newspaper adds: "Sadoun was on the national and local boards of the Council on American-Islamic Relations, which also was listed as an unindicted co-conspirator in the Holy Land Foundation [terror financing] case."

Other ISF officials involved with the school include Ramadan Elsabagh, who in 2017 posted a recorded prayer to his Facebook page calling to "destroy the Zionists and their allies, and those who assist them and those who allowed them into the abodes of the Muslims ... Oh Allah save [Al Aqsa] from the hands of the accursed violators ... Oh Allah destroy them."

**Austin Peace Academy**

The Austin Peace Academy operates under the aegis of the Islamic Center of Greater Austin. The mosque's imam, Dawood Yasin, is a former recruit of Tablighi Jamaat, a global Deobandi missionary movement linked by security services to dozens of terrorism and radicalization cases.

The mosque has organized multiple events on the "genocide" and "massacres" in Gaza. In 2024, Dawood Yasin hosted the pro-Hamas activist Sami Hamdi, who presented conspiracy theories about "Zionist" power over the American political system. A government official at the Department of Homeland Security has since referred to Hamdi as a "terrorist sympathizer who cheered on Hamas following its October 7 terrorist attack."

Austin Peace Academy regularly invites extremist imams to address school events. The school appeared on particularly close terms with Wisam Sharieff, and former student of Pakistani imam Israr Ahmed, who founded the extremist South Asian movement Tanzeem-e-Islami. In 2024, federal prosecutors charged Sharieff with conspiracy to produce child pornography.

Other Austin Peace Academy guest imams have included Amjad Qourshah, a prominent Islamist later imprisoned in Jordan for his open support of jihad; and Siraj Wahhaj, who once preached: "Take not into your intimacy those outside of your race. They will not fail to corrupt you. Don't you know our children are surrounded by kafirs [disbelievers]. I'm telling you, making the hearts of our children corrupt, dirty, foul".

The school also invited Zaid Shakir, who once wrote that Muslims should reject "the legal and political system of America" and warned against "seeking the help of" or "befriending" the "*kuffar* [unbelievers], Jews and Christians." Shakir concluded the goal of American Muslims should be "the establishment of Islam and shari'ah in America," employing methods "ranging from non-cooperation tactics to guerrilla war can bring about favorable policies from a governmental system, or even lead to the eradication of that system."

3

CPA-000281

**Renaissance Academy**

Based in Austin, and closely involved with the North Austin Muslim Community Center, the Renaissance Academy has a persistent history of involvement with Islamist imams.

The late imam for the school, Islam Mossaad, openly called for destruction of America, and for an alliance with Marxists to ensure that "Zion American Imperialism falls to its knees." Mosaad encouraged his followers to "support CAIR [Council on American-Islamic Relations] to strategize and organize." CAIR, a prominent radical organization established by American Islamist supporters of Hamas, was recently designated by the Texas governor. Mosaad warned Muslims that "America is not your friend" and called for a "clear military statement from Pakistan and Turkey that stand for the Liberation of Jerusalem and that they stand with anyone pursuing that cause including our proud Persian Iranian brothers and sisters."



**Islam Mossaad**
June 23, 2025 · 🌐

In the Name of Allah Most Gracious Most Merciful

Make no mistake brothers and sisters friends and allies a global war on organized Islam has been launched.

They have already failed.  Within a few years inshaa Allah, Muslims will enter victorious into AlAqsa.

Our rallying cry is FREE FREE Palestine.

Brothers and sisters in the West Ally with Marxist and Socialist until the Zion American Imperialism falls to its knees.  Please organize and mobilize now.  Share Share Share.

With love,
Imam Islam Mossaad
ATX

Hussam Ayloush
Omar Suleiman
Simone Talma Flowers
Jim Rigby
Carol Kintigh Johnson
Hatem al-Haj
Mohamed Sheriff
Banout Sheik Mansour
Imam Abdelgawad Alfaidy
Jawad Rasul

👍❤️ 8

Events organized by the Renaissance Academy included hardline Islamists such as Omar Suleiman, a prominent Texas Salafi who is a leading supporter of convicted Al-Qaeda terrorist Aafia Siddiqui, as well as terror-tied Islamist preacher Zakir Naik and former convicted terrorist Ali Al-Tamimi. Suleiman has called for a third Intifada.

**Bayaan Academy**

Bayaan Academy is a Deobandi online school whose corporate headquarters is listed as League City, TX. Bayaan Academy lists a number of Deobandi madrassas as its partners, as well as radical institutions such as the Khatme Nubuwwat Center in Virginia.

4

CPA-000282

The Khatme Nubuwwat Center is the U.S. arm of Khatme Nubuwwat, a violent global Pakistani Islamist movement dedicated to the eradication of the Ahmadiyyah, a tiny moderate Muslim sect.

**Everest Academy & ILM Academy**

Both Everest Academy & ILM Academy operate as subsidiaries of the Islamic Education Institute of Texas, itself a project of the Islamic Society of Greater Houston (ISGH).

