# EXHIBIT "15"

**Mark Domel**

| | |
|---|---|
| **From:** | Linda Fernandez |
| **Sent:** | Tuesday, March 17, 2026 7:02 PM |
| **To:** | Mike Platek; Mary Katherine Stout |
| **Cc:** | Daniel Warner; Tom Currah; Victoria North; Jeffrey Mullins; Mark Domel |
| **Subject:** | Re: School links |

MK and Mike, thanks for taking care of this so quickly!

Get Outlook for iOS

**From:** Mike Platek <mike@withodyssey.com>
**Sent:** Tuesday, March 17, 2026 5:35:29 PM
**To:** Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov>
**Cc:** Daniel Warner <daniel@withodyssey.com>; Tom Currah <Tom.Currah@cpa.texas.gov>; Linda Fernandez <Linda.Fernandez@cpa.texas.gov>; Victoria North <Victoria.North@cpa.texas.gov>; Jeffrey Mullins <Jeffrey.Mullins@cpa.texas.gov>; Mark Domel <Mark.Domel@cpa.texas.gov>
**Subject:** Re: School links

CAUTION: This email originated from outside of the Texas Comptroller's email system. DO NOT click links or open attachments unless you expect them from the sender and know the content is safe.

Thanks MK. These schools have been added and registration links have been sent.

Best,
Mike

On Tue, Mar 17, 2026 at 6:26 PM Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov> wrote:
Sure, those look correct. Thanks, Mike.

Mary Katherine

**From:** Mike Platek <mike@withodyssey.com>
**Sent:** Tuesday, March 17, 2026 5:22:15 PM
**To:** Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov>
**Cc:** Daniel Warner <daniel@withodyssey.com>; Tom Currah <Tom.Currah@cpa.texas.gov>; Linda Fernandez <Linda.Fernandez@cpa.texas.gov>; Victoria North <Victoria.North@cpa.texas.gov>; Jeffrey Mullins <Jeffrey.Mullins@cpa.texas.gov>; Mark Domel <Mark.Domel@cpa.texas.gov>
**Subject:** Re: School links

CAUTION: This email originated from outside of the Texas Comptroller's email system. DO NOT click links or open attachments unless you expect them from the sender and know the content is safe.

CPA-000650

Hi MK, just to make sure we are very clear about the schools we are adding, can you also link their TEPSAC profiles going forward?

Here are the TEPSAC profiles for the three schools mentioned. Can you confirm these are correct?
1. [Excellence Academy](#)
2. [Brighter Horizons](#)
3. [Little Horizons](#)

Also, Bayaan Academy has been re-activated and is now in participating status.

Best,
Mike

On Tue, Mar 17, 2026 at 6:18 PM Mary Katherine Stout <[Marykatherine.Stout@cpa.texas.gov](mailto:Marykatherine.Stout@cpa.texas.gov)> wrote:

Thanks,

Mary Katherine

2

CPA-000651

**Mark Domel**

---

| | |
|---|---|
| **From:** | Mary Katherine Stout |
| **Sent:** | Tuesday, March 17, 2026 8:58 PM |
| **To:** | Mike Platek |
| **Cc:** | Daniel Warner; Tom Currah; Linda Fernandez; Victoria North; Jeffrey Mullins; Mark Domel |
| **Subject:** | RE: School links |

I see that Excellence Academy completed their application and is participating.  I do not see that either Brighter Horizons or Little Horizons received their application links yet.  Would you mind double checking those and being sure that they sent? I'm watching closely to be sure that these don't get lost in a spam folder etc.

| | | | | |
|---|---|---|---|---|
| Brighter Horizons Academy | 3145 Medical Plaza Dr | Garland | TX | 75044 |
| Little Horizons Academy | 2950 North Shiloh Road | Garland | Texas | 75044 |

---

**From:** Mike Platek <mike@withodyssey.com>
**Sent:** Tuesday, March 17, 2026 5:35 PM
**To:** Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov>
**Cc:** Daniel Warner <daniel@withodyssey.com>; Tom Currah <Tom.Currah@cpa.texas.gov>; Linda Fernandez <Linda.Fernandez@cpa.texas.gov>; Victoria North <Victoria.North@cpa.texas.gov>; Jeffrey Mullins <Jeffrey.Mullins@cpa.texas.gov>; Mark Domel <Mark.Domel@cpa.texas.gov>
**Subject:** Re: School links

> **CAUTION:** This email originated from outside of the Texas Comptroller's email system. DO NOT click links or open attachments unless you expect them from the sender and know the content is safe.

Thanks MK. These schools have been added and registration links have been sent.

Best,
Mike

On Tue, Mar 17, 2026 at 6:26 PM Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov> wrote:

Sure, those look correct.  Thanks, Mike.

Mary Katherine

---

**From:** Mike Platek <mike@withodyssey.com>
**Sent:** Tuesday, March 17, 2026 5:22:15 PM
**To:** Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov>
**Cc:** Daniel Warner <daniel@withodyssey.com>; Tom Currah <Tom.Currah@cpa.texas.gov>; Linda Fernandez <Linda.Fernandez@cpa.texas.gov>; Victoria North <Victoria.North@cpa.texas.gov>; Jeffrey Mullins

CPA-000652

<<Jeffrey.Mullins@cpa.texas.gov>; Mark Domel <Mark.Domel@cpa.texas.gov>
**Subject:** Re: School links

CAUTION: This email originated from outside of the Texas Comptroller's email system.
DO NOT click links or open attachments unless you expect them from the sender and know the content is safe.

Hi MK, just to make sure we are very clear about the schools we are adding, can you also link their TEPSAC profiles going forward?

Here are the TEPSAC profiles for the three schools mentioned. Can you confirm these are correct?
1. Excellence Academy
2. Brighter Horizons
3. Little Horizons

Also, Bayaan Academy has been re-activated and is now in participating status.

Best,
Mike

On Tue, Mar 17, 2026 at 6:18 PM Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov> wrote:

Judge Bennett directed us to send application links to Plaintiff schools within 24 hours.

Please send the following schools their application links:

- Excellence Academy
- Brighter Horizons
- Little Horizons

In addition, we need to take Bayaan Academy out from under review and show them as participating.

I may have additional schools to receive application links from this order, but it would be great to handle these four as soon as possible.

Please let me know when these have been provided to the schools.

Thanks,

2

CPA-000653

Mary Katherine

CPA-000654