# EXHIBIT "16"

| From: | Sam Westrop <Westrop@meforum.org> |
| Sent: | Tuesday, January 20, 2026 8:10 PM CST |
| To: | Mary Katherine Stout <Marykatherine.Stout@cpa.texas.gov>; Stacey Chamberlin <Stacey.Chamberlin@cpa.texas.gov> |
| Subject: | Review of Radical Influences over COGNIA-accredited schools in Texas |
| Attachments: | Texas Schools draft v1.2.docx |

**CAUTION:** This email originated from outside of the Texas Comptroller's email system. DO NOT click links or open attachments unless you expect them from the sender and know the content is safe.

Dear Ms. Stout and Ms. Chamberlin,

I am a Fort Worth resident who works for the Middle East Forum, a thinktank in Philadelphia, at which I run the Islamist Watch program. We work with Muslim activists and counter-Islamist analysts to monitor and track Islamist networks operating across the United States and Europe. We draw a firm distinction between Islam and Islamism.

I understand from recent media coverage that the Texas Comptroller's office has requested guidance from the Texas Attorney General's Office on whether certain schools may be excluded from Texas' new school voucher program based on concerns raised regarding ties to hostile foreign states, designated terrorist organizations, and foreign extremist movements.

I am currently working on a report investigating radical influence and control over Texas schools from six Islamist networks with violent ties.

I attach an early copy of the report to this email that highlights some extremely concerning datapoints about potential beneficiaries of public generosity. Given this is an early draft, please forgive the lack of formatting, and the high risk of typos(!). I hope this information will useful for your own research and any further policy decisions.

Yours sincerely,

Sam Westrop

**Sam Westrop**


Middle East Forum

mobile: (781) 332-2445     www.meforum.org

Twitter: @samwestrop