# EXHIBIT "17"

## TEFA Program Next Steps



Exhibit

P6

1. Review any remaining schools to determine compliance with requirements for approval under Education Code § 29.358(b)(2)(A) and authorize Odyssey to send registration links to those that meet the requirements.

   - Prepare press release as needed and be ready for media inquiries

2. Admit vendors of educational products and services that meet § 29.358(b) requirements.

3. Review products for compliance with all statutory and program requirements.

4. Research and identify candidates for investigation services and candidates for enhanced computerized investigatory software service (such as PING One)

   - Select candidate(s), obtain budget approval, and contract with private investigator or investigation company and computerized investigatory software tool.

5. Create program integrity team within TEFA program for in-house investigations and reviews of schools, vendors, and participating parents/families.

   - Create and publicly advertise an email tipline where concerned members of the public can report suspected fraud, theft, waste, abuse, or other wrongdoing on the part of TEFA schools, vendors or program participants.

6. Issue a Request for Proposal (RFP) to contract for audit services to be provided by a private entity to audit accounts and program participant eligibility data to ensure compliance with applicable law and program requirements as required by § 29.363.

7. Gather all information concerning reports or tips that specific schools or vendors may be disqualified from participating in the TEFA program under Tex. Ed. Code § 29.358(h) and place in secure drive.

8. Contact author of Middle East Forum article to see if they will provide underlying evidence showing ties between schools, vendors, and foreign terrorist

organizations, transnational criminal organizations, foreign adversaries, gangs, or federal or state criminal activity.

9. Conduct investigations of schools and vendors that are identified in a credible claim or allegation that potentially violate Tex. Ed. Code § 29.358(h), including claims of fraud, theft, waste or abuse.

10. Compile and evaluate evidence to determine if there is a reasonable and objective basis that would necessitate suspension or termination of any school or vendor.

11. If necessary, request information from all available sources to investigate and substantiate any credible report of a crime or other act that would cause a disciplinary action, suspension or termination for a particular school, vendor, or home school selected for participation in the TEFA program.

12. Make a determination on suspension from the TEFA program. If suspension is warranted, initiate process for suspension and removal of participating providers or vendors as needed under Tex. Ed. Code 29.3585 and Rule 16.405.

CPA-000589