United States District Court
Southern District of Texas
**ENTERED**
August 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., *ET AL.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NOS. 4:26-CV-01960 |
| v. | § | |
| | § | |
| KELLY HANCOCK, *ET AL.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Plaintiffs' Unopposed Motion for Leave to File Extended Briefing is GRANTED.

It is so ORDERED.

July 31, 2026
Date

The Honorable Alfred H. Bennett
United States District Judge