IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC.; ISLAMIC SERVICES FOUNDATION; THE EAGLE INSTITUTE; LAYLA DAOUDI; MUNA HAMADAH; FARHANA QUERISHI,<br><br>*Plaintiffs*,<br><br>v.<br><br>KELLY HANCOCK, in his official capacity as Acting Comptroller of Public Accounts; THE OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS; MARY KATHERINE STOUT, in her official capacity as Program Director over the Education Savings Accounts Program,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NOS. 4:26-CV-01960<br>4:26-CV-01675 |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR ENTRY OF CONFIDENTIALITY ORDER**

Plaintiffs respectfully file this unopposed motion for confidentiality order. Defendants have made discovery requests that solicit information which Plaintiffs believe is confidential, sensitive, and private for which special protection would be warranted. To expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the parties are entitled to keep confidential, to ensure that the parties are permitted necessary uses of such material in preparation for and in the conduct of trial, to address the handling of confidential materials at the end of the litigation, and to serve the ends of justice, Plaintiffs respectfully ask the Court to enter the attached stipulated order.

The proposed order is based on the form order posted by the Court on its website. The proposed order specifies the conditions under and process by which private, sensitive, or

confidential documents and information in possession of the parties may be protected in this litigation, and authorizes the parties to disclose that information in response to discovery requests without jeopardizing the confidentiality of such information.

This proposed confidentiality order is justified by Federal Rule of Civil Procedure 26(c). Plaintiffs, therefore, respectfully request that the attached proposed protective order be adopted by the Court.

Date: October 2, 2026

Respectfully submitted,

**ARAMBULA TERRAZAS PLLC**

1001 S. Capital of Texas Highway, Bldg. L, Suite 250
Austin, Texas 78746
512.904.0200

By: /s/ *Cole P. Wilson*
Eric A. Hudson
State Bar No. 24059977
Fed. Id. No. 1000759
ehudson@atlawpllc.com
Cole P. Wilson
State Bar No. 24122856
Fed. Id. No. 3864133
cwilson@atlawpllc.com

Attorney-in Charge

**WRIGHT, CLOSE, BARGER & GUZMAN LLP**

**By:** */s/ Maha Ghyas*
Maha Ghyas
State Bar No. 24138115
Fed. Id. No. 3863190
mghyas@wcbglaw.com
Bradley W. Snead
State Bar No. 24049825
Fed. Id. No. 1127744
bsnead@wcbglaw.com
Michael Adams-Hurta
adams-hurta@wcbglaw.com
State Bar No. 24097860

Fed. Id. No. 3290975
One Riverway Dr., Suite 2200
Houston, TX 77056

**ATTORNEYS FOR PLAINTIFFS ISLAMIC SERVICES FOUNDATION, BAYAAN ACADEMY INC. AND MUNA HAMADAH**

**EDWARDS SUTARWALLA SAMANI LLP**

By: /s/ MF Sutarwalla
Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991
Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228
602 Sawyer St., Suite 490
Houston, Texas 77007
Phone: (713) 565-1353
Email: murtaza@esslawpartners.com
Email: mansoor@esslawpartners.com

**LAW OFFICES OF OMAR KHAWAJA PLLC**

By: */s/ Omar Khawaja (with permission)*
Omar Khawaja
State Bar No: 24072181
Fed. Id. No. 3521501
Abdul Rahman Farukhi
State Bar No. 24065220
Fed. Id. No. 3291830
5177 Richmond Ave.
Suite 1065
Houston, Texas 77056
Telephone: (281) 888-2339
Fax: (281) 888-2421
Email: omar@attorneyomar.com
Email: abdul@attorneyomar.com

**ATTORNEYS FOR PLAINTIFFS BAYAAN ACADEMY INC., THE EAGLE INSTITUTE, FARHANA QUERISHI, AND LAYLA DAOUDI**

*/s/ Ayesha Najam (with permission)*
Ayesha Najam
Attorney-In-Charge
State Bar No. 24046507
Federal ID: 605948
anajam@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

OF COUNSEL:

Michael Davis
Federal ID: 3588027
mdavis@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002

**ATTORNEYS FOR PLAINTIFFS THE EAGLE INSTITUTE, FARHANA QUERISHI, AND LAYLA DAOUDI**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for all parties are unopposed to the relief sought in this motion and have consented to entry of the attached, agreed confidentiality order.

*/s/ Cole P. Wilson*
Cole P. Wilson

## CERTIFICATE OF SERVICE

I hereby certify that, on October 2, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Cole P. Wilson*
Cole P. Wilson