**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **BAYAN ACADEMY, INC., ET AL.,**<br>***Plaintiffs*,**<br><br>**v.**<br><br>**KELLY HANCOCK, ET AL,**<br>***Defendants*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.: 4:26-CV-01960** |

## AGREED MOTION TO AMEND SCHEDULING ORDER

The parties jointly request a limited amendment to the Scheduling Order because ongoing discovery and pending disputes have left Plaintiffs with insufficient time to obtain and evaluate the information necessary for their anticipated expert testimony. The outstanding discovery may bear directly on the scope and substance of Plaintiffs' expert opinions, and additional time is necessary to resolve the pending disputes, obtain and review responsive materials, and allow Plaintiffs' experts to consider that information in forming their opinions and preparing their reports. The parties therefore request extensions of the expert-related deadlines to facilitate orderly preparation of expert disclosures based on a sufficiently developed factual record.

Accordingly, the parties request that the expert-related deadlines be extended as set forth below. All other deadlines remain unchanged. The requested amendments are not sought for purposes of delay. A Proposed Amended Scheduling Order is attached hereto as Exhibit A.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **2a. Experts**<br><br>Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the basis for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). | **October 13, 2026** | **November 14, 2026** |
| **2b. Experts**<br><br>Defendant, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). | **November 12, 2026** | **February 12, 2026** |

Respectfully submitted,

**TERRAZAS PLLC**
1001 S. Capital of Texas Hwy, Bldg L, Suite 250
Austin, Texas 78746
512-680-3257

By: */s/ Eric A. Hudson*
Eric A. Hudson
**Attorney-in-Charge**
State Bar No. 24059977; Fed. Id. No. 1000759
ehudson@atlawpllc.com
Cole P. Wilson
State Bar No. 24122856; Fed. Id. No. 3864133
cwilson@atlawpllc.com
Amroh F. Idris
State Bar No. 24147415; Fed. Id. No.

3989391
1001 S. Capital of Texas Highway, Bldg. L, Suite 250
Austin, Texas 78746
512.904.0200

**ATTORNEYS FOR PLAINTIFFS ISLAMIC SERVICES FOUNDATION AND BAYAAN ACADEMY INC.**

**WRIGHT, CLOSE, BARGER & GUZMAN LLP**

By: */s/ Maha Ghyas*

Maha Ghyas
State Bar No. 24138115
Fed. Id. No. 3863190
mghyas@wcbglaw.com
Bradley W. Snead
State Bar No. 24049825
Fed. Id. No. 1127744
bsnead@wcbglaw.com
Michael Adams-Hurta
adams-hurta@wcbglaw.com
State Bar No. 24097860
Fed. Id. No. 3290975
One Riverway Dr., Suite 2200
Houston, TX 77056

**ATTORNEYS FOR PLAINTIFFS ISLAMIC SERVICES FOUNDATION, BAYAAN ACADEMY INC. AND MUNA HAMADAH**

**EDWARDS SUTARWALLA SAMANI LLP**

By: */s/ Murtaza F. Sutarawalla*

Murtaza F. Sutarwalla
State Bar No. 24056398
Fed. Id. No. 2589991
Mansoor Broachwala
Illinois State Bar No. 6326633
Fed. Id. No. 3943228
602 Sawyer St., Suite 490
Houston, Texas 77007
Phone: (713) 565-1353

Email: murtaza@esslawpartners.com
Email: mansoor@esslawpartners.com

**LAW OFFICES OF OMAR KHAWAJA PLLC**

By: */s/ Omar Khawaja*
Omar Khawaja
State Bar No: 24072181
Fed. Id. No. 3521501
Abdul Rahman Farukhi
State Bar No. 24065220
Fed. Id. No. 3291830
5177 Richmond Ave.
Suite 1065
Houston, Texas 77056
Telephone: (281) 888-2339
Fax: (281) 888-2421
Email: omar@attorneyomar.com
Email: abdul@attorneyomar.com

**ATTORNEYS FOR PLAINTIFFS BAYAAN ACADEMY INC., THE EAGLE INSTITUTE, FARHANA QUERISHI, AND LAYLA DAOUDI**

* * * * *

*/s/ Ayesha Najam*
Ayesha Najam
Attorney-In-Charge
State Bar No. 24046507
Federal ID: 605948
anajam@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, Texas 77002
Tel.: (713) 650-8805
Fax: (713) 750-0903

OF COUNSEL:

Michael Davis
Federal ID: 3588027
mdavis@gibbsbruns.com
Gibbs & Bruns LLP
1100 Louisiana, Suite 5300

Houston, Texas 77002

**ATTORNEYS FOR PLAINTIFFS THE EAGLE INSTITUTE, FARHANA QUERISHI, AND LAYLA DAOUDI**

**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 4000
Dallas, TX 75201

By: */s/ Dennis L. Roossien, Jr.*
Dennis l. Roossien, Jr.
State Bar No. 00784873
Fed. Id. No. 24036
droossien@munsch.com
Randall W. Miller
State Bar No. 24092838
Fed. Id. No. 2526902
rwmiller@munsch.com

**ATTORNEYS FOR DEFENDANTS KELLY HANCOCK, OFFICE OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, AND MARY KATHERINE STOUT**

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 23, 2026, I conferred with Dennis Roosien, counsel for Defendants, in addition to conferring with remaining counsel, regarding the relief requested in Plaintiffs' Motion to Amend the Scheduling Order, including the proposed extensions of expert-related deadlines. Counsel for Defendants confirmed that Defendants do not oppose the requested relief.

*/s/ Eric A. Hudson*
Eric A. Hudson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on Defendants by emailing their counsel on October 2, 2026.

*/s/ Eric A. Hudson*
Eric A. Hudson