# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BAYAAN ACADEMY, INC., et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:26-CV-01960 |
| | § | |
| KELLY HANCOCK, et al. | § | |

**AMENDED SCHEDULING ORDER**

| | | |
|---|---|---|
| 1. | July 13, 2026 | **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES** Party requesting joinder will furnish a copy of this scheduling order to new parties. |
| 2a. | November 14, 2026 | **EXPERTS** Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| 2b. | February 12, 2026 | Defendant, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2). |
| 3 | February 12, 2027 | **DISCOVERY** Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery. |
| 4. | March 12, 2027 | **MOTIONS DEADLINE** Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date) The motion deadline may not be changed by agreement. |

| | | |
|---|---|---|
| 5a. | June 3, 2027 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order on this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. | June 17, 2027 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | July 9, 2027 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | July 12, 2027 | **TRIAL** is set at 9:00 a.m. in Courtroom 9A.<br>Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

Signed on _______________, 2026, at Houston, Texas.

__________________________

Dena Hanovice Palermo
United States Magistrate Judge