IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAYAAN ACADEMY, INC., et al., | |
| v. | CIVIL ACTION NO. 4:26-cv-1960 |
| KELLY HANCOCK, et al. | |

**DEFENDANTS' RESPONSE UNOPPOSED TO MOTION TO AMEND SCHEDULING ORDER**

Defendants' respond to Plaintiffs' Motion to Amend Scheduling Order (Doc. 64), respectfully stating that they do not oppose the motion.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Dennis L. Roossien Jr.*

Randall W. Miller
State Bar No. 24092838 / S.D. Tex. No. 2526902
Dennis L. Roossien Jr.
State Bar No. 00784873 / S.D. Tex. No. 24036
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Tel: (214) 855-7500
Email: rwmiller@munsch.com / droossien@munsch.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2026, a true and correct copy of the foregoing was filed and therefore electronically served on all counsel of record via ECF.

*/s/ Dennis L. Roossien Jr.*
Dennis L. Roossien Jr.