In 2021, a Middle East Forum investigation found ISGH involvement with a Pakistani Islamist and Kashmiri jihadist network in Houston. The ISGH's Islamic Education Institute of Texas is registered at an address in West Houston used by an elaborate coalition of Pakistani foreign agents and Kashmiri jihadist operatives central to this network.

As well as the Islamic Education Institute of Texas, the ISGH network comprises over twenty mosques under its control across Houston and its suburbs. The ISGH network has a long history of extremism, frequently holding events with proxy organizations for the violent South Asian Islamist movement Jamaat-e-Islami, such as the Muslim Ummah of North America (MUNA), the Islamic Circle of North America (ICNA), as well as Helping Hand for Relief and Development (HHRD). In partnership with HHRD and ICNA, in 2017, several ISGH mosques hosted Yusuf Islahi, a member of the Central Advisory Council of the Indian branch of Jamaat-e-Islami. Islahi reportedly claimed that Jews were behind the 9/11 attacks, as part of a conspiracy to defame Islam.

A detailed piece in the *Daily Mail* notes a long history of extremism at the ISGH. Mail journalist James Reinl notes one former ISGH official was Algerian imam Zoubir Bouchikhi, who was later "arrested and then deported in 2011, reportedly for immigration violations." In a 2020 sermon, Bouchikh called non-Muslims: "The worst of Allah's creations, even lower than animals are those who disbelieve and refuse to [believe]." Another ISGH imam, Eiad Soudan, claimed in 2023, reports MEMRI, that Jews seek to exploit and "take control of the economy."

In 2024, the ISGH hosted, in collaboration with the radical Muslim American Society (profiled above) the activist Nida Abubaker, a Texas-based Islamist who backs Palestinian "resistance" and Palestinian "fighters." Abubaker is the daughter (and advocate for) convicted terrorist Shukri AbuBaker; as well as a supporter of the imprisoned Al-Qaeda terrorist Aafia Siddiqui.

Staff at schools across Texas operating under Islamist parent organizations appear to transfer easily to other Islamist schools. The ILM Academy principal, Abdullah N. Muhammad, for instance, is a former principal at both Brighter Horizons Academy and Iman Academy (both profiled above).

**Islamic School of Irving, Tanzeel Academy & ICI Sunday School**

5

The Islamic School of Irving, along with Tanzeel Academy and the ICI Sunday School, are projects of the Islamic Center of Irving (ICI), a leading mosque in the DFW metroplex. The mosque has a long history of Deobandi imams.

The current imam, Kashif Ahmed, is a teacher at the DFW campus of Darul Qasim, an Illinois-headquartered madrassa run by the Deobandi movement. In 2009, Darul Qasim's founder and current head, Shaykh Amin Kholwadia, explained that the punishment for acts of homosexuality is death: "[Prophet Muhammad] did say that you should kill that person ... there's no prescribed method of killing or executing those people. The issue was just to, if you do find them guilty, then you best remove them from sight." Amin repeated this advice in another Darul Qasim talk in May 2022, during a talk about the punishment of homosexuals, declaring that the punishment for extramarital sex is to be "stoned." Kholwadia has been invited to give sermons at the Islamic Center of Irving.

Other Deobandi linked imams at ICI include Muntasir Zaman, who is an instructor at the extremist Deobandi Qalam Institute (profiled above); and Muhammad Saeed Khan, one of Pakistan's top Deobandi officials, who taught a course for several years at ICI.

In 2019, another ICI imam, Zia ul-Haque Sheikh, was ordered to pay $2.5 million to a Texas woman who accused him of sexual exploitation. The women in question reportedly alerted another imam, Nouman Ali Khan, the president of the ICI board, to Zia ul-Haque Sheikh's behavior. However, Nouman Ali Khan reportedly discouraged the woman from reporting the behavior, stating it would harm his reputation as a "religious leader and family man."

The ICI's Nouman Ali Khan was complicit in an Muslim community sex scandal of his own, screenshots in 2017 revealed his apparent bribery, threats and sexual conversations with different women online. Khan studied under Israr Ahmed, the founder of radical Deobandi offshoot Tanzeem-e-Islami. As noted above, Israr Ahmed's other U.S. student, Wisam Sharieff, was arrested in 2024 on child pornography charges.

**Qalam Institute, Qalam Academy, Qalam Seminary Inc & Qalam Education Fund Inc**

Texas is the home for a powerful new modernist strain of Deobandism, a South Asian Islamist sect founded in the 19th century whose most famous offshoot is the Taliban. One leading Deobandi seminary in America, the Qalam Institute, is based in the Texas city of Carrollton, and operates multiple projects, including Qalam Academy, Qalam Seminary Inc and the Qalam Education Fund Inc.

The Qalam Institute has trained hundreds of new Deobandi imams now teaching at radical institutions across Texas. Qalam's new school projects are now radicalizing generations of Texas Muslim children.

Qalam's two leading officials, Hussain Kamani and Abdul Nasir Jangda, both trained at traditional Deobandi seminaries. In a talk titled "Sex, Masturbation and Islam," Kamani explains that Muslim men may fulfill any sexual desires "with a female slave that belongs to him." Those who commit adultery or have sex outside of marriage, Kamani explains, must be "stoned to death." And when Muslim husbands are learning to "train their wives,"

6

CPA-000284

beating them, Kamani concedes, should only be a "last measure." Kamani cites Quranic commentary to advise parents: "Order your children to pray at the age of seven. And beat them (lightly) if they do not do so by the age of ten."

Western society, Kamani declares, is "filth. … We are surrounded by filth … our environment is full of this filth, everywhere we turn."

Fellow Qalam founder Abdur Nasir Jangda, meanwhile, has reportedly defended the use of female sex slaves within Islam, advocated the killing of apostates and adulterers, and appears to sanction marital rape: "The thing to understand is that the husband has his set of divinely given rights one of which is the right to have his physical desires satisfied."

**Darul Uloom Texas**

Darul Uloom Texas is a Deobandi madrassa based in Sugar Land TX. Its social media posts disclose its officials meeting with Tariq Jameel, a prominent Pakistani Deobandi cleric and leader within Tablighi Jamaat, the terror-tied missionary movement of the Deobandis. The Jamestown Foundation records Jameel's history of extremist rhetoric and contact with top jihadist leaders in Pakistan.

**Darul Uloom Austin**

Darul Uloom Austin is another Deobandi madrassa, which operates through three mosques in the Austin area, including the North Austin Muslim Community Center, which is closely involved with the Renaissance Academy (profiled above).

The principal, Faizullah Saleemzai, partners with other Islamists, including the South Asian Islamist  movement Jamaat-e-Islami, through its U.S. branch, the extremist charity ICNA Relief, a listed donor to Al-Khidmat Foundation, the welfare arm of Jamaat-e-Islami named, which is closely involved with the Kashmiri jihadist organization Hizbul Mujahideen, and boasts of funding the Palestinian terrorist group Hamas for its "just jihad."

**Darul Quran**

Darul Quran is a school run by Madrasah Islamiah, a Deobandi institution in Houston. Events organized by Darul Quran have included speakers such as Tariq Masood, a prominent Pakistani Deobandi cleric known for his calls for jihad against the state of Israel and for the killing of blasphemers.

**Al-Hadi School & Al Sadiq Islamic Academy**

The Al-Hadi School and the Al-Sadiq Islamic Academy are projects of the Islamic Education Center of Houston (IEC), one of the Iranian regime's mosques in the United States. A biography of the former IEC imam, published on a regime-aligned mosque in the United Kingdom, states that he "was directly appointed by the office of the Supreme Leader as Imam-e-Juma and Resident Aalim of IEC." Other IEC leaders have held top positions in major Iranian regime front organizations around the world.

7

CPA-000285

In 2019, IEC Houston celebrated the 40th anniversary of the Islamic Revolution in Iran, at which children sang: "Khamenei is our leader, we are his soldiers." In 2020, the IEC organized an event memorializing Ayatollah Khomeini, in coordination with the AhlulBayt Islamic Mission, a British proxy for the Iranian regime.

In 2022, the mosque organized the filming and performance of a song by children at the mosque, pledging allegiance to Ayatollah Khamenei. The song's lyrics, first documented by MEMRI, state that "[Khamenei] is calling on his children, his soldiers... In spite of my age, I will be your army's commander...May my father and mother be sacrificed for you, I will sacrifice everything for you...I make an oath to be your martyr, Ali."

Local media indicated the children in these videos were students at the schools.

A report from Program on Extremism at George Washington University notes: "The center organizes yearly celebrations commemorating the anniversary of the 1979 Islamic Revolution, convenes a yearly symposium on the day of Khomeini's death, and commemorates [the regime-organized] Quds Day."

**Wisdom Academy**

The Wisdom Academy in Carrollton, Texas, appears to be another Khomeinist institution. A project of a nonprofit named the Al-Hadi Initiatives, the Wisdom Academy segregates children by gender from the age of eight.

An imam who has provided Islamic studies lessons at the school, Mahdi Rastani, studied at the regime-run seminary in the Iranian city of Qom, and was a student of senior regime cleric Ayatollah Sayyid Hashemi Shahroudi. Rastani is also a regular speaker at the Iranian regime-aligned Islamic Education Center of Houston.

Rastani urges parents to "cultivate political awareness" and teach "children about Palestine, Lebanon and beyond." And indeed, events at the school have included "an end-of-the-year memorial in honor of the oppressed Palestinians," in which children produced poems about the "bloodstained" land.

Speakers at the school have included Amin Rastani, an imam who openly takes part in Iranian regime events such as the Imam Khomeini conference.

8

CPA-000286